**Donna M Jackson**/WAWD/09/USCOURTS

06/18/2007 12:12 PM

To  Paula McNabb/WAWD/09/USCOURTS@USCOURTS, Melody Byrd/WAWD/09/USCOURTS@USCOURTS

cc

bcc

Subject  Fw: New Case Filing - Microsoft v. Immersion

---

C07-0936RSM.  Receipt #: SEA010104.  S/iss.

~d.

----- Forwarded by Donna M Jackson/WAWD/09/USCOURTS on 06/18/2007 12:14 PM -----



"Friedmann, Margaret"
<mfriedmann@Riddellwilliams.com>

06/18/2007 11:21 AM

To  <newcases.seattle@wawd.uscourts.gov>

cc

Subject  New Case Filing - Microsoft v. Immersion

Attached for filing is a Civil Cover Sheet and Complaint.
Our firm check for $350 and a Summons is being delivered to the Court today.
Please contact me if you have any questions regarding this matter.
Thank you.

Margaret R. Friedmann
Assistant to Paul J. Kundtz and Wendy E. Lyon
Riddell Williams, P.S.
1001 Fourth Avenue, Suite 4500
Seattle, WA  98154
Direct Phone: (206) 389-1542
Facsimile:  (206) 389-1708
E-mail:  mfriedmann@riddellwilliams.com

**CONFIDENTIALITY AND CIRCULAR 230 NOTICE:**  This communication is intended for the sole use of the individual and entity to whom it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  You are hereby notified that any dissemination, distribution or duplication of this communication by someone other than the intended addressee or its designated agent is strictly prohibited.  As required by the Internal Revenue Service, anything contained in this communication pertaining to any U.S. federal tax matter is not to be used for the purpose of avoiding federal tax penalties under the Internal Revenue Code or for promoting, marketing or recommending to any third party the tax implications of any partnership or other entity, investment plan or arrangement discussed in this communication.  If you have received this communication in error, please notify this firm immediately by collect call (206)-624-3600, or by reply to

 

this communication. MS IMM COVER SHEET_20070618111240.pdf   MS IMM COMPLAINT_20070618111335.pdf