The Hon. Ricardo S. Martinez
Noted on Motion Calendar: June 25, 2007

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>IMMERSION CORPORATION, a Delaware corporation,<br><br>Defendant. | No. C07-0936RSM<br><br>**PLAINTIFF'S MOTION TO SEAL ORIGINAL COMPLAINT** |

## I. INTRODUCTION AND RELIEF REQUESTED

Plaintiff Microsoft Corporation ("Microsoft") filed this breach of contract action on June 18, 2007. The action alleges, among other things, that defendant Immersion Corporation ("immersion") failed to make certain promised payments to Microsoft, following Immersion's settlement of patent litigation with Sony Computer Entertainment, Inc. and Sony Computer America (collectively, "Sony").

Since the original Complaint was filed, counsel for Immersion has objected that certain terms contained in the original Complaint are confidential. Plaintiff Microsoft has subsequently filed an Amended Complaint, which omits the language to which Immersion has objected.

PLAINTIFF'S MOTION TO SEAL ORIGINAL COMPLAINT
(NO. C07-0936RSM)- 1
291/579815.01
062507 1524/20363.00411

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

Dockets.Justia.com

To satisfy Immersion's concerns, and because the strong public policy encouraging settlements and protecting the ability of private litigants to enter into confidential settlement agreements outweighs any interest in disclosing the specific settlement terms in the original Complaint, Microsoft respectfully requests that the Court order that the original Complaint be sealed. The Amended Complaint can and should remain public record.

## II. FACTUAL BACKGROUND

On June 18, 2007, Microsoft filed its original Complaint in this action. In its original Complaint, Microsoft referenced in paragraph 21 certain terms of a settlement agreement between defendant Immersion and Sony (the "Immersion/Sony Settlement Agreement"). Some of those terms had apparently not been previously disclosed to the public.

On June 22, 2007, counsel for Microsoft received a letter from Immersion's counsel objecting to the original Complaint's inclusion of these particular terms. In response to Immersion's objections, Microsoft filed an Amended Complaint the next business day, on Monday June 25. The Amended Complaint is identical to the original Complaint, except that it omits the particular language from the Immersion/Sony Settlement Agreement to which Immersion objects.

## III. ARGUMENT AND AUTHORITY

While there is a presumption of public access under Local Civil Rule 5(g), this presumption can be outweighed by the interests of the public and the parties in protecting documents from public view. Local Rule 5(g)(1). Courts have consistently recognized these public policy considerations in granting protective orders to prevent disclosure of information including confidential settlement agreements. *See, e.g., Phillips ex rel. Estates of Byrd v. General Motors Corp.*, 307 F.3d 1206, 1212 (9th Cir. 2002); *Kalinauskas v. Wong*, 151 F.R.D. 363, 365

PLAINTIFF'S MOTION TO SEAL ORIGINAL COMPLAINT
(NO. C07-936RSM)- 2
291/579815.01
062507 1518/20363.00411

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

(D. Nev. 1993). In this instance, the public interest favors keeping confidential particular aspects of the Sony/Immersion Settlement Agreement.

Microsoft, as the plaintiff in this case, clearly has an interest in the particulars of the settlement agreement between Immersion and Sony. To the extent the public also has an interest in the Immersion/Sony settlement, its only interest is in knowing that the settlement occurred and the general terms of the settlement. That public interest can—and has been—protected through the more general references to the settlement contained in Microsoft's Amended Complaint.

## IV. CONCLUSION

For the foregoing reasons, Microsoft respectfully requests that the Court grant this motion to seal the original Complaint. The Amended Complaint can and should remain public record.

DATED this 25th day of June, 2007.

RIDDELL WILLIAMS P.S.

By /s/ B. Marks-Dias
Paul J. Kundtz, WSBA #13548
Blake Marks-Dias, WSBA #28169
Wendy E. Lyon, WSBA #34461
Attorneys for Plaintiff MICROSOFT CORPORATION

PLAINTIFF'S MOTION TO SEAL ORIGINAL COMPLAINT
(NO. C07-936RSM)- 3
291/579815.01
062507 1518/20363.00411

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600