The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>IMMERSION CORPORATION, a Delaware corporation,<br><br>Defendant. | NO. CV7-936RSM<br><br>REPLY IN SUPPORT OF MICROSOFT'S MOTION TO SEAL ORIGINAL COMPLAINT |

There is no dispute for the Court to resolve. The parties agree that the original Complaint should be sealed; Microsoft's motion should therefore be granted.

Immersion's attack on the substance of Microsoft's motion is unwarranted. Under Local Rule 5(g), a pleading cannot be sealed without a specific showing of grounds overcoming the "strong presumption in favor of public access." Microsoft properly provided in its motion the grounds that it felt were appropriate. If Immersion wishes to provide alternative grounds, it is free to do so.

REPLY IN SUPPORT OF MICROSOFT'S MOTION TO SEAL ORIGINAL COMPLAINT (CV7-936RSM)- 1
291/580345.01
062807 1455/20363.00411

Riddell Williams P.S.
1001 FOURTH AVENUE PLAZA
SUITE 4500
SEATTLE, WA 98154-1192
(206) 624-3600

Finally, Immersion's objection to Microsoft's proposed order is misplaced. The order makes no ruling on whether or not the Sony/Immersion agreement is a "settlement" - - the ultimate issue in this case. Indeed, the order proposed by Immersion is strikingly similar to that proposed by Microsoft. Microsoft consents to either form of order.

DATED this 28th day of June, 2007.

RIDDELL WILLIAMS P.S.

By *[signature]*
Paul J. Kundtz, WSBA #13548
pkundtz@riddellwilliams.com
Blake Marks-Dias, WSBA #28169
bmarksdias@riddellwilliams.com
Wendy E. Lyon, WSBA #34461
wlyon@riddellwilliams.com
Phone: (206) 624-3600; Fax: (206) 389-1708
Attorneys for Plaintiff Microsoft Corporation

REPLY IN SUPPORT OF MICROSOFT'S MOTION TO SEAL
ORIGINAL COMPLAINT (CV7-936RSM)- 2
291/580345.01
062807 1455/20363.00411

Riddell Williams P.S.
1001 FOURTH AVENUE PLAZA
SUITE 4500
SEATTLE, WA 98154-1192
(206) 624-3600

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 28th day of June, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Paul J. Kundtz
pkundtz@riddellwilliams.com

Blake Marks-Dias
bmarksdias@riddellwilliams.com

Wendy E. Lyon
wlyon@riddellwilliams.com

In addition, I caused a copy of the foregoing document to be served today via facsimile and email on counsel for Immersion Corporation:

Bradley S. Keller
Byrnes & Keller LLP
1000 Second Avenue, 38th Floor
Seattle, WA 98104
Fax: (206) 622-2522
Email: bkeller@byrneskeller.com

Executed at Seattle, Washington this 28th day of June, 2007.

*Margaret R. Friedmann* (signature)

Margaret R. Friedmann
Legal Secretary, Riddell Williams P.S.
1001 Fourth Avenue Plaza, Suite 4500
Seattle, WA 98154
Phone: (206) 624-3600
Fax: (206) 389-1708
email: mfriedmann@riddellwilliams.com

REPLY IN SUPPORT OF MICROSOFT'S MOTION TO SEAL
ORIGINAL COMPLAINT (CV7-936RSM)- 3
291/580345.01
062807 1455/20363.00411

Riddell Williams P.S.
1001 FOURTH AVENUE PLAZA
SUITE 4500
SEATTLE, WA 98154-1192
(206) 624-3600