The Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation, | No. C07-0936RSM |
| Plaintiff, | **ORDER GRANTING MICROSOFT'S MOTION TO SEAL ORIGINAL COMPLAINT** |
| v. | |
| IMMERSION CORPORATION, a Delaware corporation, | |
| Defendant. | |

THIS MATTER comes before the Court on plaintiff Microsoft's motion to seal its original Complaint. For the reasons set forth in Microsoft's Motion to Seal, the Court finds that Microsoft has made a compelling showing that the public's right of access is outweighed by the interests of the public and the parties in protecting the confidentiality of particular details contained in the agreement between Immersion and Sony.

Pursuant to Local Rule 5(g), it is hereby ORDERED:

1.   Plaintiff Microsoft's Motion to Seal its original Complaint is granted.

2.   The Clerk of the Court is directed to seal the plaintiff's Original Complaint. The Amended Complaint shall remain public record.

ORDER GRANTING MICROSOFT'S MOTION TO SEAL
ORIGINAL COMPLAINT (NO. C07-0936RSM) - 1
291/579821.01
062807 1031/20363.00411

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

IT IS SO ORDERED this 28th of June, 2007.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

RIDDELL WILLIAMS, P.S.


By /s/
   Paul Kundtz, WSBA #13548
   Blake Marks-Dias, WSBA #28169
   Wendy E. Lyon, WSBA #34461
Attorneys for Plaintiff MICROSOFT CORPORATION

ORDER GRANTING MICROSOFT'S MOTION TO SEAL
ORIGINAL COMPLAINT (NO. C07-0936RSM)- 2
291/579821.01
062807 1031/20363.00411

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600