The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>IMMERSION CORPORATION, a Delaware corporation,<br><br>Defendant. | NO. CV7-936RSM<br><br>COVER SHEET FOR DECLARATION OF SERVICE |

Attached is the Declaration of Service for process service on Defendant Immersion Corporation, which was completed on July 6, 2007 in San Jose, California. The margins of the Declaration of Service do not conform to U.S. District Court, Western District of Washington standards, so this cover sheet is being presented to the Court.

COVER SHEET FOR DECLARATION OF SERVICE
(CV7-936RSM) 1
291/584488.01
072507 1113/20363.00411

Riddell Williams P.S.
1001 FOURTH AVENUE PLAZA
SUITE 4500
SEATTLE, WA 98154-1192
(206) 624-3600

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 25th day of July, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Paul J. Kundtz
pkundtz@riddellwilliams.com

Blake Marks-Dias
bmarksdias@riddellwilliams.com

Wendy E. Lyon
wlyon@riddellwilliams.com

In addition, I caused a copy of the foregoing document to be served today via facsimile and email on counsel for Immersion Corporation:

Bradley S. Keller
Byrnes & Keller LLP
1000 Second Avenue, 38th Floor
Seattle, WA 98104
Fax: (206) 622-2522
Email: bkeller@byrneskeller.com

Executed at Seattle, Washington this 25th day of July, 2007.

*Margaret R. Friedmann*
Margaret R. Friedmann
Legal Secretary, Riddell Williams P.S.
1001 Fourth Avenue Plaza, Suite 4500
Seattle, WA 98154
Phone: (206) 624-3600
Fax: (206) 389-1708
email: mfriedmann@riddellwilliams.com

COVER SHEET FOR DECLARATION OF SERVICE
(CV7-936RSM) 2
291/584488.01
072507 1113/20363.00411

Riddell Williams p.s
1001 FOURTH AVENUE PLAZA
SUITE 4500
SEATTLE, WA 98154-1192
(206) 624-3600

NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY

Telephone:
Attorney for: Plaintiff

## UNITED STATES DISTRICT COURT –
### WESTERN DISTRICT OF WASHINGTON

| MICROSOFT CORPORATION | CASE NUMBER |
|---|---|
| Plaintiff. | CV7 936RSM |
| IMMERSION CORPORATION | **DECLARATION OF SERVICE** |
| Defendant. | |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:
SUMMONS IN A CIVIL ACTION; COMPLAINT FOR BREACH OF CONTRACT; FIRST AMENDED COMPLAINT FOR BREACH OF CONTRACT

in the within action by personally delivering true copies thereof to the person served as follows:

    Served : IMMERSION CORPORATION

    By Serving : Laura Peter, General Counsel / Authorized To Accept Service Of Process

    Address : ( Business ) IMMERSION CORPORATION

    801 Fox Lane
    San Jose, Ca 95131

    Date of Service : July 6, 2007

    Time of Service : 11:39AM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: July 6, 2007

County Legal & Notary Service
255 N. Market Street, Suite 246
San Jose, California 95110
Telephone: (408) 295-2700
Registered SANTA CLARA
Number 1027

Signature: _____
TERRY GRAAP