```
                    FILED        ____
                    LODGED       RECEIVED
```

# United States District Court
# Western District of Washington

SEP 7 2007  DJ

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

| MICROSOFT CORPORATION | Case Number: CV07-936RSM |
|---|---|
| Plaintiff(s) | |
| V. | |
| IMMERSION CORPORATION | APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE |
| Defendant(s) | |

Pursuant to Local General Rule 2(d) of the United States District Court for the Western District of Washington, **Morgan Chu** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Defendant Immersion Corporation

The particular need for my appearance and participation is:

I am a partner at Irell & Manella LLP, national counsel for Immersion Corp, and have certain experience and expertise in this type of case. Along with Byrnes & Keller, Irell & Manella is defendant's choice of counsel in this case.

I, **Morgan Chu**, understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 9/6/07

Signature of Applicant: s/ Morgan Chu

07-CV-00936-SUMM

ORIGINAL

Dockets.Justia.com

| Pro Hac Vice Attorney Applicant's Name: | Morgan Chu |
|---|---|
| Law Firm Name: | Irell & Manella LLP |
| Street Address 1: | 1800 Avenue of the Stars, Suite 900 |
| Address Line 2: | |
| City: | Los Angeles |
| State: | California |
| Zip: | 90067-4276 |
| Phone Number w/ Area Code Example: 999-999-9999 | 310-203-7000 |

## STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, including trial, in the event the applicant Morgan Chu is unable to be present upon any date assigned by the court.

Date: Sep 17, 2007    Signature of Local Counsel: s/ [signature]

| Local Counsel's Name: | Jofrey M. McWilliam |
|---|---|
| Law Firm Name: | Byrnes & Keller LLP |
| Street Address 1: | 1000 Second Avenue, 38th Floor |
| Address Line 2: | |
| City: | Seattle |
| State: | Washington |
| Zip: | 98104 |
| Phone Number w/ Area Code Example: 999-999-9999 | 206-622-2000 |