# United States District Court
# Western District of Washington

___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

SEP 28 2007  LK

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                                    DEPUTY

**MICROSOFT CORPORATION**

Plaintiff(s)

v.

**IMMERSION CORPORATION**

Defendant(s)

Case Number  CV07-936RSM

APPLICATION FOR LEAVE TO APPEAR
PRO HAC VICE

SEA12382

Pursuant to Local General Rule 2(d) of the United States District Court for the Western District of Washington, _____David R. Kaplan_____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Defendant Immersion Corporation

The particular need for my appearance and participation is:

I am an associate at Irell & Manella LLP, national counsel for Immersion Corp., and have certain experience and expertise in this type of case. Along with Byrnes & Keller, Irell & Manella is defendant's choice of counsel in this case.

I, _____David R. Kaplan_____ understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 9/27/07    Signature of Applicant: s/ David R. Kaplan

Page 1 of 3

ORIGINAL



07-CV-00936-APPL

| Pro Hac Vice Attorney Applicant's Name: | David R. Kaplan |
|---|---|
| Law Firm Name: | Irell & Manella |
| Street Address 1: | 1800 Avenue of the Stars |
| Address Line 2: | |
| City: | Los Angeles |
| State: | California |
| Zip: | 90067-4276 |
| Phone Number w/ Area Code Example: 999-999-9999 | 310-203-7105 |

## STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, including trial, in the event the applicant David R. Kaplan is unable to be present upon any date assigned by the court.

Date: 9/27/07

Signature of Local Counsel: s/ Jofrey M. McWilliam

| Local Counsel's Name: | Jofrey M. McWilliam |
|---|---|
| Law Firm Name: | Byrnes & Keller LLP |
| Street Address 1: | 1000 Second Avenue, 38th Floor |
| Address Line 2: | |
| City: | Seattle |
| State: | Washington |
| Zip: | 98104 |
| Phone Number w/ Area Code Example: 999-999-9999 | 206-622-2000 |