```
_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED
        OCT  5 2007    DJ
           AT SEATTLE
      CLERK U.S. DISTRICT COURT
  WESTERN DISTRICT OF WASHINGTON
BY
                         DEPUTY
```

## IN THE
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASH. AT SEATTLE

| | |
|---|---|
| **MICROSOFT CORPORATION, A WASHINGTON CORPORATION**<br><br>Plaintiff/Petitioner<br><br>vs.<br><br>**IMMERSION CORPORATION, A DELAWARE CORPORATION**<br><br>Defendant/Respondent | Hearing Date: 10/12/2007<br><br>CAUSE NO: **C07-0936RSM**<br><br>DECLARATION OF SERVICE OF:<br>**SUBPOENA DUCES TECUM** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the 24th day of **September, 2007, at 1:17 PM**, at the address of **Sony Computer Entertainment, Inc., 919 E HILLSDALE Boulevard 2ND FLOOR, FOSTER CITY**, San Mateo County, CA 94404; this declarant served the above described documents upon **SONY COMPUTER ENTERTAINMENT INC**, by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with **Lily Fong, REGISTERED AGENT, An Asian female approx. 40-45 years of age 5'2"-5'4" in height weighing 120-140 lbs with black hair**.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of **Washington** that the statement above is true and correct.

DATED this 28th day of September, 2007.

_____
Terry Graap, Reg. # 1027, Santa Clara, CA

FOR: **Riddell, Williams, Et Al**    ORIGINAL PROOF
REF: 20363-411

**07-CV-00936-APPO**