UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

MICROSOFT CORPORATION, a Washington corporation )
)
Plaintiff, )
)
v. )
)
IMMERSION CORPORATION, a Delaware corporation, )
)
Defendant. )

NO. CV7 936 RSM

NOTICE OF OCCURRENCE OF ALTERNATIVE DISPUTE RESOLUTION

Pursuant to CR 39.1(c)(6) notice is hereby given that on December 11, 2007, the parties participated in a mediation. The case remains unresolved at this time. Pursuant to CR 39.1(c)(6) I did submit a letter to the Court recommending the occurrence of continued or other ADR proceedings.

DATED this 12th day of December, 2007.

_____
James A. Smith, Jr., Mediator

s&h snt ver 0001_s&h billable adr cr 39.1 adr notice.doc

NOTICE OF OCCURRENCE OF
ALTERNATIVE DISPUTE RESOLUTION CV7 936 RSM

Smith & Hennessey
PLLC
Attorneys At Law
316 Occidental Ave. S., Suite 500
Seattle, Washington 98104
(206) 292-1770