

**UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON, AT SEATTLE**

| | |
|---|---|
| MICROSOFT CORPORATION, A WASHINGTON CORPORATION, Plaintiff/Petitioner | Cause #: C07-0936 RSM |
| vs. IMMERSION CORPORATION, A DELAWARE CORPORATION Defendant/Respondent | Declaration of Service of: SUBPOENA DUCES TECUM  Hearing Date: Jan 31 2008 |

Declaration:

The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the date and time of Dec 18 2007 3:53PM at the address of 1301 5TH AVE STE. 1900 SEATTLE, within the County of KING, State of WASHINGTON, the declarant duly served the above described documents upon MARSH & MCLENNAN C/O MARSH, RECORDS CUSTODIAN by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with ANDREA ERVIN, SENIOR VICE PRESDIENT.

No information was provided that indicates that the subjects served are members of the U.S. military.

I hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: December 26, 2007 at Seattle, WA

by _____  J. Bradford

Service Fee Total: $ 46.35



07-CV-00936-RCPT

;INAL
F SERVICE

Riddell, Williams, Et Al
1001 4th Avenue Suite #4500
Seattle, WA  98154
206 624-3600

1 of 1

Dockets.Justia.com