The Hon. Ricardo S. Martinez
Noted on Motion Calendar: 1/25/2008

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>IMMERSION CORPORATION, a Delaware corporation,<br><br>　　　　Defendant. | No. C07-0936RSM<br><br>**PLAINTIFF'S MOTION TO FILE EXHIBITS B, I, J, K, L, M, P, & Q UNDER SEAL** |

### I. RELIEF REQUESTED

Pursuant to Local Rule 5(g), plaintiff respectfully requests that the Court allow plaintiff to file the exhibits B, I, J, K, L, M, P, & Q to the Declaration of Blake Marks-Dias in Support of Plaintiff's Motion to Disqualify Irell Manella LLP ("Marks-Dias Declaration") under seal.

### II. GROUNDS

The parties are in the process of finalizing a Stipulated Protective Order for the Court's review and approval. Immersion claims that numerous documents in this case, including documents attached as exhibits to the Marks-Dias declaration, are confidential and must be filed under seal. Allowing plaintiff to file exhibits

PLAINTIFF'S MOTION TO FILE EXHIBITS UNDER SEAL
(NO. C07-0936RSM)- 1
4845-5380-1474.01
20363.00411

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

under seal pending the parties' agreement on a form of Protective Order is appropriate.

Sealing of certain exhibits to the Marks-Dias Declaration is authorized under Local Rule 5(g) because the facts warranting sealing overcome the strong presumption in favor of public access to the document. Moreover, the public's interest in accessing these exhibits to the Marks-Dias Declaration is minimal. General information related to the parties' claims can be obtained from plaintiff's motion. Nor do the exhibits deal with any matters of public importance.

### III. CONCLUSION

For the foregoing reasons, plaintiff respectfully request that the Court allow exhibits B, I, J, K, L, M, P, & Q to the Marks-Dias Declaration to be filed under seal. An order authorizing sealing is submitted herewith.

DATED this 10th day of January, 2008.

RIDDELL WILLIAMS P.S.

By _____
Paul J. Kundtz, WSBA #13548
Blake Marks-Dias, WSBA #28169
Wendy E. Lyon, WSBA #34461
Attorneys for Plaintiff MICROSOFT CORPORATION

PLAINTIFF'S MOTION TO FILE EXHIBITS UNDER SEAL
(NO. C07-936RSM)- 2
4845-5380-1474.01
20363.00411

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

# CERTIFICATE OF SERVICE

I, Donna Hammonds, declare as follows:

I am over 18 years of age and a citizen of the United States. I am employed as a legal secretary by the law firm of Riddell Williams P.S.

On the date noted below I electronically filed the foregoing document titled **PLAINTIFF'S MOTION TO FILE EXHIBITS UNDER SEAL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel for Immersion Corporation:

Bradley S. Keller
Jofrey M. McWilliam
Byrnes & Keller LLP
1000 Second Avenue, 38th Floor
Seattle, WA 98104-4082
Phone: (206) 622-2000; Fax: (206) 622-2522
Email: bkeller@byrneskeller.com
jmcwilliam@byrneskeller.com

and

Richard M. Birnholz
Morgan Chu
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Phone: (310) 277-1010; Fax: (301) 203-7199
Email: rbirnholz@irell.com
mchu@irell.com

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Executed at Seattle, Washington this 10th day of January, 2008.

Donna Hammonds
Legal Secretary, Riddell Williams P.S.
1001 Fourth Avenue Plaza, Suite 4500
Seattle, WA 98154
Phone: (206) 624-3600
Fax: (206) 389-1708
email: dhammonds@riddellwilliams.com

PLAINTIFF'S MOTION TO FILE EXHIBITS UNDER SEAL
(NO. C07-936RSM)- 3
4845-5380-1474.01
20363.00411

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600