The Hon. Ricardo S. Martinez
Noted on Motion Calendar: 1/25/2008

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICROSOFT CORPORATION, a Washington corporation,

    Plaintiff,

v.

IMMERSION CORPORATION, a Delaware corporation,

    Defendant.

No. CV7-936RSM

**DECLARATION OF BLAKE MARKS-DIAS IN SUPPORT OF MICROSOFT'S MOTION TO DISQUALIFY IRELL & MANELLA LLP FOR VIOLATION OF WASHINGTON'S RULE OF PROFESSIONAL CONDUCT 3.7**

<u>**EXHIBITS B, I, J, K, L, M, P & Q FILED UNDER SEAL**</u>

Blake Marks-Dias declares as follows:

1. I am one of the attorneys for Plaintiff Microsoft Corporation in the above-captioned action. I am over the age of 18, competent to testify, and make this declaration based upon personal knowledge.

2. Attached as Exhibit A is a true and correct copy of the Complaint for Patent Infringement filed by Immersion Corporation on February 11, 2002 in the United States District Court, Northern District of California.

3. Attached as Exhibit B is a true and correct copy of the Sublicense Agreement between Microsoft and Immersion dated July 25, 2003.

DECL. OF BLAKE MARKS-DIAS IN SUPPORT OF MICROSOFT'S MOT. TO DISQUALIFY IRELL & MANELLA (No. CV7-936RSM)- 1
4812-3931-8274.01
20363.00411

Riddell Williams p.s.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

4. Attached as Exhibit C is a true and correct copy of the Jury Verdict in *Immersion v. Sony* filed on September 21, 2004.

5. Attached as Exhibit D is a true and correct copy of Amended Judgment in *Immersion v. Sony* filed on April 7, 2005.

6. Attached as Exhibit E is a true and correct copy of the Order Entering Permanent Injunction in *Immersion v. Sony* dated March 24, 2005.

7. Attached as Exhibit F is a true and correct copy of the Order Denying Parties' Motions for Judgment as a Matter of Law and Addressing Other Matters in *Immersion v. Sony* dated January 10, 2005.

8. Attached as Exhibit G is a true and correct copy of Sony's Notice of Appeal dated February 9, 2005.

9. Attached as Exhibit H is a true and correct copy of Sony's Notice of Appeal dated June 16, 2005.

10. Attached as Exhibit I is a true and correct copy of Immersion's Confidential Settlement Communication dated December 13, 2006.

11. Attached as Exhibit J is a true and correct copy of Sony's Confidential Settlement Proposal dated January 30, 2007.

12. Attached as Exhibit K is a true and correct copy of several Drafts of the Agreement between Sony and Immersion labeled "Confidential For Settlement Purposes Only."

13. Attached as Exhibit L is a true and correct copy of excerpts of the Deposition of Jennifer Liu taken on December 20, 2007.

14. Attached as Exhibit M is a true and correct copy of the executed Agreement between Sony and Immersion dated March 1, 2007.

15. Attached as Exhibit N is a true and correct copy of the Order dismissing the Sony Appeal filed with the court on March 19, 2007.

DECL. OF BLAKE MARKS-DIAS IN SUPPORT OF MICROSOFT'S
MOT. TO DISQUALIFY IRELL & MANELLA (No. CV7-936RSM)- 2
4812-3931-8274.01
20363.00411

Riddell Williams p.s.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

16. Attached as Exhibit O is a true and correct copy of the Notice of Satisfaction of Final Judgment in *Immersion v. Sony* dated March 19, 2007.

17. Attached as Exhibit P is a true and correct copy of an e-mail from Richard Birnholz to Larry O'Rourke dated February 27, 2007.

18. Attached as Exhibit Q is a true and correct copy of an e-mail from Jennifer Liu to Richard Birnholz dated March 15, 2007.

19. Attached as Exhibit R is a true and correct copy of an e-mail from Richard Birnholz to Sal Lunetta dated March 16, 2007.

20. Attached as Exhibit S is a true and correct copy of a press release issued by Immersion and Sony on March 1, 2007.

21. Attached as Exhibit T is a true and correct copy of a letter from Paul Kundtz to Richard Birnholz dated October 19, 2007.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

EXECUTED on January 10, 2008, at Seattle, Washington.

_____
Blake Marks-Dias

DECL. OF BLAKE MARKS-DIAS IN SUPPORT OF MICROSOFT'S
MOT. TO DISQUALIFY IRELL & MANELLA (No. CV7-936RSM)- 3
4812-3931-8274.01
010908/1018/20363.00411

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

# CERTIFICATE OF SERVICE

I, Donna Hammonds, declare as follows:

I am over 18 years of age and a citizen of the United States. I am employed as a legal secretary by the law firm of Riddell Williams P.S.

On the date noted below I electronically filed the foregoing document titled **DECLARATION OF BLAKE MARKS-DIAS IN SUPPORT OF MICROSOFT'S MOTION TO DISQUALIFY IRELL & MANELLA LLP FOR VIOLATION OF WASHINGTON'S RULE OF PROFESSIONAL CONDUCT 3.7** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to of such filing to the following counsel for Immersion Corporation:

| | |
|---|---|
| Bradley S. Keller<br>Jofrey M. McWilliam<br>Byrnes & Keller LLP<br>1000 Second Avenue, 38th Floor<br>Seattle, WA 98104-4082<br>Phone: (206) 622-2000<br>Fax: (206) 622-2522<br>Email: bkeller@byrneskeller.com<br>jmcwilliam@byrneskeller.com | Richard M. Birnholz<br>Morgan Chu<br>Irell & Manella LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067-4276<br>Phone: (310) 277-1010<br>Fax: (301) 203-7199<br>Email: rbirnholz@irell.com<br>mchu@irell.com |

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Executed at Seattle, Washington this 10th day of January, 2008.

Donna Hammonds
Legal Secretary, Riddell Williams P.S.
1001 Fourth Avenue Plaza, Suite 4500
Seattle, WA 98154
Phone: (206) 624-3600
Fax: (206) 389-1708
email: dhammonds@riddellwilliams.com

DECL. OF BLAKE MARKS-DIAS IN SUPPORT OF MICROSOFT'S
MOT. TO DISQUALIFY IRELL & MANELLA (No. CV7-936RSM)- 4
4812-3931-8274.01
20363.00411

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600