The Hon. Ricardo S. Martinez
Noted on Motion Calendar: 1/25/2008

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>IMMERSION CORPORATION, a Delaware corporation,<br><br>Defendant. | No. CV7-936RSM<br><br>**DECLARATION OF BLAKE MARKS-DIAS IN SUPPORT OF MICROSOFT'S REPLY IN SUPPORT OF ITS MOTION TO DISQUALIFY IRELL & MANELLA LLP FOR VIOLATION OF WASHINGTON'S RULE OF PROFESSIONAL CONDUCT 3.7**<br><br>**EXHIBIT 1 FILED UNDER SEAL** |

Blake Marks-Dias declares as follows:

1. I am one of the attorneys for Plaintiff Microsoft Corporation in the above-captioned action. I am over the age of 18, competent to testify, and make this declaration based upon personal knowledge.

2. Attached as Exhibit 1 is a true and correct copy of excerpts of the deposition of Jennifer Liu taken in this case on January 23, 2008 *(Liu II Dep.)* and excerpts of the deposition of Jennifer Liu taken in this case on December 20, 2007 *(Liu I Dep.)*.

DECL. OF BLAKE MARKS-DIAS IN SUPPORT OF MICROSOFT'S REPLY RE: MOTION TO DISQUALIFY (No. CV7-936RSM)- 1
4816-4747-8530.01
20363.00411

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

Dockets.Justia.com

3. Attached as Exhibit 2 is a true and correct copy of Immersion's Form 10-Q filed with the United States Securities and Exchange Commission on November 8, 2005.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

EXECUTED on January 25, 2008, at Seattle, Washington.

*/s/ Blake Marks-Dias*
Blake Marks-Dias

DECL. OF BLAKE MARKS-DIAS IN SUPPORT OF MICROSOFT'S
REPLY RE: MOTION TO DISQUALIFY (No. CV7-936RSM)- 2
4816-4747-8530.01
012508/1000/20363.00411

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

# CERTIFICATE OF SERVICE

The undersigned certifies that on the 25th day of January, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Bradley S. Keller
Jofrey M. McWilliam
Byrnes & Keller LLP
1000 Second Avenue, 38th Floor
Seattle, WA 98104-4082
Phone: (206) 622-2000; Fax: (206) 622-2522
Email: bkeller@byrneskeller.com
       jmcwilliam@byrneskeller.com

A copy of this document has also been served via U.S. Mail and email on the following counsel who have filed applications to appear Pro Hac Vice in this matter:

Richard M. Birnholz
Alan J. Heinrich
Morgan Chu
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Phone: (310) 277-1010; Fax: (301) 203-7199
Email: rbirnholz@irell.com
       aheinrich@irell.com
       mchu@irell.com

Executed at Seattle, Washington this 25th day of January, 2008.

*/s/ Donna Hammonds*

Donna Hammonds
Legal Secretary, Riddell Williams P.S.
1001 Fourth Avenue Plaza, Suite 4500
Seattle, WA 98154
Phone: (206) 624-3600
Fax: (206) 389-1708
email: dhammonds@riddellwilliams.com

DECL. OF BLAKE MARKS-DIAS IN SUPPORT OF MICROSOFT'S
REPLY RE: MOTION TO DISQUALIFY (No. CV7-936RSM)- 3
4816-4747-8530.01
20363.00411

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600