The Hon. Ricardo S. Martinez
Noted on Motion Calendar: 2/15/2008

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>IMMERSION CORPORATION, a Delaware corporation,<br><br>Defendant. | No. CV7-936RSM<br><br>**DECLARATION OF BLAKE MARKS-DIAS IN SUPPORT OF MICROSOFT'S MOTION TO COMPEL RESPONSES TO REQUESTS FOR PRODUCTION NOS. 3 AND 19**<br><br>**EXHIBITS 2, 3, 4, 5,6 & 7 FILED UNDER SEAL** |

Blake Marks-Dias declares as follows:

1. I am one of the attorneys for Plaintiff Microsoft Corporation in the above-captioned action. I am over the age of 18, competent to testify, and make this declaration based upon personal knowledge.

2. Attached as Exhibit 1 is a true and correct copy of the Complaint for Patent Infringement filed by Immersion Corporation on February 11, 2002 in the United States District Court, Northern District of California.

3. Attached as Exhibit 2 is a true and correct copy of the Sublicense Agreement between Microsoft and Immersion dated July 25, 2003.

DECL. OF BLAKE MARKS-DIAS IN SUPPORT OF MICROSOFT'S MOTION TO COMPEL RESPONSES (No. CV7-936RSM) - 1
4814-2563-9682.01
20363.00411

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

4. Attached as Exhibit 3 is a true and correct copy of the Agreement between Sony and Immersion dated March 1, 2007.

5. Attached as Exhibit 4 is a true and correct copy of excerpts of the Deposition of Jennifer Liu taken on December 20, 2007.

6. Attached as Exhibit 5 is a true and correct copy of Immersion's Settlement Communication dated December 13, 2006.

7. Attached as Exhibit 6 is a true and correct copy of Sony's Settlement Proposal dated January 30, 2007.

8. On September 11, 2007, Microsoft issued its first set of Interrogatories and Requests for Production to Immersion.

9. Attached as Exhibit 7 is a true and correct copy of Immersion Corporation's Responses to Microsoft Corporation's First Set of Interrogatories and Requests for Production of Documents dated October 11, 2007.

10. On January 22, 2008, the parties conducted a telephonic conference pursuant to Fed. R. Civ. P. 37. I hereby certify that the parties conferred in good faith and were unable to agree about the need for Immersion to respond to Request for Production Nos. 3 and 19.

11. Attached as Exhibit 8 is a true and correct copy of a letter from Alan J. Heinrich to Blake Marks-Dias dated January 28, 2008.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

EXECUTED on January 31, 2008, at Seattle, Washington.

_____
Blake Marks-Dias

DECL. OF BLAKE MARKS-DIAS IN SUPPORT OF MICROSOFT'S
MOTION TO COMPEL RESPONSES (No. CV7-936RSM) - 2
4814-2563-9682.01
20363.00411

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 31st day of January, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Bradley S. Keller
Jofrey M. McWilliam
Byrnes & Keller LLP
1000 Second Avenue, 38th Floor
Seattle, WA 98104-4082
Phone: (206) 622-2000; Fax: (206) 622-2522
Email: bkeller@byrneskeller.com
jmcwilliam@byrneskeller.com

A copy of this document has also been served via U.S. Mail and email on the following counsel who have filed applications to appear Pro Hac Vice in this matter:

Richard M. Birnholz
Alan J. Heinrich
Morgan Chu
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Phone: (310) 277-1010; Fax: (301) 203-7199
Email: rbirnholz@irell.com
aheinrich@irell.com
mchu@irell.com

Executed at Seattle, Washington this 31st day of January, 2008.

*[signature]*

Donna Hammonds
Legal Secretary, Riddell Williams P.S.
1001 Fourth Avenue Plaza, Suite 4500
Seattle, WA 98154
Phone: (206) 624-3600
Fax: (206) 389-1708
email: dhammonds@riddellwilliams.com

DECL. OF BLAKE MARKS-DIAS IN SUPPORT OF MICROSOFT'S
MOTION TO COMPEL RESPONSES (No. CV7-936RSM) - 3
4814-2563-9682.01
20363.00411

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600