The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

MICROSOFT CORPORATION, a Washington corporation,

    Plaintiff,

v.

IMMERSION CORPORATION, a Delaware corporation,

    Defendant.

No. CV07 936RSM

**DECLARATION OF ALAN J. HEINRICH IN SUPPORT OF IMMERSION CORPORATION'S OPPOSITION TO MICROSOFT'S MOTION TO COMPEL RESPONSES TO REQUESTS FOR PRODUCTION NOS. 3 AND 19**

**NOTE ON MOTION CALENDAR: February 15, 2008**

I, Alan J. Heinrich, declare as follows:

1. I am a partner at the law firm of Irell & Manella LLP, co-counsel of record for defendant Immersion Corporation ("Immersion") in the above-captioned action. I am a member in good standing of the California State Bar and am admitted to practice before this Court in this case pro hac vice. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Jury Verdict Form filed September 21, 2004, in the action in the United States District Court for the Northern District of California entitled <u>Immersion Corporation v. Sony Computer</u>

DECLARATION OF ALAN J. HEINRICH IN SUPPORT OF IMMERSION CORPORATION'S OPPOSITION TO MICROSOFT'S MOTION TO COMPEL RESPONSES TO REQUESTS FOR PRODUCTION NOS. 3 AND 19 (CV07 936RSM) - 1

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

Dockets.Justia.com

1  Entertainment of America, Inc. and Sony Computer Entertainment Inc., Northern District of

2  California Case No. C 02-00710 CW (WDB) (the "Sony Lawsuit"), and bearing production

3  numbers IMRMS 533-48.

4      3.    Attached hereto as Exhibit 2 is a true and correct copy of the Amended

5  Judgment dated April 7, 2005, in the Sony Lawsuit, bearing production numbers IMRMS

6  531-32.

7      4.    Attached hereto as Exhibit 3 is a true and correct copy of a Notice of

8  Satisfaction of Amended Judgment dated March 19, 2007, bearing production numbers

9  IMRMS 68-69.

10      5.    Attached hereto as Exhibit 4 is a true and correct copy of Immersion

11  Corporation's Responses to Microsoft Corporation's First Set of Interrogatories and Requests

12  For Production of Documents dated October 11, 2007.

13      6.    Pursuant to orders of the United States District Court for the Northern District

14  of California, Immersion and Sony participated in three formal mediation sessions. The

15  mediations took place before Hon. Edward Infante (Ret.) on February 4, 2003, October 31,

16  2003, and March 24, 2004, at the offices of JAMS in San Jose and San Francisco, California.

17  Attached hereto as Exhibit 5 is a true and correct copy of a Case Management Order dated

18  August 14, 2002, referring the Sony Lawsuit to Private Mediation. Attached hereto as Exhibit

19  6 is a true and correct copy of a Minute Order dated January 3, 2003, regarding the timing of

20  the first mediation session.

21  //

22  //

23  //

24  //

25  //

26  //

DECLARATION OF ALAN J. HEINRICH IN SUPPORT OF
IMMERSION'S OPPOSITION TO MICROSOFT'S MOTION TO COMPEL
RESPONSES TO REQUESTS FOR PRODUCTION NOS. 3 AND 19
(CV07 936RSM) - 2

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

7. Attached hereto as Exhibit 7 is a true and correct copy of the JAMS standard confidentiality agreement used in connection with mediations. (JAMS could not locate the original, signed agreement given the amount of time that has elapsed.)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED on February 11, 2008, at Dallas, Texas.

By /s/ *Alan J. Heinrich*
Alan J. Heinrich, admitted *pro hac vice*
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Telephone: (310) 203-7052
Facsimile: (310) 203-7199
aheinrich@irell.com

DECLARATION OF ALAN J. HEINRICH IN SUPPORT OF
IMMERSION'S OPPOSITION TO MICROSOFT'S MOTION TO COMPEL
RESPONSES TO REQUESTS FOR PRODUCTION NOS. 3 AND 19
(CV07 936RSM) - 3

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on the 11th day of February, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Paul J. Kundtz (pkundtz@riddellwilliams.com)
Blake Marks-Dias (bmarksdias@riddellwilliams.com)
Wendy E. Lyon (wlyon@riddellwilliams.com)
Riddell Williams P.S.
1001 Fourth Avenue Plaza, Suite 4500
Seattle, WA 98154-3600
*Attorneys for Plaintiff*

/s/ Jofrey M. McWilliam, WSBA #28441
Byrnes & Keller LLP
1000 Second Avenue, 38th Floor
Seattle, WA 98104
Telephone: (206) 622-2000
Facsimile: (206) 622-2522
jmcwilliam@byrneskeller.com

DECLARATION OF ALAN J. HEINRICH IN SUPPORT OF
IMMERSION'S OPPOSITION TO MICROSOFT'S MOTION TO COMPEL
RESPONSES TO REQUESTS FOR PRODUCTION NOS. 3 AND 19
(CV07 936RSM) - 4

Byrnes & Keller LLP
38th Floor
1000 Second Avenue
Seattle, Washington 98104
(206) 622-2000