The Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>IMMERSION CORPORATION, a Delaware corporation,<br><br>Defendant. | No. C07-0936RSM<br><br>**DECLARATION OF SERVICE** |

I declare that I am a secretary at the law firm of Riddell Williams P.S. in Seattle, Washington. I am over the age of eighteen years and not a party to the within cause. My business address is 1001 Fourth Avenue, Suite 4500, Seattle, Washington 98154. On the date shown below, I electronically filed the following documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record:

1.  Letter to Honorable Ricardo S. Martinez;
2.  Letters Rogatory;
3.  Questions for Shinji Ina with Exhibits 1-3, 5-12 and 15-16;
4.  Declaration of Wendy E. Lyon in Support of Issuance of Letters

DECLARATION OF SERVICE (NO. C07-936RSM)- 1
4834-0581-2226.01
20363.00411

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

Rogatory with Exhibits A, E –I.

In addition to the electronically filed documents listed above, I electronically filed the following exhibits under seal:

1. Exhibits 4, 13, 14 and 17 to the Questions for Shinji Ina; and
2. Exhibits B, C and D to the Wendy E. Lyon Declaration in Support of Issuance of Letters Rogatory,

and caused such confidential exhibits to be emailed to defendant's counsel of record to the following email addresses:

Bradley Keller
bkeller@byrneskeller.com

Jofrey McWilliam
jmcwilliam@byrneskeller.com

Alan J Heinrich
aheinrich@irell.com

David R Kaplan
dkaplan@irell.com

Morgan Chu
mchu@irell.com

Richard M Birnholz
rbirnholz@irell.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed at Seattle, Washington, on February 19, 2008.

*Lisa Werner*
Lisa Werner
Legal Secretary, Riddell Williams P.S.
1001 Fourth Avenue Plaza, Suite 4500
Seattle, WA 98154
Phone: (206) 624-3600
Fax: (206) 389-1708
email: lwerner@riddellwilliams.com

DECLARATION OF SERVICE (NO. C07-936RSM)- 2
4834-0581-2226.01
20363.00411

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600