UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICROSOFT CORPORATION,

    Plaintiff,

v.

IMMERSION CORPORATION,

    Defendant.

CASE NO. C07-936RSM

ORDER GRANTING PLAINTIFF'S MOTIONS TO SEAL AND DEFENDANT'S MOTION TO SEAL

This matter comes before the Court on "Plaintiff's Motion to File Exhibits B, I, J, K, L, M, P, & Q Under Seal" (Dkt. #25), "Plaintiff's Motion to File Exhibit 1 Under Seal" (Dkt. #33), and defendant "Immersion Corporation's Motion to File Under Seal Certain Supporting Documents" (Dkt. #29). The parties respectively seek to seal exhibits related to an underlying motion to disqualify that is pending before this Court on the grounds that the exhibits all contain sensitive financial, business, and confidential information. Each motion is unopposed. In addition, each party has already filed the exhibits under seal.

Having reviewed the motions, and the remainder of the record, the Court hereby finds and orders:

(1) "Plaintiff's Motion to File Exhibits B, I, J, K, L, M, P, & Q Under Seal" (Dkt. #25), "Plaintiff's Motion to File Exhibit 1 Under Seal" (Dkt. #33), and defendant "Immersion Corporation's Motion to File Under Seal Certain Supporting Documents" (Dkt. #29) are GRANTED. The parties have adequately justified sealing the exhibits, overcoming the strong

ORDER
PAGE - 1

| | |
|---|---|
| 1 | presumption in favor of public access. *See* Local Rule CR 5(g)(2). Accordingly, the exhibits |
| 2 | shall remain SEALED. |
| 3 | (2) The Clerk is directed to forward a copy of this Order to all counsel of record. |
| 4 | |
| 5 | DATED this 22nd day of February, 2008. |

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE