1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

MICROSOFT CORPORATION,

8                    Plaintiff,                    CASE NO. C07-936RSM

9             v.                                   ORDER GRANTING PLAINTIFF'S
                                                   MOTIONS TO SEAL
10   IMMERSION CORPORATION,

11                   Defendant.

12          This matter comes before the Court on "Plaintiff's Motion to File Exhibits 2, 3, 4, 5, 6

13   & 7 Under Seal" (Dkt. #37), and "Plaintiff's Motion to File Exhibits B, C, D, 4, 13, 14 & 17

14   Under Seal" (Dkt. #45). Plaintiff seeks to seal exhibits related to an underlying motion to

15   compel that is pending before this Court on the grounds that the exhibits contain sensitive and

16   confidential information. Plaintiff has already filed the exhibits under seal.

17          Having reviewed the motions, and the remainder of the record, the Court hereby finds

18   and orders:

19          (1) "Plaintiff's Motion to File Exhibits 2, 3, 4, 5, 6 & 7 Under Seal" (Dkt. #37), and

20   "Plaintiff's Motion to File Exhibits B, C, D, 4, 13, 14 & 17 Under Seal" (Dkt. #45) are

21   GRANTED. Plaintiff has adequately justified sealing the exhibits, overcoming the strong

22   presumption in favor of public access. *See* Local Rule CR 5(g)(2). Accordingly, the exhibits

23   shall remain SEALED.

24          (2) The Clerk is directed to forward a copy of this Order to all counsel of record.

25          DATED this __4__ day of March, 2008.

26

27                                                 RICARDO S. MARTINEZ
                                                   UNITED STATES DISTRICT JUDGE
28

ORDER
PAGE - 1