The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

MICROSOFT CORPORATION, a Washington corporation,

                Plaintiff,

v.

IMMERSION CORPORATION, a Delaware corporation,

                Defendant.

No. CV07 936RSM

**DECLARATION OF ALAN J. HEINRICH IN SUPPORT OF IMMERSION CORPORATION'S MOTION TO COMPEL RESPONSES TO REQUEST FOR PRODUCTION NOS. 53, 54 AND 71 AND REFERENCED IN RESPONSE TO INTERROGATORY NO. 7**

NOTED ON MOTION CALENDAR:
March 28, 2008

I, Alan J. Heinrich, declare as follows:

1. I am a partner at the law firm of Irell & Manella LLP, co-counsel of record for defendant Immersion Corporation ("Immersion") in the above captioned action. I am a member in good standing of the California State Bar and am admitted to practice before this Court in this case *pro hac vice*. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Attached hereto as Exhibit 1 is a true and correct copy of Immersion Corporation's First Set of Requests for Production of Documents to Microsoft Corporation dated September 11, 2007 (the "Requests").

3. Attached hereto as Exhibit 2 is a true and correct copy of Microsoft Corporation's ("Microsoft") responses to the Requests, dated October 11, 2007.

DECLARATION OF ALAN J. HEINRICH IN SUPPORT OF IMMERSION CORPORATION'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS (CV07 936RSM) - 1

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

Dockets.Justia.com

4. Attached hereto as Exhibit 3 is a true and correct copy of a letter from me to Paul J. Kundtz, counsel for Microsoft, dated November 5, 2007.

5. Attached hereto as Exhibit 4 is a true and correct copy of a letter from me to Paul J. Kundtz, counsel for Microsoft, dated December 21, 2007.

6. Attached hereto as Exhibit 5 is a true and correct copy of a letter from Wendy E. Lyon, counsel for Microsoft, to Bradley S. Keller, counsel for Immersion, dated January 2, 2008.

7. Attached hereto as Exhibit 6 is a true and correct copy of a letter from me to Wendy E. Lyon, counsel for Microsoft, dated January 18, 2008.

9. Attached hereto as Exhibit 7 is a true and correct copy of Immersion Corporation's First Set of Interrogatories to Microsoft Corporation dated January 14, 2007 ("Interrogatories").

10. On January 22, 2008, the parties conducted a telephonic conference pursuant to Fed. R. Civ. P. 37. I hereby certify that Immersion in good faith conferred with Microsoft in an effort to avoid motion practice. During the conference, Microsoft stated that it refused to produce documentation concerning settlements of other lawsuits, necessitating this motion.

11. Attached hereto as Exhibit 8 is a true and correct copy of Microsoft's responses to Immersion's First Set of Interrogatories dated February 13, 2008 (with redactions).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED on March 13, 2008, at Los Angeles, California.

By /s/ Alan J. Heinrich
Alan J. Heinrich
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Telephone: (310) 203-7052
Fax Number: (310) 203-7199
aheinrich@irell.com

DECLARATION OF ALAN J. HEINRICH IN SUPPORT OF
IMMERSION'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS
(CV07 936RSM) - 2

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on the 13th day of March, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Paul J. Kundtz (pkundtz@riddellwilliams.com)
Blake Marks-Dias (bmarksdias@riddellwilliams.com)
Wendy E. Lyon (wlyon@riddellwilliams.com)
Riddell Williams P.S.
1001 Fourth Avenue Plaza, Suite 4500
Seattle, WA 98154-3600
*Attorneys for Plaintiff*

/s/Jofrey M. McWilliam, WSBA #28441
Byrnes & Keller LLP
1000 Second Avenue, 38th Floor
Seattle, WA 98104
Telephone: (206) 622-2000
Facsimile: (206) 622-2522
jmcwilliam@byrneskeller.com

DECLARATION OF ALAN J. HEINRICH IN SUPPORT OF
IMMERSION'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS
(CV07 936RSM) - 3

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000