The Hon. Ricardo S. Martinez
Noted on Motion Calendar: 2/28/2008

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>IMMERSION CORPORATION, a Delaware corporation,<br><br>Defendant. | No. C07-0936RSM<br><br>**PLAINTIFF'S MOTION TO FILE UNDER SEAL EXHIBITS A, B, C, D, AND E TO THE DECLARATION OF WENDY E. LYON** |

## I. RELIEF REQUESTED

Pursuant to Local Rule 5(g), plaintiff respectfully requests that the Court allow plaintiff to file under seal Exhibits A, B, C, D and E to the Declaration of Wendy E. Lyon in Support Of Microsoft's Opposition to Immersion's Motion To Compel Production of Documents Responsive to Request Nos. 53, 54 and 71 ("Lyon Declaration").

## II. GROUNDS

Although the parties filed a [Proposed] Stipulated Protective Order Regarding Treatment by the Parties of Confidential Documents with the Court on 2/13/08, Doc. #43, it was rejected by the Court (Minute Order of 3/20/08). The parties are now working to

PLAINTIFF'S MOTION TO FILE UNDER SEAL EXHIBITS A-E TO
LYON DECLARATION (NO. C07-936RSM) - 1
4822-4937-1138.01
032008/1628/20363.00411

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

reach agreement on the language contained in the Stipulation and resubmit it for the Court's approval.

Immersion claims that numerous documents in this case, including documents attached as exhibits to the Lyon declaration, are confidential and must be filed under seal. Allowing plaintiff to file exhibits under seal pending the parties' agreement on a form of Protective Order is appropriate.

Sealing of certain exhibits to the Lyon Declaration is authorized under Local Rule 5(g) because the facts warranting sealing overcome the strong presumption in favor of public access to the document. Moreover, the public's interest in accessing these exhibits to the Lyon Declaration is minimal. General information related to the parties' claims can be obtained from plaintiff's motion. Nor do the exhibits deal with any matters of public importance.

### III. CONCLUSION

For the foregoing reasons, plaintiff respectfully request that the Court allow exhibits A, B, C, D., and E to the Lyon Declaration to be filed under seal. An order authorizing sealing is submitted herewith.

DATED this 24th day of March, 2008.

RIDDELL WILLIAMS P.S.

By _____
Paul J. Kundtz, WSBA #13548
Blake Marks-Dias, WSBA #28169
Wendy E. Lyon, WSBA #34461
Attorneys for Plaintiff MICROSOFT CORPORATION

PLAINTIFF'S MOTION TO FILE UNDER SEAL EXHIBITS A-E TO LYON DECLARATION (NO. C07-936RSM)- 2
4822-4937-1138.01
032008/1628/20363.00411

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

# CERTIFICATE OF SERVICE

I, Margaret Friedmann, declare as follows:

I am over 18 years of age and a citizen of the United States. I am employed as a legal secretary by the law firm of Riddell Williams P.S.

On the date noted below, I electronically filed the foregoing document titled **PLAINTIFF'S MOTION TO FILE UNDER SEAL EXHIBITS A, B, C, D and E TO THE DECLARATION OF WENDY LYON and PROPOSED ORDER GRANTING PLAINTIFF'S MOTION TO FILE EXHIBITS A, B, C, D, AND E TO THE DECLARATION OF WENDY E. LYON UNDER SEAL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel for Immersion Corporation:

| | |
|---|---|
| Bradley S. Keller<br>Jofrey M. McWilliam<br>Byrnes & Keller LLP<br>1000 Second Avenue, 38th Floor<br>Seattle, WA 98104-4082<br>Phone: (206) 622-2000<br>Fax: (206) 622-2522<br>Email: bkeller@byrneskeller.com<br>jmcwilliam@byrneskeller.com | Richard M. Birnholz<br>Morgan Chu<br>Irell & Manella LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067-4276<br>Phone: (310) 277-1010<br>Fax: (301) 203-7199<br>Email: rbirnholz@irell.com<br>mchu@irell.com |

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Executed at Seattle, Washington this 24th day of March, 2008.

*Margaret Friedmann*
Margaret Friedmann
Legal Secretary, Riddell Williams P.S.
1001 Fourth Avenue Plaza, Suite 4500
Seattle, WA 98154
Phone: (206) 624-3600
Fax: (206) 389-1708
email: mfriedmann@riddellwilliams.com

PLAINTIFF'S MOTION TO FILE UNDER SEAL EXHIBITS A-E TO
LYON DECLARATION (NO. C07-936RSM)- 3
4822-4937-1138.01
032408/1505/20363.00411

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600