The Honorable Ricardo S. Martinez
Noted on Motion Calendar: March 28, 2008

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>IMMERSION CORPORATION,<br><br>Defendant. | No. 2:07-CV-936-RSM<br><br>**DECLARATION OF STEVE AESCHBACHER IN SUPPORT OF MICROSOFT'S OPPOSITION TO IMMERSION'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO REQUEST NOS. 53, 54 AND 71** |

I, Steve Aeschbacher, declare as follows:

1. I am Associate General Counsel for Microsoft Corporation in the litigation group of its Department of Legal and Corporate Affairs. I am one of the attorneys representing plaintiff Microsoft Corporation and have personal knowledge of the following statements. I am a citizen of the United States, over the age of 18 years, and competent to make this Declaration.

2. Microsoft has been in business for over 30 years.

3. During that time, Microsoft has been involved in hundreds of lawsuits and entered into hundreds of settlement agreements in a variety of cases, including cases asserting antitrust, patent, trade secret, copyright, consumer class

DECLARATION OF STEVE AESCHBACHER IN SUPPORT OF
OPPOSITION TO MOTION TO COMPEL- (No. 2:07-936-RSM) ) - 1
4834-5366-0674.01
032108/1652/20363.00411

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

actions, contract disputes, employment, anti-piracy, trademark, digital enforcement, anti-phishing and personal injury claims.

4. In order to determine which settlement agreements were entered into in patent infringement cases, Microsoft would have to attempt to locate whatever settlement agreements it has spanning 30+ years and review them in order to determine whether they involved patent infringement.

5. Determining which settlement agreements were entered into post-verdict would be an even more arduous task. Microsoft does not maintain files of settlement agreements segregated by those that were entered into pre-verdict or post-verdict. Often this information cannot be determined by looking at the settlement agreement itself, and thus determining what stage of litigation the parties were in when they reached an agreement would require searching for, gathering and reviewing other case documents.

6. Likewise, determining which agreements involved the payment of all or part of a judgment would require a review of all settlement agreements and likely other documents such as the judgment, in order to compare the amount paid pursuant to the agreement with any judgment amount.

7. In my experience as an attorney at Microsoft for over 10 years, which includes reviewing settlement agreements negotiated by my colleagues and entering into settlement agreements in cases that I have been responsible for, Microsoft's settlement agreements more often than not are subject to confidentiality provisions, which preclude Microsoft from disclosing them or their terms to others.

/ / /

/ / /

/ / /

DECLARATION OF STEVE AESCHBACHER IN SUPPORT OF
OPPOSITION TO MOTION TO COMPEL- (No. 2:07-936-RSM) )- 2
4834-5366-0674.01
032108/1652/20363.00411

Riddell Williams p.s.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and complete to the best of my knowledge.

SIGNED this 24th day of March, 2008, at Redmond, Washington.

_____
Steve Aeschbacher

DECLARATION OF STEVE AESCHBACHER IN SUPPORT OF
OPPOSITION TO MOTION TO COMPEL- (No. 2:07-936-RSM) )- 3
4834-5366-0674.01
03210./1559/20363.00411

Riddell Williams p.s.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

# CERTIFICATE OF SERVICE

I, Margaret Friedmann, declare as follows:

I am over 18 years of age and a citizen of the United States. I am employed as a legal secretary by the law firm of Riddell Williams P.S.

On the date noted below, I electronically filed the foregoing document titled **DECLARATION OF STEVE AESCHBACHER IN SUPPORT OF MICROSOFT'S OPPOSITION TO IMMERSION'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO REQUEST NOS. 53, 54 AND 71** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel for Immersion Corporation:

| | |
|---|---|
| Bradley S. Keller<br>Jofrey M. McWilliam<br>Byrnes & Keller LLP<br>1000 Second Avenue, 38th Floor<br>Seattle, WA 98104-4082<br>Phone: (206) 622-2000; Fax: (206) 622-2522<br>Email: bkeller@byrneskeller.com<br>jmcwilliam@byrneskeller.com | Richard M. Birnholz<br>Morgan Chu<br>Irell & Manella LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067-4276<br>Phone: (310) 277-1010; Fax: (301) 203-7199<br>Email: rbirnholz@irell.com<br>mchu@irell.com |

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Executed at Seattle, Washington this 24th day of March, 2008.

*Margaret Friedmann*
Margaret Friedmann
Legal Secretary, Riddell Williams P.S.
1001 Fourth Avenue Plaza, Suite 4500
Seattle, WA 98154
Phone: (206) 624-3600
Fax: (206) 389-1708
email: mfriedmann@riddellwilliams.com

DECLARATION OF STEVE AESCHBACHER IN SUPPORT OF
OPPOSITION TO MOTION TO COMPEL- (No. 2:07-936-RSM) )- 4
4834-5366-0674.01
032108/1652/20363.00411

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600