The Hon. Ricardo S. Martinez
Noted on Motion Calendar: March 28, 2008

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

MICROSOFT CORPORATION, a Washington corporation,

Plaintiff,

v.

IMMERSION CORPORATION, a Delaware corporation,

Defendant.

NO. CV7-936RSM

**MICROSOFT'S SUR-REPLY TO IMMERSION'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO REQUEST NOS. 53, 54 AND 71**

Microsoft submits this sur-reply to address the limited issue of whether Microsoft should be forced to produce confidential settlement agreements with third parties in light of the Court's recent order (Dkt. # 64), requiring Immersion to produce evidence of its settlement discussions and efforts to mediate with Sony.[1] In its reply in support of its Motion to Compel (Dkt. # 65) Microsoft's unrelated settlement agreements, Immersion suggests that confidential settlement agreements are freely discoverable, that Microsoft's position has been

---

[1] Microsoft requests that the Court accept this sur-reply in part because the Court's Order (Dkt #64) was issued just minutes before Microsoft submitted is response to the pending motion, and therefore Microsoft did not have an opportunity to address this ruling in its response to Immersion's Motion to Compel.

MICROSOFT'S SUR-REPLY TO IMMERSION'S MOTION TO COMPEL DOCS. RESP. TO 53, 54 & 71 (No. CV7-936RSM) - 1
4824-7973-2994.01
040308/1135/20363.00411

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

inconsistent, and that Microsoft's position is inconsistent with the Court's recent order. They are not.

As stated in Microsoft's Motion to Compel settlement and mediation-related documents between Immersion and Sony (Dkt. # 38):

> Under certain circumstances, FRE 408 protects from disclosure evidence of settlement negotiations. The primary rationale behind Rule 408 'is the obvious public policy interest in encouraging settlement of private disputes.' *Lo Bosco v. Kure Eng. Ltd.*, 891 F.Supp. 1035, 1037-38 (D.N.J. 1995).

However, as described in Microsoft's Motion to Compel and the Court's Order, some circumstances require that the public policy interest be set aside. For example, in this case, evidence of settlement discussions is directly relevant to prove that Sony and Immersion did in fact settle, which is the primary issue in this case. *See, e.g., Cates v. Morgan Portable Bldg. Corp.*, 708 F.2d 683 (7th Cir. 1985) . Such circumstances constitute a well-recognized exception to the general bar against disclosure of settlement negotiations.

By contrast, Immersion is seeking evidence of unrelated settlement agreements between Microsoft and third parties that span the course of 30 years. Those agreements have nothing to do with any issues in this case.

Under these circumstances, "the policy in favor of encouraging settlements is stronger than the inquiring party's need to know the terms of a settlement." *Long v. American Red Cross*, 145 F.R.D. 658, 667 (S.D.Ohio, 1993) (citing *Gaull v. Wyeth Laboratories*, 687 F.Supp. 77 (S.D.N.Y.1988) ("Considering the small evidentiary value of the terms of the settlement agreement, and the chilling effect an order of disclosure of agreements entered into with the understanding of confidentiality would have on future settlement negotiations in other litigation, the Court declines as a matter of policy to order its disclosure."). Unlike Microsoft's

MICROSOFT'S SUR-REPLY TO IMMERSION'S MOTION TO
COMPEL DOCS. RESP. TO 53, 54 & 71 (No. CV7-936RSM) - 2
4824-7973-2994.01
040308/1135/20363.00411

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

showing in its Motion to Compel, Immersion has not demonstrated that the discovery it seeks is sufficiently relevant to outweigh the protection generally afforded to settlement agreements. Therefore, Immersion is not entitled to this discovery and its motion should be denied.

DATED April 3, 2008.

RIDDELL WILLIAMS P.S.

By     /s/ Wendy E. Lyon
Paul J. Kundtz, WSBA #13548
pkundtz@riddellwilliams.com
Blake Marks-Dias, WSBA #28169
bmarksdias@riddellwilliams.com
Wendy E. Lyon, WSBA #34461
wlyon@riddellwilliams.com
Phone: (206) 624-3600; Fax: (206) 389-1708
Attorneys for Plaintiff Microsoft Corporation

MICROSOFT'S SUR-REPLY TO IMMERSION'S MOTION TO
COMPEL DOCS. RESP. TO 53, 54 & 71 (No. CV7-936RSM) - 3
4824-7973-2994.01
040308/1135/20363.00411

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

# CERTIFICATE OF SERVICE

I, Margaret Friedmann, declare as follows:

I am over 18 years of age and a citizen of the United States. I am employed as a legal secretary by the law firm of Riddell Williams P.S. On the date noted below I electronically filed the foregoing document titled **MICROSOFT'S SUR-REPLY TO IMMERSION'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS RESPONSIVE TO REQUEST NOS. 53, 54 AND 71** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel for Immersion Corporation:

| | |
|---|---|
| Bradley S. Keller<br>Jofrey M. McWilliam<br>Byrnes & Keller LLP<br>1000 Second Avenue, 38th Floor<br>Seattle, WA 98104-4082<br>Phone: (206) 622-2000<br>Fax: (206) 622-2522<br>Email: bkeller@byrneskeller.com<br>jmcwilliam@byrneskeller.com | Richard M. Birnholz<br>Morgan Chu<br>Irell & Manella LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067-4276<br>Phone: (310) 277-1010<br>Fax: (301) 203-7199<br>Email: rbirnholz@irell.com<br>mchu@irell.com |

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Executed at Seattle, Washington this 3RD day of April, 2008.

*/s/ Margaret Friedmann*

Margaret Friedmann
Legal Secretary, Riddell Williams P.S.
1001 Fourth Avenue Plaza, Suite 4500
Seattle, WA 98154
Phone: (206) 624-3600
Fax: (206) 389-1708
email: mfriedmann@riddellwilliams.com

MICROSOFT'S SUR-REPLY TO IMMERSION'S MOTION TO
COMPEL DOCS. RESP. TO 53, 54 & 71 (No. CV7-936RSM) - 4
4824-7973-2994.01
040308/1135/20363.00411

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600