The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>IMMERSION CORPORATION, a Delaware corporation,<br><br>　　　　Defendant. | Case No. CV07 936RSM<br><br>**IMMERSION CORPORATION'S NOTICE RE: POTENTIAL CONFLICT WITH TRIAL DATE** |

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

IMMERSION'S NOTICE RE TRIAL DATE
(CV07 936RSM)

Dockets.Justia.com

| | |
|---|---|
| 1 | A seven- to ten-day trial is currently scheduled to commence in this case on October 14, |
| 2 | 2008.  Immersion hereby wishes to call to the Court's attention and to opposing counsel that |
| 3 | Immersion's lead trial counsel at Irell & Manella LLP, Morgan Chu and undersigned counsel |
| 4 | Alan Heinrich, have a potential trial conflict.  Both Mr. Chu and the undersigned also are trial |
| 5 | counsel in a case pending in the United States District Court for the Eastern District of Texas, |
| 6 | *Peer Communications Corp. v. Skype Technologies S.A. et al.*, civil action no. 6:06cv370, before |
| 7 | the Hon. Leonard Davis.  That case has a previously-scheduled trial date set to commence on |
| 8 | October 13, 2008, pursuant to the court's Agreed Docket Control Order entered on February 14, |
| 9 | 2007.  Counsel is also notifying the Eastern District of Texas of this potential conflict.  Counsel is |
| 10 | willing to make an adjustment to the case schedule to resolve this potential scheduling conflict |
| 11 | now, and if the Court wishes to file a more formal motion, or alternatively to reassess this |
| 12 | scheduling issue at a later date in the event that one of the two cases is not resolved or does not |
| 13 | have a trial postponement for another reason. |

Dated: April 8, 2008                    Respectfully Submitted,

IRELL & MANELLA LLP
Morgan Chu
Richard M. Birnholz
Alan J. Heinrich
David R. Kaplan

By /s/ Alan J. Heinrich
    Alan J. Heinrich
    (Admitted *pro hac vice*)
    Irell & Manella LLP
    1800 Avenue of the Starts, Suite 900
    Los Angeles, CA  90067-4276
    Telephone:  (310) 277-1010
    Facsimile:  (310) 203-7199

    Byrnes & Keller LLP
    1000 Second Avenue, 38th Floor
    Seattle, WA  98104
    Telephone:  (206) 622-2000
    Facsimile:  (206) 622-2522

    *Attorneys for Defendant Immersion Corporation*

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 1 -

IMMERSION'S NOTICE RE TRIAL DATE
(CV07 936RSM)

# CERTIFICATE OF SERVICE

The undersigned attorney certifies that on the 8th day of April, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Paul J. Kundtz (pkundtz@riddellwilliams.com)
Blake Marks-Dias (bmarksdias@riddellwilliams.com)
Wendy E. Lyon (wlyon@riddellwilliams.com)
Riddell Williams P.S.
1001 Fourth Avenue Plaza, Suite 4500
Seattle, WA 98154-3600
*Attorneys for Plaintiff*

/s/ David R. Kaplan
David R. Kaplan
Irell & Manella LLP
1800 Avenue of the Starts, Suite 900
Los Angeles, CA 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199
(dkaplan@irell.com)

Byrnes & Keller LLP
1000 Second Avenue, 38th Floor
Seattle, WA 98104
Telephone: (206) 622-2000
Facsimile: (206) 622-2522

*Attorneys for Defendant Immersion Corporation*

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 2 -

IMMERSION'S NOTICE RE TRIAL DATE
(CV07 936RSM)