UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICROSOFT CORPORATION,

    Plaintiff,

v.

IMMERSION CORPORATION,

    Defendant.

CASE NO. C07-936RSM

ORDER GRANTING PLAINTIFF'S MOTION TO SEAL

This matter comes before the Court on "Plaintiff's Motion to File Under Seal Exhibits A, B, C, D, and E to the Declaration of Wendy E. Lyon." (Dkt. #60). Plaintiff seeks to seal exhibits related to its opposition to Defendant's motion to compel that is pending before this Court on the grounds that the exhibits contain sensitive and confidential information. Plaintiff has already filed the exhibits under seal.

Having reviewed the motion, and the remainder of the record, the Court hereby finds and orders:

(1) "Plaintiff's Motion to File Under Seal Exhibits A, B, C, D, and E to the Declaration of Wendy E. Lyon" (Dkt. #60) is GRANTED. Plaintiff has adequately justified sealing the exhibits, overcoming the strong presumption in favor of public access. *See* Local Rule CR 5(g)(2). Accordingly, the exhibits shall remain SEALED.

(2) The Clerk is directed to forward a copy of this Order to all counsel of record.

DATED this  8  day of April, 2008.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 1