HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>IMMERSION CORPORATION, a Delaware corporation,<br><br>Defendant. | No. CV7-936RSM<br><br>**DECLARATION OF BLAKE MARKS-DIAS IN SUPPORT OF MICROSOFT'S MOTION FOR SUMMARY JUDGMENT TO DISMISS IMMERSION'S COUNTERCLAIM**<br><br>**NOTE ON MOTION CALENDAR: MAY 9, 2008**<br><br>**ORAL ARGUMENT REQUESTED** |

Blake Marks-Dias declares as follows:

1. I am one of the attorneys for Plaintiff Microsoft Corporation in the above-captioned action. I am over the age of 18, competent to testify, and make this declaration based upon personal knowledge.

2. On January 22, 2008, counsel for Microsoft and Immersion conducted a Rule 37 conference to discuss Immersion's discovery responses.

3. Among the topics discussed during the Rule 37 conference was Immersion's inadequate responses to discovery requests regarding its Counterclaim. Immersion maintained that it could not respond until discovery was complete, but ultimately agreed to

DECL. OF BLAKE MARKS-DIAS IN SUPPORT OF MICROSOFT'S
MOTION FOR SUMMARY JUDGMENT TO DISMISS IMMERSION'S
COUNTERCLAIM (No. CV7-936RSM) - 1
4848-5797-0690.01
041708/1459/20363.00411

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

produce all of the evidence supporting Immersion's Counterclaim that was currently in their possession.

4. Beginning on March 17, 2008, Immersion produced additional documents as discussed during the Rule 37 conference. None of the documents Immersion produced in this supplemental production are related to Immersion's Counterclaim.

5. Attached as Exhibit 1 is a true and correct copy of my email dated March 17, 2008 to David Kaplan, counsel for Immersion. This email asks whether Microsoft could expect any supplemental answers to interrogatories. To date, Immersion has not responded to this question, and has not supplemented its original interrogatory responses.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

EXECUTED on April 16th, 2008, at Seattle, Washington.

_____
Blake Marks-Dias

DECL. OF BLAKE MARKS-DIAS IN SUPPORT OF MICROSOFT'S
MOTION FOR SUMMARY JUDGMENT TO DISMISS IMMERSION'S
COUNTERCLAIM (No. CV7-936RSM) - 2
4848-5797-0690.01
041608/1844

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

# CERTIFICATE OF SERVICE

The undersigned certifies that on the 17th day of April, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Richard M Birnholz**
rbirnholz@irell.com,lwakino@irell.com,ddrescher@irell.com,dkaplan@irell.com

**Morgan Chu**
mchu@irell.com

**Alan J Heinrich**
aheinrich@irell.com

**David R Kaplan**
dkaplan@irell.com

**Bradley S. Keller**
bkeller@byrneskeller.com,smacias@byrneskeller.com,kwolf@byrneskeller.com

**Paul Joseph Kundtz**
pkundtz@riddellwilliams.com,ebastien@microsoft.com,mfriedmann@riddellwilliams.com,Steve.Aeschbacher@microsoft.com

**Wendy E Lyon**
wlyon@riddellwilliams.com,mfriedmann@riddellwilliams.com

**Blake Edward Marks-Dias**
bmarksdias@riddellwilliams.com,dhammonds@riddellwilliams.com

**Jofrey M McWilliam**
jmcwilliam@byrneskeller.com,lyoshinaga@byrneskeller.com

Executed at Seattle, Washington this 17th day of April, 2008.

Holly Rohr Tran
Legal Secretary, Riddell Williams P.S.
1001 Fourth Avenue Plaza, Suite 4500
Seattle, WA 98154
Phone: (206) 624-3600
Fax: (206) 389-1708
email: hrohrtran@riddellwilliams.com

DECL. OF BLAKE MARKS-DIAS IN SUPPORT OF MICROSOFT'S
MOTION FOR SUMMARY JUDGMENT TO DISMISS IMMERSION'S
COUNTERCLAIM (No. CV7-936RSM) - 3
4848-5797-0690.01
041708/1459/20363.00411

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

# Marks-Dias, Blake

**From:** Marks-Dias, Blake
**Sent:** Monday, March 17, 2008 2:32 PM
**To:** 'Kaplan, David'
**Cc:** Birnholz, Richard; Heinrich, Alan; Kundtz, Paul
**Subject:** RE: MS v. Immersion

Dave,

We received today a disc with supplemental documents. Should we be expecting any supplemental answers to interrogatories?

Thanks,

Blake

-----Original Message-----
From: Kaplan, David [mailto:DKaplan@irell.com]
Sent: Friday, March 14, 2008 6:32 PM
To: Marks-Dias, Blake
Cc: Birnholz, Richard; Heinrich, Alan
Subject: RE: MS v. Immersion

Blake,

They were sent to you today for Monday delivery.

Thanks,

Dave

-----Original Message-----
From: Marks-Dias, Blake [mailto:bmarksdias@Riddellwilliams.com]
Sent: Friday, March 14, 2008 6:18 PM
To: Kaplan, David
Subject: MS v. Immersion

Dave,

Where are Immersion's supplemental discovery responses?

Blake
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

CONFIDENTIALITY AND CIRCULAR 230 NOTICE: This communication is intended for the sole use of the individual and entity to whom it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. You are hereby notified that any dissemination, distribution or duplication of this communication by someone other than the intended addressee or its designated agent is strictly prohibited. As required by the Internal Revenue Service, anything contained in this communication pertaining to any U.S. federal tax matter is not to be used for the purpose of avoiding federal tax penalties under the Internal Revenue Code or for promoting, marketing or recommending to any third party the tax implications of any partnership or other entity, investment plan or arrangement discussed in this communication. If you have received this communication in error, please notify this firm immediately by collect call (206)-624-3600, or by reply to this communication.

ccmailg.irell.com made the following annotations
-------------------------------------------------------------------------
PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this

1

EXHIBIT 1

message and then delete it from your system. Thank you.

------------------------------------------------------------------