The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>IMMERSION CORPORATION, a Delaware corporation,<br><br>Defendant. | No. CV 07-936-RSM<br><br>**[PROPOSED]**<br><br>**ORDER GRANTING MICROSOFT'S MOTION TO COMPEL RESPONSES TO DISCOVERY RELATED TO IMMERSION'S COUNTERCLAIM**<br><br>**NOTED ON MOTION CALENDAR: MAY 9, 2008** |

Plaintiff Microsoft Corporation ("Plaintiff") has presented a Motion to Compel Responses to Discovery Related to Immersion's Counterclaim. The Court has fully considered the documents filed in support of and in opposition to the Motion, including:

1. Plaintiff's Motion to Compel Responses to Discovery Related to Immersion's Counterclaim;

2. Declaration of Blake Marks-Dias in Support of Plaintiff's Motion to Compel Responses to Discovery Related to Immersion's Counterclaim;

3. Immersion Corporation's Opposition to Plaintiff's Motion to Compel Responses to Discovery Related to Immersion's Counterclaim;

[PROP.] ORDER GRANTING PLNTF'S MOT. TO COMPEL RESP. RELATED TO COUNTERCLAIM (No. 2:07-cv-936RSM)- 1
4825-8518-3234.01
042408/1129/20363.00411

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

dockets.Justia.com

4. Declaration of _____ In Support of Immersion Corporation's Opposition To Plaintiff's Motion to Compel Responses to Discovery Related to Immersion's Counterclaim;

       5. Reply in Support of Plaintiff's Motion to Compel Responses to Discovery Related to Immersion's Counterclaim;

       IT IS HEREBY ORDERED that:

       1.     Plaintiff's Motion to Compel Responses to Discovery Related to Immersion's Counterclaim is GRANTED.

       2.     Immersion shall, within twenty-one (21) days of the date of this Order, respond to Interrogatories 6 and 7 and produce to Plaintiff all documents that in any way support or relate to Immersion's counterclaim.

       DATED this 24th day of _____, 2008.

                                        _____
                                        The Honorable Ricardo S. Martinez
                                        U.S. District Court Judge

Presented By:

RIDDELL WILLIAMS P.S.

By:     /s/ Blake Marks-Dias
        Paul J. Kundtz, WSBA #13548
        EMAIL: pkundtz@riddellwilliams.com
        Blake Marks-Dias, WSBA #28169
        EMAIL: bmarksdias@riddellwilliams.com
        Wendy E. Lyon, WSBA #34461
        EMAIL: wlyon@riddellwilliams.com
        Attorneys for Plaintiff Microsoft Corporation

[PROP.] ORDER GRANTING PLNTF'S MOT. TO COMPEL RESP. RELATED TO COUNTERCLAIM (No. 2:07-cv-936RSM)- 2
4825-8518-3234.01
042408/1129/20363.00411

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

# CERTIFICATE OF SERVICE

The undersigned certifies that on the _____ day of April, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Richard M Birnholz**
rbirnholz@irell.com,lwakino@irell.com,ddrescher@irell.com,dkaplan@irell.com

**Morgan Chu**
mchu@irell.com

**Alan J Heinrich**
aheinrich@irell.com

**David R Kaplan**
dkaplan@irell.com

**Bradley S. Keller**
bkeller@byrneskeller.com,smacias@byrneskeller.com,kwolf@byrneskeller.com

**Paul Joseph Kundtz**
pkundtz@riddellwilliams.com,ebastien@microsoft.com,mfriedmann@riddellwilliams.com,Steve.Aeschbacher@microsoft.com

**Wendy E Lyon**
wlyon@riddellwilliams.com,mfriedmann@riddellwilliams.com

**Blake Edward Marks-Dias**
bmarksdias@riddellwilliams.com,dhammonds@riddellwilliams.com

**Jofrey M McWilliam**
jmcwilliam@byrneskeller.com,lyoshinaga@byrneskeller.com

Executed at Seattle, Washington this 24th day of April, 2008.

Donna Hammonds
Legal Secretary, Riddell Williams P.S.
1001 Fourth Avenue Plaza, Suite 4500
Seattle, WA 98154
Phone: (206) 624-3600
Fax: (206) 389-1708
email: dhammonds@riddellwilliams.com

[PROP.] ORDER GRANTING PLNTF'S MOT. TO COMPEL RESP. RELATED TO COUNTERCLAIM (No. 2:07-cv-936RSM)- 3
4825-8518-3234.01
042408/1129/20363.00411