The Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>IMMERSION CORPORATION, a Delaware corporation,<br><br>Defendant. | No. C07-0936RSM<br><br>**PLAINTIFF'S MOTION TO FILE EXHIBIT A TO THE DECLARATION OF WENDY E. LYON (RE MICROSOFT'S REPLY IN SUPPORT ITS MOTION TO LIMIT SPEAKING OBJECTIONS) UNDER SEAL**<br><br>NOTED ON MOTION CALENDAR: MAY 2, 2008 |

## I. RELIEF REQUESTED

Pursuant to Local Rule 5(g), plaintiff respectfully requests that the Court allow plaintiff to file under seal Exhibit A to the Declaration of Wendy E. Lyon in Support of Microsoft's Reply in Support of Its Motion to Limit Speaking Objections.

## II. GROUNDS

Although the parties filed a [Proposed] Stipulated Protective Order Regarding Treatment by the Parties of Confidential Documents with the Court on 2/13/08, Doc. #43, it was rejected by the Court (Minute Order of 3/20/08). The parties are still working to reach agreement on the language contained in the Stipulation and resubmit it for the Court's approval.

PLAINTIFF'S MOTION TO FILE EX. A TO LYON DECL. UNDER
SEAL (NO. C07-936RSM) - 1
4842-5858-0482.01
050208/1350/20363.00411

Riddell Williams p.s.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

Immersion has asserted that the testimony of various Sony and Immersion witnesses is confidential. Exhibit A to the Declaration of Wendy E. Lyon in Support of Microsoft's Reply in Support of Its Motion to Limit Speaking Objections contains testimony of Laura A. Peter and Patrick Reutens, and contains information that defendants regard as confidential. Allowing plaintiff to file these documents under seal pending the parties' agreement on a form of Protective Order is appropriate.

The sealing of Exhibit A to the above-referenced Declaration of Wendy E. Lyon is authorized under Local Rule 5(g) because the facts warranting sealing overcome the presumption in favor of public access to the document. Moreover, the public's interest in accessing Exhibit A to the Declaration of Wendy E. Lyon is minimal; nor does Ex. A to the Declaration of Wendy E. Lyon deal with any matters of public importance. General information related to the parties' claims can be obtained from the pleadings and motions on file.

### III. CONCLUSION

For the foregoing reasons, plaintiff respectfully request that the Court allow Exhibit A to the Declaration of Wendy E. Lyon to be filed under seal. An order authorizing sealing is submitted herewith.

DATED this 2nd day of May, 2008.

RIDDELL WILLIAMS P.S.

By /s/ Wendy E. Lyon
Paul J. Kundtz, WSBA #13548
Blake Marks-Dias, WSBA #28169
Wendy E. Lyon, WSBA #34461
Attorneys for Plaintiff MICROSOFT CORPORATION

PLAINTIFF'S MOTION TO FILE EX. A TO LYON DECL. UNDER SEAL (NO. C07-936RSM)- 2
4842-5858-0482.01
050208/1350/20363.00411

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

# CERTIFICATE OF SERVICE

I, Margaret Friedmann, declare as follows:

I am over 18 years of age and a citizen of the United States. I am employed as a legal secretary by the law firm of Riddell Williams P.S.

On the date noted below, I electronically filed the foregoing document titled **PLAINTIFF'S MOTION TO FILE EXHIBIT A TO THE DECLARATION OF WENDY E. LYON (RE MICROSOFT'S REPLY IN SUPPORT ITS MOTION TO LIMIT SPEAKING OBJECTIONS) UNDER SEAL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel for Immersion Corporation:

| | |
|---|---|
| Bradley S. Keller<br>Jofrey M. McWilliam<br>Byrnes & Keller LLP<br>1000 Second Avenue, 38th Floor<br>Seattle, WA 98104-4082<br>Phone: (206) 622-2000<br>Fax: (206) 622-2522<br>Email: bkeller@byrneskeller.com<br>jmcwilliam@byrneskeller.com | Richard M. Birnholz<br>Morgan Chu<br>Irell & Manella LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067-4276<br>Phone: (310) 277-1010<br>Fax: (301) 203-7199<br>Email: rbirnholz@irell.com<br>mchu@irell.com |

Service of the documents filed under seal will be served electronically on the above parties, plus Alan Heinrich at aheinrich@irell.com and David Kaplan at dkaplan@irell.com.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Executed at Seattle, Washington this 2nd day of May, 2008.

*Margaret Friedmann*
Margaret Friedmann
Legal Secretary, Riddell Williams P.S.
1001 Fourth Avenue Plaza, Suite 4500
Seattle, WA 98154
Phone: (206) 624-3600
Fax: (206) 389-1708
email: mfriedmann@riddellwilliams.com

PLAINTIFF'S MOTION TO FILE EX. A TO LYON DECL. UNDER SEAL (NO. C07-936RSM)- 3
4842-5858-0482.01
050208/1350/20363.00411

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600