The Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>IMMERSION CORPORATION, a Delaware corporation,<br><br>Defendant. | NO. CV7-0936RSM<br><br>**MICROSOFT'S REPLY IN SUPPORT OF ITS MOTION TO LIMIT SPEAKING OBJECTIONS**<br><br>Noted on Motion Calendar:<br>May 2, 2008<br><br>**Without Oral Argument** |

Immersion does not object to the Court entering Microsoft's proposed order limiting speaking objections and therefore the Court can do so immediately..

Immersion incorrectly states that this motion was not necessary and that if Microsoft had asked Immersion to comply with the proposed order it would have. However, during the depositions Microsoft's counsel repeatedly asked Immersion's counsel to not make speaking objections and to limit his objections to privilege, form and foundation. (Excerpts of Videotaped Depositions of Laura A. Peter, taken March 21, 2008 and Patrick Reutens, taken March 24, 2008, attached as Ex. A to the Declaration of Wendy E. Lyon in Support of Microsoft's Reply in Support of Its Motion to Limit Speaking Objections, filed under seal.) He

MICROSOFT'S REPLY IN SUPPORT OF ITS MOTION TO LIMIT
SPEAKING OBJECTIONS (No. CV7-936RSM) - 1
4848-3123-3794.01
050208/1354/20363.00411

Riddell Williams p.s.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

dockets.Justia.com

did not alter his conduct. An order is necessary to prevent this conduct from continuing.

Immersion incorrectly asserts that the its counsel, Mr. Birnholz, has acted appropriately during depositions, by making objections in most cases, only to protect attorney client or work product privilege. The record submitted by Microsoft reveals that in fact Immersion's counsel Mr. Birnholz made numerous objections which directed the witness how to answer a question, corrected a witness's answer, alerted a witness to particular questions, and interpreted questions for the witness, and generally sought to improperly coach the witness. The vast majority of these instances did not involve issues of privilege. In the few instances where he was concerned about privilege, he should have objected on the basis of privilege and instructed the witness not to answer. Fed. R. Civ. P. 30(d)(1). He may not answer for her, interpret the question, direct her only to use certain words, or otherwise comment on the question.

Immersion next asserts that any other objections were made to merely "clear up confusion." This too is not a proper basis for objections. Fed. R. Civ. P. 30(d)(1). The examples cited by Microsoft demonstrate that Mr. Birnholz, who may be a witness himself in this case, is blurring the lines between defending a deposition and testifying himself. Immersion states that his objections have not disrupted the depositions because the depositions have lasted less than seven hours and because there are more questions that were not objected to than were. Neither of those measures is the standard for proper behavior in a deposition and in any event miss the point of Microsoft's motion. Microsoft is primarily concerned that Mr. Birnholz is interfering with the witnesses' testimony by coaching them through his speaking objections.

MICROSOFT'S REPLY IN SUPPORT OF ITS MOTION TO LIMIT
SPEAKING OBJECTIONS (No. CV7-936RSM) - 2
4848-3123-3794.01
050208/1354/20363.00411

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

Immersion next argues that if its counsel has made speaking objections, that should be excused because counsel for Microsoft has also made speaking objections. There is little or no comparison. The few examples of Microsoft's minimal deposition objections did not suggest how the witnesses should answer, and are well within the rules and the proposed order. On the other hand, Mr. Birnholz's objections have interfered with and influenced the witnesses' testimony Nevertheless, Immersion's accusations do not provide a basis for not entering the requested order, because the proposed order applies equally to both parties.

Microsoft requests that the Court enter its proposed order to help facilitate the remaining discovery in this case.

DATED May 2, 2008.

RIDDELL WILLIAMS P.S.

By    s/Wendy E. Lyon
Paul J. Kundtz, WSBA #13548
pkundtz@riddellwilliams.com
Blake Marks-Dias, WSBA #28169
bmarksdias@riddellwilliams.com
Wendy E. Lyon, WSBA #34461
wlyon@riddellwilliams.com
Phone: (206) 624-3600; Fax: (206) 389-1708
Attorneys for Plaintiff Microsoft Corporation

MICROSOFT'S REPLY IN SUPPORT OF ITS MOTION TO LIMIT
SPEAKING OBJECTIONS (No. CV7-936RSM) - 3
4848-3123-3794.01
050208/1354/20363.00411

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

# CERTIFICATE OF SERVICE

I, Margaret Friedmann, declare as follows:

I am over 18 years of age and a citizen of the United States. I am employed as a legal secretary by the law firm of Riddell Williams P.S.

On the date noted below, I electronically filed the foregoing document entitled **MICROSOFT'S REPLY IN SUPPORT OF ITS MOTION TO LIMIT SPEAKING OBJECTIONS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel for Immersion Corporation, as well as others on the CM/ECF notification list:

| | |
|---|---|
| Bradley S. Keller<br>Jofrey M. McWilliam<br>Byrnes & Keller LLP<br>1000 Second Avenue, 38th Floor<br>Seattle, WA 98104-4082<br>Phone: (206) 622-2000<br>Fax: (206) 622-2522<br>Email: bkeller@byrneskeller.com<br>jmcwilliam@byrneskeller.com | Richard M. Birnholz<br>Morgan Chu<br>Irell & Manella LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067-4276<br>Phone: (310) 277-1010<br>Fax: (301) 203-7199<br>Email: rbirnholz@irell.com<br>mchu@irell.com |

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Executed at Seattle, Washington this 2nd day of May, 2008.

*/s/ Margaret R. Friedmann*
Margaret Friedmann
Legal Secretary, Riddell Williams P.S.
1001 Fourth Avenue Plaza, Suite 4500
Seattle, WA 98154
Phone: (206) 624-3600
Fax: (206) 389-1708
email: mfriedmann@riddellwilliams.com

MICROSOFT'S REPLY IN SUPPORT OF ITS MOTION TO LIMIT
SPEAKING OBJECTIONS (No. CV7-936RSM) - 4
4848-3123-3794.01
050208/1354/20363.00411

Riddell Williams p.s.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600