The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>IMMERSION CORPORATION,<br><br>Defendant. | No. 2:07-CV-936-RSM<br><br>**DECLARATION OF WENDY E. LYON IN SUPPORT OF MICROSOFT'S REPLY IN SUPPORT OF ITS MOTION TO LIMIT SPEAKING OBJECTIONS**<br><br>**NOTED ON MOTION CALENDAR: MAY 2, 2008** |

I, Wendy E. Lyon, declare as follows:

1. I am one of the attorneys representing plaintiff Microsoft Corporation ("Microsoft") and have personal knowledge of the following. I am a citizen of the United States, over the age of 18 years, and competent to make this Declaration.

2. FILED UNDER SEAL as Exhibit A are true and correct copies of excerpts of the deposition testimony of Laura A. Peter taken March 21, 2008 and Patrick Reutens taken March 24, 2008.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and complete to the best of my knowledge.

SIGNED this 2nd day of May, 2008, at Seattle, Washington.

_____
Wendy E. Lyon

DECL. OF WENDY E. LYON IN SUPPORT OF REPLY TO
MOTION TO LIMIT SPEAKING OBJ. (No. 2:07-936-RSM) ) - 1
4842-1001-8306.01
050208/1347/20363.00411

Riddell Williams p.s.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

# CERTIFICATE OF SERVICE

I, Margaret Friedmann, declare as follows:

I am over 18 years of age and a citizen of the United States. I am employed as a legal secretary by the law firm of Riddell Williams P.S.

On the date noted below, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel for Immersion Corporation:

| Bradley S. Keller<br>Jofrey M. McWilliam<br>Byrnes & Keller LLP<br>1000 Second Avenue, 38th Floor<br>Seattle, WA 98104-4082<br>Phone: (206) 622-2000; Fax: (206) 622-2522<br>Email: bkeller@byrneskeller.com<br>jmcwilliam@byrneskeller.com | Richard M. Birnholz<br>Morgan Chu<br>Irell & Manella LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067-4276<br>Phone: (310) 277-1010; Fax: (301) 203-7199<br>Email: rbirnholz@irell.com<br>mchu@irell.com |
|---|---|

Service of the documents filed under seal will be served electronically on the above parties, plus Alan Heinrich at aheinrich@irell.com and David Kaplan at dkaplan@irell.com.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Executed at Seattle, Washington this 2nd day of May, 2008.

*Margaret Friedmann*
Margaret Friedmann
Legal Secretary, Riddell Williams P.S.
1001 Fourth Avenue Plaza, Suite 4500
Seattle, WA 98154
Phone: (206) 624-3600
Fax: (206) 389-1708
email: mfriedmann@riddellwilliams.com

DECL. OF WENDY E. LYON IN SUPPORT OF REPLY TO
MOTION TO LIMIT SPEAKING OBJ. (No. 2:07-936-RSM) )- 2
4842-1001-8306.01
050208/1347/20363.00411

Riddell Williams p.s.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600