The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>IMMERSION CORPORATION, a Delaware corporation,<br><br>　　　　　　　　　　Defendant. | No. CV07 936RSM<br><br>**IMMERSION CORPORATION'S OPPOSITION TO MICROSOFT CORPORATION'S "MOTION TO COMPEL RESPONSES RELATED TO IMMERSION'S COUNTERCLAIM"**<br><br>**NOTED FOR MOTION CALENDAR:**<br>**May 9, 2008** |

　　　　Microsoft has filed a "Motion to Compel Responses to Discovery Related to Immersion's Counterclaim" for breach of the Confidentiality Agreement between Immersion and Microsoft. Microsoft has requested that Immersion provide supplemental responses to Interrogatory Nos. 6 and 7. There is no issue requiring the Court's involvement. While Immersion's original responses to these interrogatories duly responded with information Immersion had in its possession relating to its Counterclaim, Immersion has agreed to supplement its responses to these interrogatories and to do so by May 15, 2008. As a result, Microsoft's motion is moot. At a minimum, the motion should be held in abeyance pending counsel's receipt of supplemental responses, at which time Immersion expects that the motion will be withdrawn.

IMMERSION'S OPPOSITION TO MICROSOFT'S MOTION TO COMPEL
RESPONSES RE COUNTERCLAIM (CV07 936RSM) - 1

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

DATED this 6th day of May, 2008.

         BYRNES & KELLER LLP

         By /s/ Bradley S. Keller
          Bradley S. Keller, WSBA #10665
          Jofrey M. McWilliam, WSBA #28441
          1000 Second Avenue, Suite 3800
          Seattle, WA 98104-4082
          Telephone: (206) 622-2000
          Facsimile: (206) 622-2522
          bkeller@byrneskeller.com
          jmcwilliam@byrneskeller.com
         *Attorneys for Immersion Corporation*

IMMERSION'S OPPOSITION TO MICROSOFT'S MOTION TO COMPEL
RESPONSES RE COUNTERCLAIM (CV07 936RSM) - 2

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

# CERTIFICATE OF SERVICE

The undersigned attorney certifies that on the 6th day of May, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Paul J. Kundtz (pkundtz@riddellwilliams.com)
Blake Marks-Dias (bmarksdias@riddellwilliams.com)
Wendy E. Lyon (wlyon@riddellwilliams.com)
Riddell Williams P.S.
1001 Fourth Avenue Plaza, Suite 4500
Seattle, WA 98154-3600
*Attorneys for Plaintiff*

/s/ Bradley S. Keller, WSBA #28441
Byrnes & Keller LLP
1000 Second Avenue, 38th Floor
Seattle, WA 98104
Telephone: (206) 622-2000
Facsimile: (206) 622-2522
bkeller@byrneskeller.com

IMMERSION'S OPPOSITION TO MICROSOFT'S MOTION TO COMPEL
RESPONSES RE COUNTERCLAIM (CV07 936RSM) - 3

Byrnes & Keller LLP
38th Floor
1000 Second Avenue
Seattle, Washington 98104
(206) 622-2000