The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>IMMERSION CORPORATION, a Delaware corporation,<br><br>Defendant. | No. CV07 936RSM<br><br>**IMMERSION CORPORATION'S OPPOSITION TO MICROSOFT CORPORATION'S "MOTION TO COMPEL RESPONSES TO MICROSOFT'S SECOND REQUEST FOR PRODUCTION NOS. 2 AND 3"**<br><br>**NOTED FOR MOTION CALENDAR: May 9, 2008** |

Microsoft has filed a "Motion to Compel Responses to Microsoft's Second Request for Production Nos. 2 and 3." The parties differ with regard to the relevance of the requested materials but have been able to resolve this issue through continued efforts to meet and confer. Microsoft has confirmed to Immersion that this motion will be withdrawn.

DATED this 6th day of May, 2008.

BYRNES & KELLER LLP

By /s/ Bradley S. Keller
    Bradley S. Keller, WSBA #10665
    Jofrey M. McWilliam, WSBA #28441
    1000 Second Avenue, Suite 3800
    Seattle, WA 98104-4082
    Telephone: (206) 622-2000
    Facsimile: (206) 622-2522
    bkeller@byrneskeller.com
    jmcwilliam@byrneskeller.com
*Attorneys for Immersion Corporation*

IMMERSION'S OPPOSITION TO MICROSOFT'S MOTION TO COMPEL RESPONSES TO SECOND REQUESTS FOR PRODUCTION 2 AND 3 (CV07 936RSM) - 1

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

Dockets.Justia.com

# CERTIFICATE OF SERVICE

The undersigned attorney certifies that on the 6th day of May, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Paul J. Kundtz (pkundtz@riddellwilliams.com)
Blake Marks-Dias (bmarksdias@riddellwilliams.com)
Wendy E. Lyon (wlyon@riddellwilliams.com)
Riddell Williams P.S.
1001 Fourth Avenue Plaza, Suite 4500
Seattle, WA 98154-3600
*Attorneys for Plaintiff*

/s/ Bradley S. Keller, WSBA #10665
Byrnes & Keller LLP
1000 Second Avenue, 38th Floor
Seattle, WA 98104
Telephone: (206) 622-2000
Facsimile: (206) 622-2522
bkeller@byrneskeller.com

IMMERSION'S OPPOSITION TO MICROSOFT'S MOTION TO COMPEL RESPONSES TO SECOND REQUESTS FOR PRODUCTION 2 AND 3 (CV07 936RSM) - 2

Byrnes & Keller LLP
38th Floor
1000 Second Avenue
Seattle, Washington 98104
(206) 622-2000