Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>IMMERSION CORPORATION, a Delaware corporation,<br><br>Defendant. | NO. CV07-936RSM<br><br>**NOTICE TO WITHDRAW MOTION OF MICROSOFT TO COMPEL RESPONSES TO SECOND REQUESTS FOR PRODUCTION NOS. 2 AND 3** |

Microsoft Corporation hereby withdraws its Motion to Compel Responses to Microsoft's Second Requests for Production Nos. 2 and 3, which was filed under seal on April 23, 2008 (Doc. #78) and set for hearing on May 9, 2008. Immersion has agreed to produce the requested documents.

DATED this 7th day of May, 2008.

RIDDELL WILLIAMS P.S.

By: /s/ Paul J. Kundtz
Paul J. Kundtz, WSBA #13548
Blake Marks-Dias, WSBA No. 28169
Wendy E. Lyon, WSBA #34461
Attorneys for Plaintiff Microsoft Corporation

NOTICE OF WITHDRAWAL OF MOTION TO COMPEL
RESPONSES TO 2ND RFP NOS. 2 AND 3; No. CV07-936RSM - 1
4842-1264-0258.01
050708/1015/20363.00411

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
(206) 624-3600

# CERTIFICATE OF SERVICE

The undersigned certifies that on the 7th day of May, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel for Immersion Corporation:

Bradley S. Keller
Jofrey M. McWilliam
Byrnes & Keller LLP
1000 Second Avenue, 38th Floor
Seattle, WA 98104-4082
Phone: (206) 622-2000; Fax: (206) 622-2522
Email: bkeller@byrneskeller.com
jmcwilliam@byrneskeller.com             and

Richard M. Birnholz
Morgan Chu
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Phone: (310) 277-1010; Fax: (301) 203-7199
Email: rbirnholz@irell.com
mchu@irell.com

as well as others on the CM/ECF notification list for this case.

Executed at Seattle, Washington this 7th day of May, 2008.

*[signature]*

Margaret R. Friedmann
Legal Secretary, Riddell Williams P.S.
1001 Fourth Avenue Plaza, Suite 4500
Seattle, WA 98154
Phone: (206) 624-3600
Fax: (206) 389-1708
email: mfriedmann@riddellwilliams.com

NOTICE OF WITHDRAWAL OF MOTION TO COMPEL
RESPONSES TO 2ND RFP NOS. 2 AND 3; No. CV07-936RSM - 2
4842-1264-0258.01
050708/1015/20363.00411

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
(206) 624-3600