UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICROSOFT CORPORATION,

    Plaintiff,

v.

IMMERSION CORPORATION,

    Defendant.

CASE NO. C07-936RSM

ORDER GRANTING MOTIONS TO SEAL

This matter comes before the Court on three separate motions to seal brought by the parties. (*See* Dkts. #70, #84 and #87). The parties seek to seal exhibits related to a discovery motion filed by Plaintiff on April 17, 2008. (Dkt. #72). Both parties move to seal the relevant documents in this Court on the grounds that the exhibits contain sensitive and confidential information. The parties have already filed the exhibits under seal.

Having reviewed the motions, and the remainder of the record, the Court hereby finds and orders:

(1) "Plaintiff's Motion to File Exhibit B to the Declaration of Wendy E. Lyon Under Seal" (Dkt. #70), "Immersion Corporation's Motion to File Under Seal Certain Supporting Documents" (Dkt. #84), and "Plaintiff's Motion to File Exhibit A to the Declaration of Wendy E. Lyon Under Seal" (Dkt. #87) are GRANTED. The parties have adequately justified sealing the exhibits, overcoming the strong presumption in favor of public access. *See* Local Rule CR 5(g)(2). Accordingly, the exhibits shall remain SEALED.

ORDER
PAGE - 1

1   (2) The Clerk is directed to forward a copy of this Order to all counsel of record.

2

3   DATED this  12  day of May, 2008.

4

5                                                       RICARDO S. MARTINEZ
                                                        UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2