The Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>        Plaintiff,<br><br>        v.<br><br>IMMERSION CORPORATION, a Delaware corporation,<br><br>        Defendant. | No. C07-0936RSM<br><br>**PLAINTIFF'S MOTION TO RE-FILE EXHIBITS E, G, and I UNDER SEAL**<br><br>Noted for Consideration:<br>May 21, 2008 |

Pursuant to Local Rule 5(g), plaintiff respectfully requests that the Court allow plaintiff to re-file Exhibits E, G, and I to the Declaration of Wendy E. Lyon In Support of Issuance of Letters Rogatory ("Lyon Declaration") under seal.

Exhibit E consists of true and correct copies of two emails from Mr. Ina to Mr. Endo of Immersion dated March 21, 2006 and March 1, 2007. Exhibit G is a true and correct copy of a February 7, 2007 email from Mr. Ina to Mr. Endo. Exhibit I is a true and correct copy of a February 23, 2007 email from Mr. Ina to Mr. Endo. Each of these exhibits was marked "Confidential" but were inadvertently not filed under seal when the original Declaration of Wendy E. Lyon Re Letters Rogatory was filed on February 19, 2008 (Doc. #48).

PLAINTIFF'S MOTION TO RE-FILE EXHIBITS E, G, AND I UNDER SEAL (NO. C07-936RSM)- 1
4834-0581-2226.02
052108/1150/20363.00411

Riddell Williams p.s.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

Sealing of certain exhibits is authorized under Local Rule 5(g) because the facts warranting sealing overcome the strong presumption in favor of public access to the document. Moreover, the public's interest in accessing the exhibit to the Lyon Declaration and the Letters are minimal. General information related to the parties' claims can be obtained from plaintiff's motion. Nor do the exhibits deal with any matters of public importance.

## CONCLUSION

For the foregoing reasons, plaintiff respectfully request that the Court allow Exhibits E, G, and I to the Declaration of Wendy E. Lyon In Support of Issuance of Letters Rogatory ("Lyon Declaration") to be re-filed under seal. An order authorizing sealing these documents is submitted herewith.

DATED this 21st day of May, 2008.

/s/ Wendy E. Lyon
Paul J. Kundtz, WSBA #13548
Blake Marks-Dias, WSBA #28169
Wendy E. Lyon, WSBA #34461
Riddell Williams P.S.
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
Tel: (206) 624-3600
Fax: (206) 389-1708
wlyon@riddellwilliams.com
Attorneys for Plaintiff
MICROSOFT CORPORATION

PLAINTIFF'S MOTION TO RE-FILE EXHIBITS E, G, AND I UNDER SEAL (NO. C07-936RSM)- 2
4834-0581-2226.02
052108/1150/20363.00411

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

# CERTIFICATE OF SERVICE

I, Margaret R. Friedmann, declare as follows:

I am over 18 years of age and a citizen of the United States. I am employed as a legal secretary by the law firm of Riddell Williams P.S.

On the date noted below I electronically filed the foregoing document titled **PLAINTIFF'S MOTION TO FILE EXHIBITS E, G, AND I UNDER SEAL**, with an attached **[PROPOSED] ORDER GRANTING PLAINTIFF MOTION TO FILE EXHIBITS E, G, AND I UNDER SEAL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel for Immersion Corporation:

Bradley S. Keller
Jofrey M. McWilliam
Email: bkeller@byrneskeller.com
jmcwilliam@byrneskeller.com

Richard M. Birnholz
Morgan Chu
Alan J. Heinrich
David R. Kaplan
Email: rbirnholz@irell.com
mchu@irell.com
aheinrich@irell.com
dkaplan@irell.com

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Executed at Seattle, Washington this 21st day of May, 2008.

*Margaret R. Friedmann*
Margaret R. Friedmann
Legal Secretary, Riddell Williams P.S.
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
Phone: (206) 624-3600
Fax: (206) 389-1708
Email: mfriedmann@riddellwilliams.com

PLAINTIFF'S MOTION TO RE-FILE EXHIBITS E, G, AND I UNDER SEAL (NO. C07-936RSM)- 3
4834-0581-2226.02
052108/1150/20363.00411

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600