UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICROSOFT CORPORATION,

　　　　　　Plaintiff,

　　v.

IMMERSION CORPORATION,

　　　　　　Defendant.

CASE NO. C07-936RSM

ORDER GRANTING MOTION TO SEAL

This matter comes before the Court on "Plaintiff's Motion to Re-File Exhibits E, G, and I Under Seal." (Dkt. #102). Plaintiff indicates that it inadvertently failed to move to seal certain exhibits it previously filed in this Court in support of issuance of letters rogatory on February 19, 2008. Therefore Plaintiff moves to re-file them under seal, arguing that the exhibits contain confidential and sensitive information. The Clerk of this Court has temporarily sealed these documents while Plaintiff's motion was pending. (Dkt. #48). Defendant does not oppose the motion.

Having reviewed the motion, and the remainder of the record, the Court hereby finds and orders:

(1) "Plaintiff's Motion to Re-File Exhibits E, G, and I Under Seal" (Dkt. #102) is GRANTED. Plaintiff has adequately justified sealing the exhibits, overcoming the strong presumption in favor of public access. *See* Local Rule CR 5(g)(2). Accordingly, the exhibits shall remain SEALED.

ORDER
PAGE - 1

(2) The Clerk is directed to forward a copy of this Order to all counsel of record.

DATED this 9 day of June, 2008.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2