THE HONORABLE RICARDO S. MARTINEZ
Noted for June 20, 2008

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation., <br><br> Plaintiff, <br><br> v. <br><br> IMMERSION CORPORATION, a Delaware corporation,, <br><br> Defendant. | No. CV 07-936-RSM <br><br> **PLAINTIFF'S MOTION TO FILE OVER-LENGTH BRIEF** <br><br> Note on Motion Calendar: June 20, 2008 |

Pursuant to CR 7(f), Microsoft requests permission to file an over-length brief. On Thursday, June 26, 2008, Microsoft intends to file a motion for partial summary judgment on seven of Immersion's affirmative defenses. These affirmative defenses are: Champerty and Maintenance, Frustration of Purpose, Illegality, Violation of Public Policy, Unclean Hands, Unjust Enrichment, and Unconscionability (procedural and substantive). Microsoft has brought a claim for Immersion's breach of a contract, the July 25, 2003 Sublicense Agreement. In response, Immersion has pled these affirmative defenses in an attempt to invalidate the Sublicense Agreement.

PLAINTIFF'S MOTION TO FILE OVER-LENGTH BRIEF
(No. 07-936-RSM) - 1
4841-9253-0946.01
062008/1541/20363.00411

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

| | |
|---|---|
| 1 | Microsoft requests additional pages to address these seven affirmative defenses for several reasons. Each affirmative defenses is distinct and independent of the others. There is a substantial body of case law relevant to each of these affirmative defenses. Each of these seven affirmative defenses requires a separate application of the law and the facts of this case. |

Microsoft requests additional pages to address these seven affirmative defenses for several reasons. Each affirmative defenses is distinct and independent of the others. There is a substantial body of case law relevant to each of these affirmative defenses. Each of these seven affirmative defenses requires a separate application of the law and the facts of this case.

Microsoft could file separate motions for summary judgment for each or some of these affirmative defenses. However, Microsoft believes that all seven affirmative defense can be more efficiently addressed in one brief because the relevant factual background is common to many of them.

In order to adequately present the evidence and argument on each affirmative defense, Microsoft requests that the Court permit its brief to exceed the 24 page limit by a maximum of 16 pages, for a total of 40 pages.

DATED this 20th day of June, 2008.

RIDDELL WILLIAMS P.S.

By /s/ Wendy E. Lyon
Paul J. Kundtz, WSBA #13548
Blake Marks-Dias, WSBA #28169
Wendy E. Lyon, WSBA #34461
Attorneys for Plaintiff

PLAINTIFF'S MOTION TO FILE OVER-LENGTH BRIEF
(No. 07-936-RSM ) - 2
4841-9253-0946.01
062008/1541/20363.00411

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

CERTIFICATE OF SERVICE

I, Margaret R. Friedmann, declare as follows:

I am over 18 years of age and a citizen of the United States. I am employed as a legal secretary by the law firm of Riddell Williams P.S.

On the date noted below, I electronically filed the foregoing document titled **PLAINTIFF'S MOTION TO FILE OVER-LENGTH BRIEF** and attached **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO FILE OVER-LENGTH BRIEF** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel for Immersion Corporation:

| | |
|---|---|
| Bradley S. Keller<br>Jofrey M. McWilliam<br>Byrnes & Keller LLP<br>1000 Second Avenue, 38th Floor<br>Seattle, WA 98104-4082<br>Phone: (206) 622-2000<br>Fax: (206) 622-2522<br>Email: bkeller@byrneskeller.com<br>jmcwilliam@byrneskeller.com | Richard M. Birnholz<br>Morgan Chu<br>Irell & Manella LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067-4276<br>Phone: (310) 277-1010<br>Fax: (301) 203-7199<br>Email: rbirnholz@irell.com<br>mchu@irell.com |

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Executed at Seattle, Washington this 20th day of June, 2008.

*/s/ Margaret R. Friedmann*
Margaret R. Friedmann
Legal Secretary, Riddell Williams P.S.
1001 Fourth Avenue Plaza, Suite 4500
Seattle, WA 98154
Phone: (206) 624-3600
Fax: (206) 389-1708
email: mfriedmann@riddellwilliams.com

PLAINTIFF'S MOTION TO FILE OVER-LENGTH BRIEF
(No. 07-936-RSM ) - 3
4841-9253-0946.01
062008/1541/20363.00411

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600