The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>IMMERSION CORPORATION, a Delaware corporation,<br><br>Defendant. | No. 2:07-cv-936RSM<br><br>**DECLARATION OF WENDY E. LYON IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON BREACH OF CONTRACT**<br><br>Noted for Consideration: July 18, 2008<br>Oral Argument Requested |

In accordance with Federal Rule of Civil Procedure 26(a)(1), Plaintiff Microsoft Corporation ("Microsoft") makes the following initial disclosures:

1. I am one of the attorneys in the law firm of Riddell Williams, P.S., counsel for Plaintiff Microsoft in this case. I make this declaration based on personal knowledge.

2. Attached as Exhibit 1 is a true and correct copy of the Agreement between Sony Computer Entertainment America Inc. and Sony Computer Entertainment Inc. and Immersion Corporation ("Immersion"), executed on or about March 1, 2007. Liu MS Dep. Ex. 1 [FILED UNDER SEAL]

DECL. OF LYON IN SUPPORT OF PLNTF'S MOT. FOR PART. SUMM. JUDGMNT ON BREACH OF CONTRACT (No. 2:07-CV-936RSM)- 1
4845-2108-5442.02
062608/1253/20363.00411

Riddell Williams p.s.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

Dockets.Justia.com

3. Attached as Exhibit 2 is a true and correct copy of Sublicense Agreement between Microsoft and Immersion dated July 25, 2003. Peter Dep. Ex. 43. **[FILED UNDER SEAL]**

4. Attached as Exhibit 3 is a true and correct copy of a page from Immersion's website, entitled "Adding the sense of touch to a digital world."

5. Attached as Exhibit 4 is a true and correct copy of the Complaint for Patent Infringement filed by Immersion in the United States District Court, Northern District of California, C02-00710CW, on February 11, 2002.

6. Attached as Exhibit 5 is a true and correct copy of the Settlement Agreement and Mutual Release between Microsoft and Immersion, dated July 25, 2003. Reutens Dep. Ex. 47.

7. Attached as Exhibit 6 is a true and correct copy of the License Agreement between Microsoft dated July 25, 2003. Reutens Dep. Ex. 46 **[FILED UNDER SEAL]**

8. Attached as Exhibit 7 is a true and correct copy of Senior Redeemable Convertible Debenture Purchase Agreement between Microsoft and Immersion dated July 25, 2003. Reutens Dep. Ex. 49 **[FILED UNDER SEAL]**

9. Attached as Exhibit 8 is a true and correct copy of Series A Redeemable Convertible Preferred Stock Purchase Agreement between Immersion and Microsoft dated July 25, 2003. Reutens Dep. Ex. 48 **[FILED UNDER SEAL]**

10. Attached as Exhibit 9 is a true and correct copy of a January 6, 2007 letter from Stephen Ambler, CFO of Immersion, to David Edgar of the United States Securities and Exchange Commission ("SEC"). Ambler Dep. Ex. 138.

11. Attached as Exhibit 10 is a true and correct copy of excerpts of Immersion's SEC filing Form 10-Q for the quarterly period ending March 31, 2003. Reutens Dep. Ex. 53.

DECL. OF LYON IN SUPPORT OF PLNTF'S MOT. FOR PART. SUMM. JUDGMNT ON BREACH OF CONTRACT (No. 2:07-CV-936RSM)- 2
4845-2108-5442.02
062608/1253/20363.00411

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

12. Attached as Exhibit 11 is a true and correct copy of excerpts of Immersion's SEC filing Form 10-Q for the quarterly period ending March 31, 2004. Reutens Dep. Ex. 60.

13. Attached as Exhibit 12 is a true and correct copy of excerpts of Immersion's SEC filing Form 10-Q for the quarterly period ending September 30, 2005. Peter Dep. Ex. 42.

14. Attached as Exhibit 13 is a true and correct copy of excerpts of Immersion's SEC filing Form 10-K for the fiscal year ending December 31, 2005. Peter Dep. Ex. 41. Peter Dep. Ex. 41.

15. Attached as Exhibit 14 is a true and correct copy of excerpts of Immersion's SEC filing Form 10-Q for the quarterly period ending March 31, 2006. Ambler Dep. Ex. 134.

