The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, | No. 2:07-CV-936-RSM |
| Plaintiff, | **DECLARATION OF STEPHEN P. MCGRATH** |
| v. | Noted for Consideration: July 18, 2008 |
| IMMERSION CORPORATION, | Oral Argument Requested |
| Defendant. | |

I, Stephen P. McGrath, declare as follows:

1. I am a senior attorney in the litigation department at Microsoft. I am a citizen of the United States, over the age of 18 years, and competent to make this Declaration.

2. I was primarily responsible for overseeing Immersion's litigation against Sony and Microsoft in the U.S. District Court for the Northern District of California, on behalf of Microsoft filed on February 11, 2002.

3. On February 4, 2003, Microsoft and Immersion participated in an unsuccessful mediation.

4. After that, the parties resumed settlement discussions.

DECLARATION OF STEPHEN P. MCGRATH
(No. 2:07-936-RSM) ) - 1
4827-9858-1506.01
062608/1209/20363.00411

Riddell Williams p.s.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

5. These discussions took place over a period of several weeks between April and July 2003.

6. During this time, in-house counsel for both parties were involved, as were business executives.

7. We held numerous telephone conversations, exchanged emails and conducted in person meetings both in Redmond, Washington, and in San Jose, California.

8. Eventually, Microsoft and Immersion settled and executed five agreements on July 25, 2003.

9. Many drafts of these agreements were exchanged between the parties, and both parties made many revisions to the language of the agreements.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and complete to the best of my knowledge.

SIGNED this 26th day of June, 2008, at Seattle, Washington.

_Stephen P. McGrath_

DECLARATION OF STEPHEN P. MCGRATH
(No. 2:07-936-RSM) - 2
4827-9858-1506.01
062608/1230/20363.00411

Riddell Williams p.s
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

# CERTIFICATE OF SERVICE

I, Margaret Friedmann, declare as follows:

I am over 18 years of age and a citizen of the United States. I am employed as a legal secretary by the law firm of Riddell Williams P.S.

On the date noted below, I electronically filed the foregoing document titled **DECLARATION OF STEPHEN P. MCGRATH** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel for Immersion Corporation:

| | |
|---|---|
| Bradley S. Keller<br>Jofrey M. McWilliam<br>Byrnes & Keller LLP<br>1000 Second Avenue, 38th Floor<br>Seattle, WA 98104-4082<br>Phone: (206) 622-2000; Fax: (206) 622-2522<br>Email: bkeller@byrneskeller.com<br>jmcwilliam@byrneskeller.com | Richard M. Birnholz<br>Morgan Chu<br>Irell & Manella LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067-4276<br>Phone: (310) 277-1010; Fax: (301) 203-7199<br>Email: rbirnholz@irell.com<br>mchu@irell.com |

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Executed at Seattle, Washington this 26th day of June, 2008.

*/s/ Margaret R. Friedmann*
Margaret Friedmann
Legal Secretary, Riddell Williams P.S.
1001 Fourth Avenue Plaza, Suite 4500
Seattle, WA 98154
Phone: (206) 624-3600
Fax: (206) 389-1708
email: mfriedmann@riddellwilliams.com

DECLARATION OF STEPHEN P. MCGRATH
(No. 2:07-936-RSM) - 3
4827-9858-1506.01
062608/1230/20363.00411

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600