The Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>IMMERSION CORPORATION, a Delaware corporation,<br><br>Defendant. | No. C07-0936RSM<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING DEFENDANT IMMERSION'S AFFIRMATIVE DEFENSES** |

THIS MATTER came before the Court on Plaintiff's Motion for Partial Summary Judgment Regarding Defendant Immersion's Affirmative Defenses ("Motion"). The Court has fully considered the documents filed in support of and in opposition to the Motion, including:

1. Plaintiff Microsoft's Motion for Partial Summary Judgment Regarding Immersion's Affirmative Defenses;

2. Declaration of Wendy E. Lyon in Support of Microsoft's Motion for Partial Summary Judgment on Breach of Contract;

3. Declaration of Steve McGrath;

[PROP.] ORDER GRANTING PLNTF'S MOTION FOR PART. SUMM. JUDGMNT RE AFFIRMATIVE DEFENSES (NO. C07-0936RSM)- 1
4839-4428-1858.01
062608/1528/20363.00411

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

Dockets.Justia.com

4. Defendant's Response in Opposition to Plaintiff's Motion for Partial Summary Judgment Regarding Immersion's Affirmative Defenses;

5. Declaration of _____;

6. Reply in Support of Plaintiff's Motion for Partial Summary Judgment Regarding Immersion's Affirmative Defenses;

7.

8.

The Court has/has not also considered the argument of counsel. Based on the foregoing, IT IS HEREBY ORDERED THAT:

Microsoft's Motion for Partial Summary Judgment Regarding Immersion's Affirmative Defenses is GRANTED. Immersion's affirmative defenses for Champerty and Maintenance, Frustration of Purpose, Illegality, Violation of Public Policy, Unclean Hands, Unjust Enrichment, and Unconscionability are hereby dismissed with prejudice.

DATED this _____ day of _____, 2008.

_____
The Honorable Ricardo S. Martinez
United States District Court Judge

PRESENTED BY:

/s/ Paul J. Kundtz
Paul J. Kundtz, WSBA #13548
Blake Marks-Dias, WSBA #28169
Wendy E. Lyon, WSBA #34461
Riddell Williams P.S.
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
Tel: (206) 624-3600; Fax: (206) 389-1708
wlyon@riddellwilliams.com

Attorneys for Plaintiff
MICROSOFT CORPORATION

[PROP.] ORDER GRANTING PLNTF'S MOTION FOR PART. SUMM. JUDGMNT RE AFFIRMATIVE DEFENSES (NO. C07-0936RSM)- 2
4839-4428-1858.01
062608/1528/20363.00411

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600