The Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation, | No. C07-0936RSM |
| Plaintiff, | **ERRATA SHEET FOR SEALED EXHIBITS** |
| v. | |
| IMMERSION CORPORATION, a Delaware corporation, | |
| Defendant. | |

There were inadvertent pagination errors in two of the sealed exhibits filed June 26, 2008 as attachments to the Declaration of Wendy E. Lyon in Support of Plaintiff's Motion for Partial Summary Judgment on Breach of Contract.

In Exhibit 37, page 341 was omitted from the numbering. In Exhibit 65, pages 660-669 were omitted. The documents are complete as filed and served.

DATED this 27th day of June, 2008.

/s/ Wendy E. Lyon
Paul J. Kundtz, WSBA #13548
Riddell Williams P.S.
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
Tel: (206) 624-3600; Fax: (206) 389-1708
wlyon@riddellwilliams.com
Attorneys for Plaintiff
MICROSOFT CORPORATION

ERRATA SHEET FOR SEALED EXHIBITS
(NO. C07-936RSM)- 1
4825-2831-1298.01
062708/1030/20363.00411

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

dockets.Justia.com

# CERTIFICATE OF SERVICE

I, Margaret R. Friedmann, declare as follows:

I am over 18 years of age and a citizen of the United States. I am employed as a legal secretary by the law firm of Riddell Williams P.S.

On the date noted below I electronically filed the foregoing document titled **ERRATA SHEET FOR SEALED EXHIBITS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel for Immersion Corporation:

Bradley S. Keller
Jofrey M. McWilliam
Email: bkeller@byrneskeller.com
jmcwilliam@byrneskeller.com

Richard M. Birnholz
Morgan Chu
Alan J. Heinrich
David R. Kaplan
Email: rbirnholz@irell.com
mchu@irell.com
aheinrich@irell.com
dkaplan@irell.com

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Executed at Seattle, Washington this 27th day of June, 2008.

Margaret R. Friedmann
Legal Secretary, Riddell Williams P.S.
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
Phone: (206) 624-3600
Fax: (206) 389-1708
Email: mfriedmann@riddellwilliams.com

ERRATA SHEET FOR SEALED EXHIBITS
(NO. C07-936RSM)- 2
4825-2831-1298.01
062708/1030/20363.00411

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600