The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

MICROSOFT CORPORATION, a Washington corporation,

Plaintiff,

v.

IMMERSION CORPORATION, a Delaware corporation,

Defendant.

No. CV07 936RSM

**IMMERSION CORPORATION'S MOTION TO FILE UNDER SEAL ITS SUPPLEMENTAL SUBMISSION AND SUPPORTING DOCUMENTS**

Re-Noted on Motion Calendar: 6/27/2008

Pursuant to Local Rule 5(g) and Rule 26(c)(1) of the Federal Rules of Civil Procedure ("Rule 26(c)"), defendant Immersion Corporation ("Immersion") respectfully requests that the Court allow it to file under seal Immersion's Supplemental Submission in Opposition to Microsoft Corporation's ("Microsoft") "Motion For Partial Summary Judgment Regarding Immersion's Counterclaim" ("Supplemental Submission"), the declaration of Laura A. Peter in support thereof, the declaration of David R. Kaplan in support thereof, and the exhibits attached to such declarations.

On June 10, 2008, the Court ordered Immersion to make a supplemental submission regarding the scope of damages on Immersion's counterclaim against Microsoft for breach of a certain Confidentiality Agreement. Information provided in Immersion's Supplemental

IMMERSION'S MOTION TO FILE UNDER SEAL ITS SUPPLEMENTAL SUBMISSION AND SUPPORTING DOCUMENTS (CV07 936RSM) - 1

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

Submission and the supporting declarations and exhibits contain business sensitive and confidential information, including information related to disclosures of confidential financial terms of an agreement between Immersion and Sony Computer Entertainment, Inc. and Sony Computer Entertainment America, Inc. Sealing of these documents is proper under Local Rule 5(g) and Rule 26(c) because the public's interest in accessing such information is minimal or nonexistent, while the interests of the parties and relevant non-parties in protecting these documents from public disclosure is substantial. In addition, if such documents were filed publicly, there is a likelihood that Immersion would suffer additional harm. Further, information relating to Immersion's Counterclaim is already available in, among other things, Microsoft's partial summary judgment motion regarding Immersion's counterclaim, Immersion's opposition, and Microsoft's reply.

In view of the foregoing, Immersion respectfully requests that this Court enter an order sealing the above-described documents. A proposed order is lodged herewith.

DATED June 27, 2008.

IRELL & MANELLA LLP

By /s/ David R. Kaplan
Morgan Chu
Richard M. Birnholz
Alan J. Heinrich
David R. Kaplan
(All admitted *pro hac vice*)
Irell & Manella LLP
1800 Avenue of the Starts, Suite 900
Los Angeles, CA 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorneys for Defendant Immersion Corporation*

# **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on the 27th day of June, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Paul J. Kundtz (pkundtz@riddellwilliams.com)
Blake Marks-Dias (bmarksdias@riddellwilliams.com)
Wendy E. Lyon (wlyon@riddellwilliams.com)
Riddell Williams P.S.
1001 Fourth Avenue Plaza, Suite 4500
Seattle, WA 98154-3600
*Attorneys for Plaintiff*

/s/ David R. Kaplan
David R. Kaplan
Irell & Manella LLP
1800 Avenue of the Starts, Suite 900
Los Angeles, CA 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorneys for Defendant Immersion Corporation*