The Hon. Ricardo S. Martinez
Noted on Motion Calendar: June 30, 2008

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>IMMERSION CORPORATION, a Delaware corporation,<br><br>Defendant. | No. C07-0936RSM<br><br>**MICROSOFT'S MOTION TO SEAL SUMMARY JUDGMENT MOTION AND EXHIBIT 5 TO LYON DECLARATION** |

On June 26, 2008, Microsoft filed, among other things, a summary judgment motion [Dkt. No. 111] and Exhibit 5 to the Declaration of Wendy Lyon in support of the motion [Dkt. Nos. 112-2 (pp.63-73) and 116-2 (pp.63-73)]. On June 30, 2008, Immersion wrote Microsoft's counsel, contending that those items were confidential and should have been filed under seal. Microsoft disagrees with Immersion's position. However, out of respect for Immersion's request, and pursuant to the parties' agreed protective order, Microsoft respectfully requests that the Court place these documents under seal. A proposed order has been submitted.

MICROSOFT'S MOTION TO SEAL SUMMARY JUDGMENT
MOTION AND EXHIBIT 5 (NO. C07-0936RSM)- 1
4832-2273-1266.01
063008/1448

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

Dockets.Justia.com

| | |
|---|---|
| 1 | DATED this 30th day of June, 2008. |
| 2 | |
| 3 | RIDDELL WILLIAMS P.S. |
| 4 | |
| 5 | By /s/ |
| 6 | Paul J. Kundtz, WSBA #13548<br>Blake Marks-Dias, WSBA #28169 |
| 7 | Wendy E. Lyon, WSBA #34461<br>Attorneys for Plaintiff MICROSOFT |
| 8 | CORPORATION |

MICROSOFT'S MOTION TO SEAL SUMMARY JUDGMENT
MOTION AND EXHIBIT 5 (NO. C07-0936RSM)- 2
4832-2273-1266.01
063008/1448

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

# CERTIFICATE OF SERVICE

The undersigned certifies that on the 30th day of June, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Bradley S. Keller
Jofrey M. McWilliam
Byrnes & Keller LLP
1000 Second Avenue, 38th Floor
Seattle, WA 98104-4082
Phone: (206) 622-2000; Fax: (206) 622-2522
Email: bkeller@byrneskeller.com
jmcwilliam@byrneskeller.com

and on

Richard M. Birnholz
Alan J. Heinrich
Morgan Chu
David R. Kaplan
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Phone: (310) 277-1010; Fax: (301) 203-7199
Email: rbirnholz@irell.com
aheinrich@irell.com
mchu@irell.com
dkaplan@irell.com

Executed at Seattle, Washington this 30th day of June, 2008.

Donna Hammonds
Legal Secretary, Riddell Williams P.S.
1001 Fourth Avenue Plaza, Suite 4500
Seattle, WA 98154
Phone: (206) 624-3600
Fax: (206) 389-1708
email: dhammonds@riddellwilliams.com

MICROSOFT'S MOTION TO SEAL SUMMARY JUDGMENT
MOTION AND EXHIBIT 5 (NO. C07-0936RSM)- 3
4832-2273-1266.01
20363.00411

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600