HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>IMMERSION CORPORATION, a Delaware corporation,<br><br>Defendant. | No. CV 07-936-RSM<br><br>**NOTICE OF MOTION RE-NOTED**<br><br>**(MICROSOFT'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON BREACH OF CONTRACT, Doc. #111)**<br><br>NOTE ON MOTION CALENDAR:<br>July 25, 2008<br>[Clerk's Action Required] |

PLEASE TAKE NOTICE that, by agreement between counsel, Plaintiff Microsoft's Motion for Partial Summary Judgment on Breach of Contract, filed and served on June 26, 2008 as Doc. #111, with [Proposed] Order #111-2 ("Motion") IS HEREBY RE-NOTED FROM JULY 18, 2008 TO JULY 25, 2008. Counsel for Immersion has agreed to file Immersion's Response on July 17, 2008. Documents filed in support of this Motion, including the Declaration of Wendy E. Lyon (with Exhibits), and the Declaration of Stephen P. McGrath, are also to be considered re-noted for July 25, 2008. Courtesy (bench) copies have been provided to Judge Martinez.

Oral argument has been requested in this matter.

/ / /

NOTICE OF MOTION RE-NOTED (MOT. FOR PARTIAL S. J. ON BREACH OF CONTRACT, Dkt. #111) - 1 (No. 2:07-cv-936RSM)- 1
4815-5955-9938.01
071008/1132/20363.00411

Riddell Williams p.s.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

dockets.Justia.com

DATED this 10th day of July, 2008.

RIDDELL WILLIAMS P.S.

By: /s/ Paul J. Kundtz
Paul J. Kundtz, WSBA #13548
Blake Marks-Dias, WSBA #28169
Wendy E. Lyon, WSBA #34461
Of Attorneys for Plaintiff Microsoft Corporation

### CERTIFICATE OF SERVICE

The undersigned certifies that on the 10th day of July, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel for Immersion Corporation:

Bradley S. Keller
Jofrey M. McWilliam
Byrnes & Keller LLP
1000 Second Avenue, 38th Floor
Seattle, WA 98104-4082
Phone: (206) 622-2000; Fax: (206) 622-2522
Email: bkeller@byrneskeller.com
jmcwilliam@byrneskeller.com                    and

Richard M. Birnholz
Morgan Chu
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Phone: (310) 277-1010; Fax: (301) 203-7199
Email: rbirnholz@irell.com
mchu@irell.com

as well as others on the CM/ECF notification list for this case.

Executed at Seattle, Washington this 10th day of July, 2007.

*Margaret R. Friedmann* (signature)
Margaret R. Friedmann
Legal Secretary, Riddell Williams P.S.
1001 Fourth Avenue Plaza, Suite 4500
Seattle, WA 98154
Phone: (206) 624-3600
Fax: (206) 389-1708
email: mfriedmann@riddellwilliams.com

NOTICE OF MOTION RE-NOTED (MOT. FOR PARTIAL S. J. ON
BREACH OF CONTRACT, Dkt. #111) - 1 (No. 2:07-cv-936RSM)- 2
4815-5955-9938.01
071008/1132/20363.00411

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600