UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICROSOFT CORPORATION,

    Plaintiff,

v.

IMMERSION CORPORATION,

    Defendant.

CASE NO. C07-936RSM

ORDER GRANTING PLAINTIFF'S MOTIONS TO SEAL AND DEFENDANT'S MOTION TO SEAL

    This matter comes before the Court on "Plaintiff's Motion to File Exhibits Under Seal" (Dkt. #108), Defendant "Immersion Corporation's Motion to File Under Seal its Supplemental Submissions and Supporting Documents" (Dkt. #121), and Plaintiff "Microsoft's Motion to Seal Summary Judgment Motion and Exhibit 5 to Lyon Declaration" (Dkt. #125). The parties respectively seek to seal documents related to motions pending before the Court, as well as a pending summary judgment motion itself, on the grounds that the exhibits all contain sensitive and confidential information. Each motion is unopposed. In addition, the documents related to "Plaintiff's Motion to File Exhibits Under Seal" (Dkt. #108), and Defendant "Immersion Corporation's Motion to File Under Seal its Supplemental Submissions and Supporting Documents" (Dkt. #121) have already been filed by the parties under seal.

    Having reviewed the motions, and the remainder of the record, the Court hereby finds and orders:

ORDER
PAGE - 1

(1) "Plaintiff's Motion to File Exhibits Under Seal" (Dkt. #108), Defendant "Immersion Corporation's Motion to File Under Seal its Supplemental Submissions and Supporting Documents" (Dkt. #121), and Plaintiff "Microsoft's Motion to Seal Summary Judgment Motion and Exhibit 5 to Lyon Declaration" (Dkt. #125), are GRANTED. The parties have adequately justified sealing the exhibits, overcoming the strong presumption in favor of public access. *See* Local Rule CR 5(g)(2). Accordingly, the exhibits that the parties have already filed under seal shall remain SEALED.

(2) The Clerk is further directed to SEAL Plaintiff's Partial Summary Judgment Motion (Dkt. #111), and Exhibit 5 of the two declarations filed by Wendy Lyon. (Dkt. #112 and #116). These documents were not filed previously filed under seal.

(3) The Clerk is directed to forward a copy of this Order to all counsel of record.

DATED this __15__ day of July, 2008.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE