The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

MICROSOFT CORPORATION, a Washington corporation,

Plaintiff,

v.

IMMERSION CORPORATION, a Delaware corporation,

Defendant.

No. CV07 936RSM

**IMMERSION'S MOTION TO FILE UNDER SEAL ITS OPPOSITION TO MICROSOFT'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON BREACH OF CONTRACT AND CERTAIN SUPPORTING DOCUMENTS**

NOTE ON MOTION CALENDAR
July 25, 2008

Pursuant to Local Rule 5(g) and Rule 26(c)(1) of the Federal Rules of Civil Procedure ("Rule 26(c)"), defendant Immersion Corporation ("Immersion") respectfully requests that the Court allow it to file under seal its Opposition to Microsoft's Motion for Partial Summary Judgment on Breach of Contract ("Immersion's Opposition") and the exhibits 1-17, 22, 23, 30, 34, 39-46 to the Declaration of Alan J. Heinrich ""in support thereof ("Heinrich Declaration") .

Immersion's Opposition and the above-referenced exhibits to the Heinrich Declaration contain business sensitive and confidential information, including information related to the scope of a sublicense to Immersion's haptic technologies granted by Immersion to Microsoft in

IMMERSION'S MOTION TO FILE UNDER SEAL ITS OPPOSITION TO MICROSOFT'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND CERTAIN SUPPORTING DOCUMENTS (CV07 936RSM)

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

Dockets.Justia.com

2003, confidential financial terms of an agreement between Immersion and Sony Computer Entertainment, Inc. and Sony Computer Entertainment America, Inc. (collectively "Sony") executed in 2007, and excerpts of deposition testimony containing business sensitive information concerning confidential business negotiations. The information been designated "Confidential" by one or more of the parties to this lawsuit under the Stipulated Protective Order Regarding Treatment by the Parties of Confidential Documents. The Court has already ordered sealed Microsoft's partial summary judgment motion and certain documents filed in support thereof, to which Immersion's Opposition responds.

Sealing of Immersion's Opposition and the subject exhibits is proper under Local Rule 5(g) and Rule 26(c) because the public's interest in accessing such information is minimal or nonexistent, while the interests of the parties and relevant third parties in protecting these documents from public disclosure is substantial. Neither Immersion's Opposition nor the subject exhibits deal with any specific matters of public importance. Further, information relating to the parties' claims can be obtained from pleadings and documents publicly on file with the Court.

In view of the foregoing, Immersion respectfully requests that this Court enter an order sealing the above-described documents. A proposed order is lodged herewith.

DATED July 17, 2008.

IRELL & MANELLA LLP

By */s/ David R. Kaplan*
David R. Kaplan
(admitted *pro hac vice*)
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Byrnes & Keller LLP
1000 Second Avenue, 38th Floor
Seattle, WA 98104
Telephone: (206) 622-2000
Facsimile: (206) 622-2522

*Attorneys for Defendant Immersion Corporation*

IMMERSION'S MOTION TO FILE UNDER SEAL ITS OPPOSITION TO
MICROSOFT'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND
CERTAIN SUPPORTING DOCUMENTS (CV07 936RSM) - 2

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

# **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on the 17th day of July, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Paul J. Kundtz (pkundtz@riddellwilliams.com)
Blake Marks-Dias (bmarksdias@riddellwilliams.com)
Wendy E. Lyon (wlyon@riddellwilliams.com)
Riddell Williams P.S.
1001 Fourth Avenue Plaza, Suite 4500
Seattle, WA 98154-3600
*Attorneys for Plaintiff*

*/s/ David R. Kaplan*
David R. Kaplan
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Byrnes & Keller LLP
1000 Second Avenue, 38th Floor
Seattle, WA 98104
Telephone: (206) 622-2000
Facsimile: (206) 622-2522

*Attorneys for Defendant Immersion Corporation*

IMMERSION'S MOTION TO FILE UNDER SEAL ITS OPPOSITION TO
MICROSOFT'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND
CERTAIN SUPPORTING DOCUMENTS (CV07 936RSM) - 3

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations