The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation, <br><br> Plaintiff, <br><br> v. <br><br> IMMERSION CORPORATION, a Delaware corporation, <br><br> Defendant. | No. CV07 936RSM <br><br> **IMMERSION CORPORATION'S MOTION TO FILE UNDER SEAL ITS OPPOSITION TO MICROSOFT'S MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING IMMERSION'S AFFIRMATIVE DEFENSES** <br><br> NOTE ON MOTION CALENDAR <br> July 25, 2008 |

Pursuant to Local Rule 5(g) and Rule 26(c)(1) of the Federal Rules of Civil Procedure ("Rule 26(c)"), defendant Immersion Corporation ("Immersion") respectfully requests that the Court allow it to file under seal its Opposition to Microsoft's Motion for Partial Summary Judgment Regarding Immersion's Affirmative Defenses.

The above-referenced Opposition contains a small number of references to deposition testimony and exhibits that Microsoft has designated as confidential. Immersion disagrees with the designations but is submitting the material under seal out of an excess of caution under the Stipulated Protective Order. Immersion intends to confer with Microsoft regarding whether it is maintaining the designation of the limited content that Microsoft arguably has designated confidential. If Microsoft withdraws the designation, Immersion will publicly file the

IMMERSION'S MOTION TO FILE UNDER SEAL ITS OPPOSITION TO
MICROSOFT'S MOTION FOR PARTIAL SUMMARY JUDGMENT
REGARDING IMMERSION'S AFFIRMATIVE DEFENSES (CV07
936RSM)

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

Opposition. At a minimum, Immersion intends to file publicly at least a redacted version. In view of the foregoing, Immersion respectfully requests that this Court enter an order sealing the above-described documents unless the confidentiality designations are withdrawn or there is a further order of the Court. A proposed order is lodged herewith.

DATED July 21, 2008.

IRELL & MANELLA LLP

By */s/ David R. Kaplan*
David R. Kaplan
(admitted *pro hac vice*)
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Byrnes & Keller LLP
1000 Second Avenue, 38th Floor
Seattle, WA 98104
Telephone: (206) 622-2000
Facsimile: (206) 622-2522

*Attorneys for Defendant Immersion Corporation*

IMMERSION'S MOTION TO FILE UNDER SEAL IMMERSION'S
MOTION TO FILE UNDER SEAL ITS OPPOSITION TO MICROSOFT'S
MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING
IMMERSION'S AFFIRMATIVE DEFENSES (CV07 936RSM) - 2

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

# CERTIFICATE OF SERVICE

The undersigned attorney certifies that on the 21th day of July, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Paul J. Kundtz (pkundtz@riddellwilliams.com)
Blake Marks-Dias (bmarksdias@riddellwilliams.com)
Wendy E. Lyon (wlyon@riddellwilliams.com)
Riddell Williams P.S.
1001 Fourth Avenue Plaza, Suite 4500
Seattle, WA 98154-3600
*Attorneys for Plaintiff*

*/s/ David R. Kaplan*
David R. Kaplan
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Byrnes & Keller LLP
1000 Second Avenue, 38th Floor
Seattle, WA 98104
Telephone: (206) 622-2000
Facsimile: (206) 622-2522

*Attorneys for Defendant Immersion Corporation*

IMMERSION'S MOTION TO FILE UNDER SEAL IMMERSION'S
MOTION TO FILE UNDER SEAL ITS OPPOSITION TO MICROSOFT'S
MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING
IMMERSION'S AFFIRMATIVE DEFENSES (CV07 936RSM) - 3

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations