The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>IMMERSION CORPORATION, a Delaware corporation,<br><br>　　　　　　　　　　　　Defendant. | No. CV07 936RSM<br><br>**DECLARATION OF DAVID R. KAPLAN IN SUPPORT OF IMMERSION'S OPPOSITION TO MICROSOFT'S MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING IMMERSION'S AFFIRMATIVE DEFENSES**<br><br>Note On Motion Calendar: July 25, 2008<br>Oral Argument Requested |

KAPLAN DECL. IN SUPPORT OF IMMERSION'S OPPOSITION TO MICROSOFT'S MOT. FOR PART. SUMM. JUDGMENT RE AFFIRMATIVE DEFENSES (CV07 936RSM)

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

I, David R. Kaplan, declare as follows:

1. I am an attorney at Irell & Manella LLP, co-counsel of record for defendant Immersion Corporation ("Immersion") in the above-captioned action. I am a member in good standing of the California State Bar and am admitted to practice before this Court in this case *pro hac vice*. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Attached hereto as Exhibit A is a true and correct copy of excerpts from the deposition transcript of Richard Birnholz, whose deposition was taken on June 5, 2008.

3. Attached hereto as Exhibit B is a true and correct copy of excerpts from the deposition transcripts of Jennifer Liu, whose deposition was taken on December 20, 2007 and January 23, 2008.

4. Attached hereto as Exhibit C is a true and correct copy of excerpts from the deposition transcript of Kenneth Lustig, whose deposition was taken on April 30, 2008.

5. Attached hereto as Exhibit D is a true and correct copy of excerpts from the deposition transcript of Stephen Ambler, whose deposition was taken on June 12, 2008.

6. Attached hereto as Exhibit E is a document Bates-stamped IMRMS 10430, produced during discovery in this action. It is a true and correct copy of handwritten notes of Victor Viegas regarding one of Immersion's mediations with Sony before Immersion's patent lawsuit against Sony went to trial in the Northern District of California.

7. Attached hereto as Exhibit F is a true and correct copy of excerpts of Microsoft Form 10-Q filed with the U.S. Securities and Exchange Commission for the quarterly period ended March 31, 2003.

8. Attached hereto as Exhibit G is a true and correct copy of excerpts of Microsoft Form 10-Q filed with the U.S. Securities and Exchange Commission for the quarterly period ended September 30, 2003.

KAPLAN DECL. IN SUPPORT OF IMMERSION'S OPPOSITION TO
MICROSOFT'S MOT. FOR PART. SUMM. JUDGMENT RE
AFFIRMATIVE DEFENSES (CV07 936RSM) - 1

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

9. Attached hereto as Exhibit H is a true and correct copy of the U.S. District Court California Northern District (Oakland) Civil Docket for Case No. 4:02-cv-00710-CW.

10. Attached hereto as Exhibit I is a true and correct copy of excerpts of Microsoft Corporation's Responses to Immersion Corporation's First Set of Interrogatories to Microsoft Corporation dated February 13, 2008.

Executed on July 21, 2008, at Los Angeles, California.

By /s/ *David R. Kaplan*
David R. Kaplan

KAPLAN DECL. IN SUPPORT OF IMMERSION'S OPPOSITION TO MICROSOFT'S MOT. FOR PART. SUMM. JUDGMENT RE AFFIRMATIVE DEFENSES (CV07 936RSM) - 2

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

# CERTIFICATE OF SERVICE

The undersigned attorney certifies that on the 21th day of July, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Paul J. Kundtz (pkundtz@riddellwilliams.com)
Blake Marks-Dias (bmarksdias@riddellwilliams.com)
Wendy E. Lyon (wlyon@riddellwilliams.com)
Riddell Williams P.S.
1001 Fourth Avenue Plaza, Suite 4500
Seattle, WA 98154-3600
*Attorneys for Plaintiff*

      */s/ David R. Kaplan*
      David R. Kaplan
      Irell & Manella LLP
      1800 Avenue of the Stars, Suite 900
      Los Angeles, CA 90067-4276
      Telephone: (310) 277-1010
      Facsimile: (310) 203-7199

      Byrnes & Keller LLP
      1000 Second Avenue, 38th Floor
      Seattle, WA 98104
      Telephone: (206) 622-2000
      Facsimile: (206) 622-2522

      *Attorneys for Defendant Immersion Corporation*

KAPLAN DECL. IN SUPPORT OF IMMERSION'S OPPOSITION TO MICROSOFT'S MOT. FOR PART. SUMM. JUDGMENT RE AFFIRMATIVE DEFENSES (CV07 936RSM) - 3

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations