The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICROSOFT CORPORATION, a Washington corporation,

  Plaintiff,

v.

IMMERSION CORPORATION, a Delaware corporation,

  Defendant.

No. 2:07-cv-936RSM

**SUPPLEMENTAL DECLARATION OF WENDY E. LYON IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON BREACH OF CONTRACT**

Noted for Consideration: July 25, 2008
Oral Argument Requested

I, Wendy E. Lyon, declare as follows:

1. I am one of the attorneys in the law firm of Riddell Williams, P.S., counsel for Plaintiff Microsoft Corporation. I make this declaration based on personal knowledge.

2. Attached as Exhibit A is a true and correct copy of excepts of the deposition of Patrick Reutens taken on 3/24/08. [FILED UNDER SEAL]

3. Attached as Exhibit B is a true and correct copy of excepts of the deposition of Victor Viegas taken on 5/22/08. [FILED UNDER SEAL]

4. Attached as Exhibit C is a true and correct copy of excepts of the deposition of Martin Smith taken on 5/20/08. [FILED UNDER SEAL]

SUPP. DECL. OF LYON IN SUPPORT OF PLNTF'S MOT. FOR PART.
SUMM. JUDGMNT ON BREACH (No. 2:07-CV-936RSM)- 1
4820-0691-0466.01
072508/0929/20363.00411

Riddell Williams p.s.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

5. Attached as Exhibit D is a true and correct copy of excepts of the deposition of Alan Gordon taken on 6/11/08. [FILED UNDER SEAL]

6. Attached as Exhibit E are true and correct copies of excerpts of the depositions of Barry Spector taken on 4/15/08 and Marc Brown taken on 4/11/08. Immersion cites part of this testimony to argue that Microsoft admits that settlement is different from satisfying a judgment. However, taken in context, it is clear that Marc Brown did not agree that the definition of "Settlement" in the proposed consulting agreement included payment on a verdict, while the ordinary meaning did not. For example, when asked if the ordinary definition would not encompass payment on a verdict, he testified, "If you ask me what the ordinary course definition of the word "settlement" would be, it would be the -- the ending of the litigation, in whatever manner." Brown Dep., 59:15-23; and see generally pages 57-63. Similarly, Immersion quotes Barry Spector as agreeing that a settlement is different than a satisfaction of a judgment. However, this quote taken in context makes clear that the parties understood that settlement included, among other things, payment of a judgment. Spector Dep., 38-48. [FILED UNDER SEAL.]

7. Section 17.8 of the treatise Negotiation and Settlement by Eugene F. Lynch, et al. (2005) makes it clear that there are many different ways to settle a case and to draft settlement agreements. It reads in part:

> "Creative negotiators have devised many different ways to settle disputes."
>
> "Flexibility of negotiated settlement is one of its strengths. "No single 'right-way' exists to structure any agreement— you may incorporate aspects of many different formulas into a single agreement. Every problem is unique and you should individually tailor every settlement agreement."
>
> "Any type of agreement is appropriate if it serves the interests of your client. The terms of the agreement itself depend largely on desires of the parties, creativity of the attorneys and complexity of the case."

SUPP. DECL. OF LYON IN SUPPORT OF PLNTF'S MOT. FOR PART.
SUMM. JUDGMNT ON BREACH (No. 2:07-CV-936RSM)- 2
4820-0691-0466.01
072508/0929/20363.00411

Riddell Williams p.s.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

8. Attached as Exhibit F is an email from Peter Berger (Microsoft outside counsel) to Patrick Reutens (Immersion in-house counsel), dated July 24, 2005 at 5:26 p.m. Attached to the email is a redlined version of the SLA, which in section 2(e) modifies the language defining "settlement amount" by moving the phrase "in connection with the settlement of the Sony Lawsuit" so that it no longer qualifies the primary phrase. This version also creates the additional definitions under (a), which is qualified by the phrase "in connection with the settlement of the Sony Lawsuit," and (b), which captures other agreements and transactions. This email was sent hours after the email with attached version of the SLA referenced in Immersion's Response and attached to the Heinrich Declaration as Exhibit 45. [FILED UNDER SEAL]

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Executed on July 25th, 2008 at Seattle, Washington.

Wendy E. Lyon

SUPP. DECL. OF LYON IN SUPPORT OF PLNTF'S MOT. FOR PART. SUMM. JUDGMNT ON BREACH (No. 2:07-CV-936RSM)- 3
4820-0691-0466.01
072508/0929/20363.00411

Riddell Williams p.s.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | I, Margaret R. Friedmann, declare as follows: |
| 3 | I am over 18 years of age and a citizen of the United States. I am employed as a |
| 4 | legal secretary by the law firm of Riddell Williams P.S. |
| 5 | On the date noted below, I electronically filed the foregoing document titled |
| 6 | **SUPPLEMENTAL DECLARATION OF WENDY E. LYON IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON** |
| 7 | **BREACH OF CONTRACT [Exhibits A-F filed under seal]** |
| 8 | with the Clerk of the Court using the CM/ECF system which will send notification of such |
| 9 | filing to the following counsel for Immersion Corporation: |

| Bradley S. Keller | Richard M. Birnholz |
|---|---|
| Jofrey M. McWilliam | Morgan Chu |
| Email: bkeller@byrneskeller.com | Alan J. Heinrich |
| jmcwilliam@byrneskeller.com | David R. Kaplan |
| | Email: rbirnholz@irell.com |
| | mchu@irell.com |
| | aheinrich@irell.com |
| | dkaplan@irell.com |

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Executed at Seattle, Washington this 25th day of July, 2008.

*/s/ Margaret R. Friedmann*
Margaret R. Friedmann
Legal Secretary, Riddell Williams P.S.
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
Phone: (206) 624-3600
Fax: (206) 389-1708
Email: mfriedmann@riddellwilliams.com

SUPP. DECL. OF LYON IN SUPPORT OF PLNTF'S MOT. FOR PART.
SUMM. JUDGMNT ON BREACH (No. 2:07-CV-936RSM)- 4
4820-0691-0466.01
072508/0929/20363.00411

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600