The Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>IMMERSION CORPORATION, a Delaware corporation,<br><br>Defendant. | No. C07-0936RSM<br><br>**PLAINTIFF'S MOTION TO FILE REPLY BRIEF AND EXHIBITS A & B UNDER SEAL**<br><br>**Noted for Consideration:**<br>**July 25, 2008** |

Pursuant to Local Rule 5(g), plaintiff respectfully requests that the Court allow plaintiff to file Microsoft's Reply Brief In Support of Plaintiff's Motion for Partial Summary Judgment regarding Defendant Immersion's Affirmative Defenses and Exhibits A & B to the Declaration of Blake Marks-Dias in Support of Plaintiff's Motion for Partial Summary Judgment regarding Defendant Immersion's Affirmative Defenses (" Marks-Dias Declaration") under seal.

All of the exhibits noted above have been marked as Confidential by one or more parties to this lawsuit. All of the documents are marked "Confidential" in accordance with the Stipulated Protective Order Regarding Treatment by the Parties of Confidential

PLAINTIFF'S MOTION TO FILE REPLY AND EXHIBITS RE AFFIRMATIVE DEFENSES UNDER SEAL (NO. C07-936RSM)- 1
4820-7487-2066.01
20363.00411

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

dockets.Justia.com

Documents. The reply brief contains extensive quotations and references to information designated as "Confidential."

Sealing of certain exhibits and the reply is authorized under Local Rule 5(g) because the facts warranting sealing overcome the strong presumption in favor of public access to the document. Moreover, the public's interest in accessing the exhibits to the Marks-Dias Declaration is minimal. General information related to the parties' claims can be obtained from plaintiff's motion. Nor do the exhibits deal with any matters of public importance.

## CONCLUSION

For the foregoing reasons, plaintiff respectfully request that the Court allow Microsoft's Reply Brief In Support of Plaintiff's Motion for Partial Summary Judgment regarding Defendant Immersion's Affirmative Defenses and Exhibits A & B to the Declaration of Blake Marks-Dias in Support of Plaintiff's Motion for Partial Summary Judgment regarding Defendant Immersion's Affirmative Defenses to be filed under seal. An order authorizing sealing these documents is submitted herewith.

DATED this 25th day of July, 2008.

/s/ Blake Marks-Dias
Paul J. Kundtz, WSBA #13548
Blake Marks-Dias, WSBA #28169
Wendy E. Lyon, WSBA #34461
Riddell Williams P.S.
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
Tel: (206) 624-3600
Fax: (206) 389-1708
pkundtz@riddellwilliams.com
bmarksdias@riddellwilliams.com
wlyon@riddellwilliams.com
Attorneys for Plaintiff
MICROSOFT CORPORATION

PLAINTIFF'S MOTION TO FILE REPLY AND EXHIBITS RE
AFFIRMATIVE DEFENSES UNDER SEAL (NO. C07-936RSM)- 2
4820-7487-2066.01
20363.00411

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

# CERTIFICATE OF SERVICE

I, Donna Hammonds, declare as follows:

I am over 18 years of age and a citizen of the United States. I am employed as a legal secretary by the law firm of Riddell Williams P.S.

On the date noted below I electronically filed the foregoing document titled **PLAINTIFF'S MOTION TO FILE REPLY BRIEF AND EXHIBITS A & B UNDER SEAL,** with an attached **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO FILE REPLY AND EXHIBITS UNDER SEAL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel for Immersion Corporation:

Bradley S. Keller
Jofrey M. McWilliam
Email: bkeller@byrneskeller.com
jmcwilliam@byrneskeller.com

Richard M. Birnholz
Morgan Chu
Alan J. Heinrich
David R. Kaplan
Email: rbirnholz@irell.com
mchu@irell.com
aheinrich@irell.com
dkaplan@irell.com

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Executed at Seattle, Washington this 25th day of July, 2008.

Donna Hammonds
Legal Secretary, Riddell Williams P.S.
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
Phone: (206) 624-3600
Fax: (206) 389-1708
Email: dhammonds@riddellwilliams.com

PLAINTIFF'S MOTION TO FILE REPLY AND EXHIBITS RE
AFFIRMATIVE DEFENSES UNDER SEAL (NO. C07-936RSM)- 3
4820-7487-2066.01
20363.00411

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600