HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>IMMERSION CORPORATION, a Delaware corporation,<br><br>Defendant. | No. CV7-936RSM<br><br>**DECLARATION OF BLAKE MARKS-DIAS IN SUPPORT OF PLAINTIFF MICROSOFT'S REPLY BRIEF IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING DEFENDANT IMMERSION'S AFFIRMATIVE DEFENSES**<br><br>**Exhibits A & B Filed Under Seal**<br><br>**Noted For: July 25, 2008**<br>**ORAL ARGUMENT REQUESTED** |

Blake Marks-Dias declares as follows:

1. I am one of the attorneys for Plaintiff Microsoft Corporation in the above-captioned action. I am over the age of 18, competent to testify, and make this declaration based upon personal knowledge.

2. Attached as Exhibit A to this Declaration is a true and correct copy of the deposition excerpts of Martin Smith's May 20, 2008 deposition, cited in Microsoft's Reply Brief in Support of Motion for Partial Summary Judgment Regarding Defendant Immersion's Affirmative Defenses.

DECL. OF BLAKE MARKS-DIAS IN SUPPORT OF MICROSOFT'S
REPLY BRIEF IN SUPP. OF MT. FOR PARTIAL SUM. JUDGMENT
RE IMMERSION'S AFFIRM DEFENSES (No. CV7-936RSM) - 1
4820-1798-6562.01
20363.00411

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

dockets.Justia.com

3. Attached as Exhibit B to this Declaration is a true and correct copy of the deposition excerpts of Barry Spector's April 15, 2008 deposition, cited in Microsoft's Reply Brief.

4. Attached as Exhibit C to this Declaration is a true and correct copy of Sony's Consolidated Financial Results.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

EXECUTED on July 25th, 2008, at Seattle, Washington.

_____
Blake Marks-Dias

DECL. OF BLAKE MARKS-DIAS IN SUPPORT OF MICROSOFT'S
REPLY BRIEF IN SUPP. OF MT. FOR PARTIAL SUM. JUDGMENT
RE IMMERSION'S AFFIRM DEFENSES (No. CV7-936RSM) - 2
4820-1798-6562.01
072408/1209

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

# CERTIFICATE OF SERVICE

The undersigned certifies that on the 25th day of July, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Bradley S. Keller
Jofrey M. McWilliam
Byrnes & Keller LLP
1000 Second Avenue, 38th Floor
Seattle, WA 98104-4082
Phone: (206) 622-2000; Fax: (206) 622-2522
Email: bkeller@byrneskeller.com
jmcwilliam@byrneskeller.com

and on

Richard M. Birnholz
Alan J. Heinrich
Morgan Chu
David R. Kaplan
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Phone: (310) 277-1010; Fax: (301) 203-7199
Email: rbirnholz@irell.com
aheinrich@irell.com
mchu@irell.com
dkaplan@irell.com

Executed at Seattle, Washington this 25th day of July, 2008.

Donna Hammonds
Legal Secretary, Riddell Williams P.S.
1001 Fourth Avenue Plaza, Suite 4500
Seattle, WA 98154
Phone: (206) 624-3600
Fax: (206) 389-1708
email: dhammonds@riddellwilliams.com

DECL. OF BLAKE MARKS-DIAS IN SUPPORT OF MICROSOFT'S
REPLY BRIEF IN SUPP. OF MT. FOR PARTIAL SUM. JUDGMENT
RE IMMERSION'S AFFIRM DEFENSES (No. CV7-936RSM) - 3
4820-1798-6562.01
20363.00411

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>IMMERSION CORPORATION, a Delaware corporation,<br><br>Defendant. | No. CV7-936RSM<br><br>**EXHIBITS A & B TO DECLARATION OF BLAKE MARKS-DIAS IN SUPPORT OF PLAINTIFF MICROSOFT'S REPLY BRIEF IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING DEFENDANT IMMERSION'S AFFIRMATIVE DEFENSES**<br><br>**FILED UNDER SEAL** |

EXHIBITS A & B FILED UNDER SEAL (No. CV7-936RSM) - 1

4834-6856-0642.01
20363.00411

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600