The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>IMMERSION CORPORATION, a Delaware corporation,<br><br>Defendant. | No. 2:07-cv-936RSM<br><br>**DECLARATION OF WENDY E. LYON IN SUPPORT OF MICROSOFT'S OPPOSITION TO IMMERSION'S MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING MICROSOFT'S CLAIM OF BREACH OF THE IMPLIED COVENANT**<br><br>Noted for Consideration:<br>August 8, 2008 |

I, Wendy E. Lyon, declare as follows:

1. I am one of the attorneys in the law firm of Riddell Williams, P.S., counsel for Plaintiff Microsoft Corporation. I make this declaration based on personal knowledge.

2. Attached as Exhibit 1 is a true and correct copy of the Sublicense Agreement ("SLA"), dated July 25, 2003, that was produced during discovery in this case. [FILED UNDER SEAL]

3. Attached as Exhibit 2 is a true and correct copy of excerpts of the deposition of Stephen McGrath taken on 6/16/08. [FILED UNDER SEAL]

DECL. OF LYON IN SUPPORT OF MS' OPP. TO IMM'S MOTION RE MS' BREACH OF IMPLIED COVENANT (No. 2:07-CV-936RSM)- 1
4830-7298-9186.01
080408/1428/20363.00411

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

dockets.Justia.com

4. Attached as Exhibit 3 is a true and correct copy of excerpts of the deposition of Barry Spector taken on 4/15/08. [FILED UNDER SEAL]

5. Attached as Exhibit 4 is a true and correct copy of excerpts of the deposition of Ken Lustig taken on 4/30/08. [FILED UNDER SEAL]

6. Attached as Exhibit 5 is a true and correct copy of excerpts of the deposition of Victor Viegas taken on 5/22/08. [FILED UNDER SEAL]

7. Attached as Exhibit 6 is a true and correct copy of excerpts of the deposition of Martin Smith taken on 5/20/08. [FILED UNDER SEAL]

8. Attached as Exhibit 7 is a January 6, 2007 letter from Stephen Ambler, CFO of Immersion, to David Edgar of the United States Securities and Exchange Commission ("SEC"), that was produced during discovery in this case. Ambler Dep. Ex. 138. [FILED UNDER SEAL]

9. Attached as Exhibit 8 is a true and correct copy of excerpts of the deposition of Stephen Ambler taken on 6/12/08. [FILED UNDER SEAL]

10. Attached as Exhibit 9 is a true and correct copy of a January 23, 2007 letter from Stephen Ambler, CFO of Immersion, to Brad Skinner of the SEC, that was produced during discovery in this case.. Ambler Dep. Ex. 140. [FILED UNDER SEAL]

11. Attached as Exhibit 10 is a true and correct copy of excerpts of the deposition of Jennifer Liu taken on 12/20/07 and 1/23/08. [FILED UNDER SEAL]

12. Attached as Exhibit 11 is a true and correct copy of a March 15, 2007 email from Jennifer Liu to Richard Birnholz. [FILED UNDER SEAL]

13. Attached as Exhibit 12 is a true and correct copy of a March 16, 2007 email from Richard Birnholz attaching the corrected Order Dismissing Appeals that was produced during discovery in this case. [FILED UNDER SEAL]

DECL. OF LYON IN SUPPORT OF MS' OPP. TO IMM"S MOTION RE
MS' BREACH OF IMPLIED COVENANT (No. 2:07-CV-936RSM)- 2
4830-7298-9186.01
080408/1428/20363.00411

Riddell Williams p.s.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

14. Attached as Exhibit 13 are true and correct copies of correspondence between Microsoft and Immersion regarding Microsoft's attempt to obtain a copy of the Sony/Immersion Agreement.

15. Attached as Exhibit 14 is a true and correct copy of excerpts of the deposition of Laura Peter taken on 3/21/08. [FILED UNDER SEAL]

16. Attached as Exhibit 15 is a true and correct copy of excerpts of the deposition of Alan Gordon taken on 6/11/08. [FILED UNDER SEAL]

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Executed on August 4, 2008 at Seattle, Washington.

/s/ Wendy E. Lyon
Wendy E. Lyon

DECL. OF LYON IN SUPPORT OF MS' OPP. TO IMM''S MOTION RE
MS' BREACH OF IMPLIED COVENANT (No. 2:07-CV-936RSM)- 3
4830-7298-9186.01
080408/1428/20363.00411

Riddell Williams p.s.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

# CERTIFICATE OF SERVICE

I, Margaret R. Friedmann, declare as follows:

I am over 18 years of age and a citizen of the United States. I am employed as a legal secretary by the law firm of Riddell Williams P.S.

On the date noted below, I electronically filed the foregoing document titled **DECLARATION OF WENDY E. LYON IN SUPPORT OF MICROSOFT'S OPPOSITION TO IMMERSION'S MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING MICROSOFT'S CLAIM OF BREACH OF THE IMPLIED COVENANT [ALL EXHIBITS FILED UNDER SEAL]** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel for Immersion Corporation:

| | |
|---|---|
| Bradley S. Keller<br>Jofrey M. McWilliam<br>Email: bkeller@byrneskeller.com<br>jmcwilliam@byrneskeller.com | Richard M. Birnholz<br>Morgan Chu<br>Alan J. Heinrich<br>David R. Kaplan<br>Email: rbirnholz@irell.com<br>mchu@irell.com<br>aheinrich@irell.com<br>dkaplan@irell.com |

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Executed at Seattle, Washington this 4TH day of August, 2008.

*/s/ Margaret R. Friedmann*
Margaret R. Friedmann
Legal Secretary, Riddell Williams P.S.
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
Phone: (206) 624-3600
Fax: (206) 389-1708
Email: mfriedmann@riddellwilliams.com

DECL. OF LYON IN SUPPORT OF MS' OPP. TO IMM''S MOTION RE
MS' BREACH OF IMPLIED COVENANT (No. 2:07-CV-936RSM)- 4
4830-7298-9186.01
080408/1428/20363.00411

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600