The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>IMMERSION CORPORATION, a Delaware corporation,<br><br>Defendant. | No. CV07 936RSM<br><br>**IMMERSION'S MOTION TO FILE UNDER SEAL ITS REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING MICROSOFT'S CLAIM OF BREACH OF THE IMPLIED COVENANT AND CERTAIN SUPPORTING DOCUMENTS**<br><br>NOTE ON MOTION CALENDAR<br>August 8, 2008 |

Pursuant to Local Rule 5(g) and Rule 26(c)(1) of the Federal Rules of Civil Procedure ("Rule 26(c)"), defendant Immersion Corporation ("Immersion") respectfully requests that the Court allow it to file under seal Immersion's Reply In Support Of Its Motion For Partial Summary Judgment Regarding Microsoft's Claim Of Breach Of The Implied Covenant ("Reply") and exhibits 1, 2, 3, and 5 to the Supplemental Declaration of David R. Kaplan in support thereof ("Supplemental Kaplan Declaration").

The above-referenced Reply and exhibits to the Supplemental Kaplan Declaration contain business sensitive and confidential information, including information related to the scope of a sublicense to Immersion's haptic technologies granted by Immersion to Microsoft in 2003,

IMMERSION'S MOTION TO FILE UNDER SEAL REPLY AND
CERTAIN SUPPORTING DOCUMENTS (CV07 936RSM)

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

confidential financial terms of an agreement between Immersion and Sony Computer Entertainment, Inc. and Sony Computer Entertainment America, Inc. executed in 2007, and excerpts of deposition testimony concerning confidential business negotiations. The information has been designated "Confidential" by one or more of the parties to this lawsuit under the Stipulated Protective Order Regarding Treatment by the Parties of Confidential Documents.

Sealing of these exhibits is proper under Local Rule 5(g) and Rule 26(c) because the public's interest in accessing such information is minimal or nonexistent, while the interests of the parties and relevant third parties in protecting these documents from public disclosure is substantial. None of the subject exhibits deal with any specific matters of public importance. Further, information relating to the parties' claims can be obtained from Immersion's Motion For Partial Summary On Breach Of The Implied Covenant (Dkt. #129), as well as other pleadings and documents publicly on file with the Court.

In view of the foregoing, Immersion respectfully requests that this Court enter an order sealing the above-described documents. A proposed order is lodged herewith.

DATED August 8, 2008.

        IRELL & MANELLA LLP

        By */s/ David R. Kaplan*
         David R. Kaplan
         (admitted *pro hac vice*)
         Irell & Manella LLP
         1800 Avenue of the Stars, Suite 900
         Los Angeles, CA 90067-4276
         Telephone: (310) 277-1010
         Facsimile: (310) 203-7199

         Byrnes & Keller LLP
         1000 Second Avenue, 38th Floor
         Seattle, WA 98104
         Telephone: (206) 622-2000
         Facsimile: (206) 622-2522

        *Attorneys for Defendant Immersion Corporation*

IMMERSION'S MOTION TO FILE UNDER SEAL REPLY AND
CERTAIN SUPPORTING DOCUMENTS (CV07 936RSM) - 2

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

# CERTIFICATE OF SERVICE

The undersigned attorney certifies that on the 8th day of August, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Paul J. Kundtz (pkundtz@riddellwilliams.com)
Blake Marks-Dias (bmarksdias@riddellwilliams.com)
Wendy E. Lyon (wlyon@riddellwilliams.com)
Riddell Williams P.S.
1001 Fourth Avenue Plaza, Suite 4500
Seattle, WA 98154-3600
*Attorneys for Plaintiff*

*/s/ David R. Kaplan*
David R. Kaplan
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Byrnes & Keller LLP
1000 Second Avenue, 38th Floor
Seattle, WA 98104
Telephone: (206) 622-2000
Facsimile: (206) 622-2522

*Attorneys for Defendant Immersion Corporation*