The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

MICROSOFT CORPORATION, a Washington corporation,

Plaintiff,

v.

IMMERSION CORPORATION, a Delaware corporation,

Defendant.

No. CV07 936RSM

**SUPPLEMENTAL DECLARATION OF DAVID R. KAPLAN IN SUPPORT OF IMMERSION'S MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING MICROSOFT'S CLAIM OF BREACH OF THE IMPLIED COVENANT**

Note On Motion Calendar: August 8, 2008
Oral Argument Requested

SUPPLEMENTAL KAPLAN DECL. IN SUPPORT OF IMMERSION'S MOT. FOR PART. SUMM. JUDGMENT RE. MICROSOFT'S CLAIM OF BREACH OF THE IMPLIED COVENANT (CV07 936RSM)

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

Dockets.Justia.com

I, David R. Kaplan, declare as follows:

1. I am an attorney at Irell & Manella LLP, co-counsel of record for defendant Immersion Corporation ("Immersion") in the above-captioned action. I am a member in good standing of the California State Bar and am admitted to practice before this Court in this case *pro hac vice*. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Attached hereto as Exhibit 1 is a document Bates-stamped MS 5364 through MS 5380, produced during discovery in this action. It is a true and correct copy of a Sublicense Agreement by and between Microsoft Corporation ("Microsoft") and Immersion dated July 25, 2003.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the deposition transcript of Stephen M. Ambler, whose deposition was taken on June 12, 2008.

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the deposition transcript of Barry J. Spector, whose deposition was taken on April 15, 2008.

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts of Microsoft Corporation's Responses to Immersion Corporation's First Set of Interrogatories to Microsoft Corporation dated February 13, 2008.

6. Attached hereto as Exhibit 5 is a document Bates-stamped IMRMS 4205 – IMRMS 4230, produced during discovery in this action. It is a true and correct copy an Agreement between Sony Computer Entertainment America Inc. and Sony Computer Entertainment Inc. and Immersion Corporation executed on or about February 28, 2007.

Executed on August 8, 2008, at Los Angeles, California.

By /s/ *David R. Kaplan*
David R. Kaplan

SUPPLEMENTAL KAPLAN DECL. IN SUPPORT OF IMMERSION'S
MOT. FOR PART. SUMM. JUDGMENT RE. MICROSOFT'S CLAIM OF
BREACH OF THE IMPLIED COVENANT (CV07 936RSM) - 1

# CERTIFICATE OF SERVICE

The undersigned attorney certifies that on the 8th day of August, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Paul J. Kundtz (pkundtz@riddellwilliams.com)
Blake Marks-Dias (bmarksdias@riddellwilliams.com)
Wendy E. Lyon (wlyon@riddellwilliams.com)
Riddell Williams P.S.
1001 Fourth Avenue Plaza, Suite 4500
Seattle, WA 98154-3600
*Attorneys for Plaintiff*

/s/ *David R. Kaplan*
David R. Kaplan
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Byrnes & Keller LLP
1000 Second Avenue, 38th Floor
Seattle, WA 98104
Telephone: (206) 622-2000
Facsimile: (206) 622-2522

*Attorneys for Defendant Immersion Corporation*

KAPLAN DECL. IN SUPPORT OF MMERSION'S REPLY IN SUPPORT OF MOT. FOR PART. SUMM. JUDGMENT RE. MICROSOFT'S CLAIM OF BREACH OF THE IMPLIED COVENANT (CV07 936RSM) - 2

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations