The Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>IMMERSION CORPORATION, a Delaware corporation,<br><br>Defendant. | No. C07-0936RSM<br><br>**PLAINTIFF'S MOTION TO FILE MICROSOFT'S MOTION FOR RECONSIDERATION AND EXHIBIT A TO DECLARATION OF BLAKE MARKS-DIAS UNDER SEAL**<br><br>**Noted for Consideration: August 15, 2008** |

Pursuant to Local Rule 5(g), plaintiff respectfully requests that the Court allow plaintiff to file (1) its Motion for Reconsideration Of Court's Order Denying Motion To Dismiss Immersion's Counterclaim And Order Denying Microsoft's Motion To Compel and (2) Exhibit A to the Declaration Of Blake Marks-Dias In Support Of Microsoft's Motion For Reconsideration under seal.

The exhibit noted above has been marked as Confidential by one or more parties to this lawsuit and is subject to the Stipulated Protective Order Regarding Treatment by the Parties of Confidential Documents. The Motion For Reconsideration contains quotations and references to information designated as "Confidential."

PLAINTIFF'S MT. TO FILE MT. FOR RECONSIDERATION AND EX. A TO THE DECLARATION OF BLAKE MARKS-DIAS UNDER SEAL (NO. C07-936RSM)- 1
4846-1754-5474.01
20363.00411

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

Sealing of the Motion For Reconsideration and Exhibit A is authorized under Local Rule 5(g) because the facts warranting sealing overcome the strong presumption in favor of public access to the document. Moreover, the public's interest in accessing exhibit A to the Marks-Dias Declaration is minimal. Nor does the exhibit deal with any matters of public importance.

## CONCLUSION

For the foregoing reasons, plaintiff respectfully request that the Court allow Plaintiff's Motion For Reconsideration and Exhibit A to the Declaration Of Blake Marks-Dias In Support Of the Motion For Reconsideration under seal. An order authorizing sealing these documents is submitted herewith.

DATED this 15th day of August, 2008.

*/s/ P. M.*

Paul J. Kundtz, WSBA #13548
Blake Marks-Dias, WSBA #28169
Wendy E. Lyon, WSBA #34461
Riddell Williams P.S.
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
Tel: (206) 624-3600
Fax: (206) 389-1708
pkundtz@riddellwilliams.com
bmarksdias@riddellwilliams.com
wlyon@riddellwilliams.com
Attorneys for Plaintiff
MICROSOFT CORPORATION

PLAINTIFF'S MT. TO FILE MT. FOR RECONSIDERATION AND EX.
A TO THE DECLARATION OF BLAKE MARKS-DIAS UNDER SEAL
(NO. C07-936RSM)- 2
4846-1754-5474.01
20363.00411

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

# CERTIFICATE OF SERVICE

I, Donna Hammonds, declare as follows:

I am over 18 years of age and a citizen of the United States. I am employed as a legal secretary by the law firm of Riddell Williams P.S.

On the date noted below I electronically filed the foregoing document titled **PLAINTIFF'S MOTION TO FILE MICROSOFT'S MOTION FOR RECONSIDERATION AND EXHIBIT A TO DECLARATION OF BLAKE MARKS-DIAS UNDER SEAL,** with an attached **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO FILE MOTION FOR RECONSIDERATION AND EXHIBIT A UNDER SEAL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel for Immersion Corporation:

| | |
|---|---|
| Bradley S. Keller<br>Jofrey M. McWilliam<br>Email: bkeller@byrneskeller.com<br>jmcwilliam@byrneskeller.com | Richard M. Birnholz<br>Morgan Chu<br>Alan J. Heinrich<br>David R. Kaplan<br>Email: rbirnholz@irell.com<br>mchu@irell.com<br>aheinrich@irell.com<br>dkaplan@irell.com |

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Executed at Seattle, Washington this 15th day of August, 2008.

Donna Hammonds
Legal Secretary, Riddell Williams P.S.
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
Phone: (206) 624-3600
Fax: (206) 389-1708
Email: dhammonds@riddellwilliams.com

PLAINTIFF'S MT. TO FILE MT. FOR RECONSIDERATION AND EX.
A TO THE DECLARATION OF BLAKE MARKS-DIAS UNDER SEAL
(NO. C07-936RSM)- 3
4846-1754-5474.01
20363.00411

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600