Microsoft Corporation v. Immersion Corporation

Doc. 177

The Hon. Ricardo S. Martinez
Noted on Motion Calendar: 8/15/2008

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>IMMERSION CORPORATION, a Delaware corporation,<br><br>Defendant. | No. CV7-936RSM<br><br>**DECLARATION OF BLAKE MARKS-DIAS IN SUPPORT OF MICROSOFT'S MOTION FOR RECONSIDERATION OF COURT'S ORDER DENYING MOTION TO DISMISS IMMERSION'S COUNTERCLAIM AND ORDER DENYING MICROSOFT'S MOTION TO COMPEL**<br><br>**EXHIBIT A FILED UNDER SEAL** |

Blake Marks-Dias declares as follows:

1. I am one of the attorneys for Plaintiff Microsoft Corporation in the above-captioned action. I am over the age of 18, competent to testify, and make this declaration based upon personal knowledge.

2. Attached as Exhibit A is a true and correct copy of Immersion Corporation's First Supplemental Responses to Microsoft's Interrogatories Nos. 6 and 7.

DECL. OF BLAKE MARKS-DIAS IN SUPPORT OF MICROSOFT'S
MOTION TO COMPEL RESPONSES (No. CV7-936RSM) - 1
4841-8094-4642.01
20363.00411

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600

Dockets.Justia.com

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

EXECUTED on August 15, 2008, at Seattle, Washington.

*B. Marks-Dias*
Blake Marks-Dias

DECL. OF BLAKE MARKS-DIAS IN SUPPORT OF MICROSOFT'S
MOTION TO COMPEL RESPONSES (No. CV7-936RSM) - 2
4841-8094-4642.01
20363.00411

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600



# CERTIFICATE OF SERVICE

The undersigned certifies that on the date noted below, I electronically filed the foregoing document titled **DECLARATION OF BLAKE MARKS-DIAS IN SUPPORT OF MICROSOFT'S MOTION FOR RECONSIDERATION OF COURT'S ORDER DENYING MOTION TO DISMISS IMMERSION'S COUNTERCLAIM AND ORDER DENYING MICROSOFT'S MOTION TO COMPEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Bradley S. Keller<br>Jofrey M. McWilliam<br>Byrnes & Keller LLP<br>1000 Second Avenue, 38th Floor<br>Seattle, WA 98104-4082<br>Phone: (206) 622-2000; Fax: (206) 622-2522<br>Email: bkeller@byrneskeller.com<br>jmcwilliam@byrneskeller.com | Richard M. Birnholz<br>Alan J. Heinrich<br>Morgan Chu<br>David R. Kaplan<br>Irell & Manella LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067-4276<br>Phone: (310) 277-1010; Fax: (301) 203-7199<br>Email: rbirnholz@irell.com<br>aheinrich@irell.com<br>mchu@irell.com<br>dkaplan@irell.com |

Executed at Seattle, Washington this 15th day of August, 2008.

*Donna Hammonds*
Legal Secretary, Riddell Williams P.S.
1001 Fourth Avenue Plaza, Suite 4500
Seattle, WA 98154
Phone: (206) 624-3600
Fax: (206) 389-1708
email: dhammonds@riddellwilliams.com

DECL. OF BLAKE MARKS-DIAS IN SUPPORT OF MICROSOFT'S
MOTION TO COMPEL RESPONSES (No. CV7-936RSM) - 3
4841-8094-4642.01
20363.00411

Riddell Williams P.S.
1001 FOURTH AVENUE
SUITE 4500
SEATTLE, WA 98154-1192
206.624.3600