16. Attached as Exhibit 15 is a true and correct copy of excerpts of Immersion's SEC filing Form 10-Q for the quarterly period ending June 30, 2006. Ambler Dep. Ex. 135.

17. Attached as Exhibit 16 is a true and correct copy of excerpts of Immersion's SEC filing Form 10-Q for the quarterly period ending September 30, 2006. Ambler Dep. Ex. 136.

18. Attached as Exhibit 17 is a true and correct copy of excerpts of Immersion's SEC filing Form 8-K dated September 22, 2004.

19. Attached as Exhibit 18 is a true and correct copy of a January 23, 2007 letter from Stephen Ambler, CFO of Immersion, to Brad Skinner of the SEC. Ambler Dep. Ex. 140. **[FILED UNDER SEAL]**

20. Attached as Exhibit 19 is a true and correct copy of two July 29, 2003 Reuters news articles regarding Immersion's stock price. Reutens Dep. Ex. 58. **[FILED UNDER SEAL]**

DECL. OF LYON IN SUPPORT OF PLNTF'S MOT. FOR PART. SUMM. JUDGMNT ON BREACH OF CONTRACT (No. 2:07-CV-936RSM)- 3
4845-2108-5442.02
062608/1253/20363.00411

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

21. Attached as Exhibit 20 is a true and correct copy of a March 28, 2005 article from the www.Forbes.com website entitled "Sony's Loss May Benefit Microsoft." Viegas Dep. Ex. 95.

22. Attached as Exhibit 21 is a true and correct copy of the Jury Verdict in *Immersion v. Sony* filed on September 21, 2004. Liu IM Dep. Ex. 1. **[FILED UNDER SEAL]**

23. Attached as Exhibit 22 is a true and correct copy of the Amended Judgment in *Immersion v. Sony* entered on April 7, 2005. Liu. MS Dep. Ex. 15.

24. Attached as Exhibit 23 is a true and correct copy of a March 14, 2007 email from Daniel Herp, Corporate Counsel for Sony Computer Entertainment America Inc., attaching the Agreement and Escrow Instructions regarding disbursement of the funds in the Immersion litigation escrow account, including Exhibit A, orders dismissing Immersion's appeals in the U.S. Court of Appeals, and Exhibit B, Notice of Satisfaction of Final Judgment. **[FILED UNDER SEAL]**

25. Attached as Exhibit 24 is a true and correct copy of the Order Entering Permanent Injunction in *Immersion v. Sony* dated March 24, 2005. Liu MS Dep. Ex. 17.

26. Attached as Exhibit 25 is a true and correct copy of the Order Denying Parties' Motions for Judgment as a Matter of Law and Addressing Other Matters in *Immersion v. Sony*, entered January 10, 2005. Birnholz Dep. Ex. 123.

27. Attached as Exhibit 26 is a true and correct copy of excerpts of Immersion's Responses to Microsoft's First Set of Interrogatories and Requests for Production of Documents.

28. Attached as Exhibit 27 are true and correct copies of Sony's Notice of Appeal dated February 9, 2005, Amended Notice of Appeal dated February 10, 2005, and Notice of Appeal dated June 16, 2005.

DECL. OF LYON IN SUPPORT OF PLNTF'S MOT. FOR PART. SUMM. JUDGMNT ON BREACH OF CONTRACT (No. 2:07-CV-936RSM)- 4
4845-2108-5442.02
062608/1253/20363.00411

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

29. Attached as Exhibit 28 is a true and correct copy of a March 18, 2005 email from Shoichi Endo to Victor Viegas reciting 3/18/05 Meeting Minutes. Endo Dep. Ex. 61. **[FILED UNDER SEAL]**

30. Attached as Exhibit 29 is a true and correct copy of a December 9, 2005 email from Shoichi Endo to Victor Viegas. Endo Dep. Ex. 63. **[FILED UNDER SEAL]**

31. Attached as Exhibit 30 is a true and correct copy of a November 22, 2006 email from Victor Viegas of Immersion to the Immersion Board of Directors. Endo Dep. Ex. 72. **[FILED UNDER SEAL]**

32. Attached as Exhibit 31 is a true and correct copy of a Confidential Settlement Communication dated October 26, 2006 from Immersion. Endo Dep. Ex. 68. **[FILED UNDER SEAL]**

33. Attached as Exhibit 32 is a true and correct copy of a Confidential Settlement Communication dated December 13, 2006 from Immersion. Liu MS Dep. Ex. 2. **[FILED UNDER SEAL]**

34. Attached as Exhibit 33 is a true and correct copy of a Confidential Settlement Communication dated January 30, 2007 from Sony. Liu MS Dep. Ex. 3. **[FILED UNDER SEAL]**

35. Attached as Exhibit 34 is a true and correct copy of a February 7, 2007 email from Shinji Ina to Shoichi Endo, with translation. Endo Dep. Ex. 79. **[FILED UNDER SEAL]**

36. Attached as Exhibit 35 is a true and correct copy of a February 15, 2007 email from Shinji Ina to Shoichi Endo, with translation. Endo Dep. Ex. 84. **[FILED UNDER SEAL]**

37. Attached as Exhibit 36 are true and correct copies of emails dated February 20 and February 21, 2007 between Laura Peter to Jennifer Liu. Liu MS Dep. Ex. 6. **[FILED UNDER SEAL]**

DECL. OF LYON IN SUPPORT OF PLNTF'S MOT. FOR PART. SUMM. JUDGMNT ON BREACH OF CONTRACT (No. 2:07-CV-936RSM)- 5
4845-2108-5442.02
062608/1253/20363.00411

Riddell Williams p.s.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

38. Attached as Exhibit 37 are true and correct copies of drafts of the Sony/Immersion Agreement, dated 7/20/07, 2/22/07, and 2/27/07. **[FILED UNDER SEAL]**

39. Attached as Exhibit 38 is a true and correct copy of an October 2, 2007 email from Jennifer Liu (Sony in-house counsel) to Wendy Lyon (Microsoft outside counsel).

40. Attached as Exhibit 39 is a true and correct copy of the Stipulation and Order Dissolving the Permanent Injunction filed March 16, 2007, and entered March 19, 2007. Liu MS> Dep. Ex. 24. **[FILED UNDER SEAL]**

41. Attached as Exhibit 40 is a true and correct copy of a March 2, 2007 email from Kay Wylie at Finnegan law firm to Jennifer Liu at Sony (and others) attaching the Notice of Withdrawal of Appeals and Consented Motion to Dismiss dated March 1, 2007. Lui MS Dep. Ex. 20.

42. Attached as Exhibit 41 is a true and correct copy of a February 25, 2007 email from Richard Birnholz, Immersion counsel, to Larry O'Rourke at Finnegan attaching draft escrow instructions, draft Notice of Withdrawal of Appeals and Consented to Motion to Dismiss, Proposed Order Granting Consented to Motion to Dismiss, Notice of Satisfaction of Final Judgment, and Stipulation and Proposed Order dissolving permanent injunction. Birnholz Dep. Ex 117. **[FILED UNDER SEAL]**

43. Attached as Exhibit 42 is a true and correct copy of a March 1, 2007 email from Richard Birnholz to Laura Peter of Immersion regarding the Stipulation to Dissolve Injunction. **[FILED UNDER SEAL]**

44. Attached as Exhibit 43 are true and correct copies of March 1, 2007 and March 13, 2007 emails between Jennifer Liu and Laura Peter. Liu MS Dep. Ex. 23. **[FILED UNDER SEAL]**

DECL. OF LYON IN SUPPORT OF PLNTF'S MOT. FOR PART. SUMM. JUDGMNT ON BREACH OF CONTRACT (No. 2:07-CV-936RSM)- 6
4845-2108-5442.02
062608/1253/20363.00411

Riddell Williams p.s.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

45. Attached as Exhibit 44 are true and correct copies of February 27, 2007 and March 1, 2007 emails from Laura Peter and Jennifer Liu relating to dismissal of appeals. Peter Dep. Ex. 35 and Birnholz Dep. Ex. 124. **[FILED UNDER SEAL]**

46. Attached as Exhibit 45 are true and correct copies of the Orders dismissing Sony's appeals, dated March 8, 2007 and March 14, 2007. Liu MS> Dep. Ex. 21. **[FILED UNDER SEAL]**

47. Attached as Exhibit 46 is a true and correct copy of a March 16, 2007 email from Richard Birnholz to Doug Lumish regarding filing the Stipulation to Dissolve the Permanent Injunction. **[FILED UNDER SEAL]**

48. Attached as Exhibit 47 is a true and correct copy of a March 16, 2007 email showing wire transfer payment of over $97 million to Immersion from Sony. **[FILED UNDER SEAL]**

49. Attached as Exhibit 48 is a true and correct copy of the Notice of Satisfaction of Judgment filed March 19, 2007. Lui MS Dep. Ex. 16. **[FILED UNDER SEAL]**

50. Attached as Exhibit 49 is a true and correct copy of a February 23, 2007 email from Shinji Ina to Shoichi Endo, with translation. Endo Dep. Ex. 85. **[FILED UNDER SEAL]**

51. Attached as Exhibit 50 is a true and correct copy of a March 5, 2007 email chain between Jennifer Liu and Laura Peter. Liu MS Dep. Ex. 26. **[FILED UNDER SEAL]**

52. Attached as Exhibit 51 is a compilation of dictionary definitions of the terms: "Settle," "Settlement," and "Agreement."

53. Attached as Exhibit 52 are true and correct copies of printouts from the U.S. Patent Office's website regarding patent number 6275213 dated 8/14/2001 and patent number 6424333 dated 7/23/2002.

DECL. OF LYON IN SUPPORT OF PLNTF'S MOT. FOR PART. SUMM. JUDGMNT ON BREACH OF CONTRACT (No. 2:07-CV-936RSM)- 7
4845-2108-5442.02
062608/1253/20363.00411

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

54. Attached as Exhibit 53 are true and correct copies of (1) Minute Order from the U.S. District Court entered May 17, 2005; and (2) Order Granting Stipulated Request for an Order Authorizing Withdrawal of Funds from the Court's Registry for Creation of an Escrow Account, entered June 12, 2006.

55. Attached as Exhibit 54 is a true and correct copy of excerpts of Sony's Motion for Reconsideration of Two Rulings in the Court's January 10, 2005 Order Denying Parties Motions for Judgment as a Matter of Law and Addressing Other Matters, filed January 24, 2005.

56. Attached as Exhibit 55 is a true and correct copy of excerpts of Immersion's Motion for Attorneys Fees Pursuant to Section 285 and F.R.C.P. 37(c)(2). Birnholz Dep. Ex. 100.

57. Attached as Exhibit 56 is a true and correct copy of a July 20, 2003 email from Victor Viegas to staff at Immersion forwarding an article about the Microsoft Settlement entitled "Microsoft Licenses Immersion's Haptic Patent Portfolio." Viegas Dep. Ex. 93. **[FILED UNDER SEAL]**

58. Attached as Exhibit 57 is a true and correct copy of Immersion Corporation's SEC Form 8-K, dated July 28, 2003. Reutens Dep. Ex. 59.

59. Attached as Exhibit 58 is a true and correct copy of a July 25, 2003 email from Victor Viegas to Microsoft and Preston Gates personnel regarding "hosting a celebration dinner sometime in the near future." **[FILED UNDER SEAL]**

60. Attached as Exhibit 59 are true and correct copies of (1) a February 18, 2003 email from Patrick Reutens of Immersion to Linda Allen at Irell & Manella confirming in-house counsel attendees for Feb. 4th Mediation, (2) A July 30, 2003 email from Patrick Reutens to Daniel Bergeson; and (3) a July 25, 2003 opinion letter from the Gray Cary firm to Microsoft re issuance of shares, sale of debentures. Reutens Dep. Exs. 44 and 45; Birnholz Dep. Ex. 111. **[FILED UNDER SEAL]**

DECL. OF LYON IN SUPPORT OF PLNTF'S MOT. FOR PART. SUMM.
JUDGMNT ON BREACH OF CONTRACT (No. 2:07-CV-936RSM)- 8
4845-2108-5442.02
062608/1253/20363.00411

Riddell Williams p.s.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

61. Attached as Exhibit 60 are true and correct copies of (1) emails between Immersion in-house and outside counsel attaching drafts of the Microsoft Settlement documents, and (2) emails between Immersion and Microsoft, exchanging drafts of the Microsoft Settlement documents. Birnholz Exs. 102-110; Brown Dep. Exs. 34, 35, 45, 46; Lustig Dep. Exs. 65-68; Spector Dep. Ex. 52-55. **[FILED UNDER SEAL]**

62. Attached as Exhibit 61 is a true and correct copy of a July 5, 2003 email from Marc Brown to Patrick Reutens enclosing Litigation Payout Analysis. **[FILED UNDER SEAL]**

63. Attached as Exhibit 62 are true and correct copies of excerpts of the deposition of Victor Viegas taken on May 22, 2008. **[FILED UNDER SEAL]**

64. Attached as Exhibit 63 are true and correct copies of excerpts of the deposition of Patrick Reutens taken on March 24, 2008. **[FILED UNDER SEAL]**

65. Attached as Exhibit 64 are true and correct copies of excerpts of the deposition of Laura Peter taken on March 21, 2008. **[FILED UNDER SEAL]**

66. Attached as Exhibit 65 are true and correct copies of excerpts of the deposition of Shoichi Endo taken on March 26, 2008. **[FILED UNDER SEAL]**

67. Attached as Exhibit 66 are true and correct copies of excerpts of the deposition of Stephen Ambler taken on June 12, 2008. **[FILED UNDER SEAL]**

68. Attached as Exhibit 67 are true and correct copies of excerpts of the deposition of Jennifer Liu taken on December 20, 2007[Vol. 1] and/or January 23, 2008 [Vol. 2]. **[FILED UNDER SEAL]**

69. Attached as Exhibit 68 are true and correct copies of excerpts of the deposition of Alan Gordon taken on June 11, 2008. **[FILED UNDER SEAL]**

70. Attached as Exhibit 69 are true and correct copies of excerpts of the deposition of Richard Birnholz taken on June 5, 2008. **[FILED UNDER SEAL]**

DECL. OF LYON IN SUPPORT OF PLNTF'S MOT. FOR PART. SUMM. JUDGMNT ON BREACH OF CONTRACT (No. 2:07-CV-936RSM)- 9
4845-2108-5442.02
062608/1253/20363.00411

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Executed on June 26, 2008 at Seattle, Washington.

_____
Wendy E. Lyon

## CERTIFICATE OF SERVICE

I, Margaret R. Friedmann, declare as follows:

I am over 18 years of age and a citizen of the United States. I am employed as a legal secretary by the law firm of Riddell Williams P.S.

On the date noted below I electronically filed the foregoing document titled **PLAINTIFF'S MOTION TO FILE EXHIBITS UNDER SEAL,** with an attached **[PROPOSED] ORDER GRANTING PLAINTIFF MOTION TO FILE EXHIBITS UNDER SEAL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel for Immersion Corporation:

| | |
|---|---|
| Bradley S. Keller<br>Jofrey M. McWilliam<br>Email: bkeller@byrneskeller.com<br>jmcwilliam@byrneskeller.com | Richard M. Birnholz<br>Morgan Chu<br>Alan J. Heinrich<br>David R. Kaplan<br>Email: rbirnholz@irell.com<br>mchu@irell.com<br>aheinrich@irell.com<br>dkaplan@irell.com |

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Executed at Seattle, Washington this 26th day of June, 2008.

_____
Margaret R. Friedmann
Legal Secretary, Riddell Williams P.S.
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
Phone: (206) 624-3600
Fax: (206) 389-1708
Email: mfriedmann@riddellwilliams.com

---

DECL. OF LYON IN SUPPORT OF PLNTF'S MOT. FOR PART. SUMM. JUDGMNT ON BREACH OF CONTRACT (No. 2:07-CV-936RSM)- 10
4845-2108-5442.02
062608/1257/20363.00411

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600