# United States District Court
# Western District of Washington

| MICROSOFT CORPORATION |
|---|

Plaintiff(s)

V.

| IMMERSION CORPORATION |
|---|

Defendant(s)

Case Number    CV07-936RSM

APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to Local General Rule 2(d) of the United States District Court for the Western District of Washington, __Joseph M. Lipner__ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

| Defendant Immersion Corporation |
|---|

The particular need for my appearance and participation is:

| I am a partner at Irell & Manella LLP, national counsel for Immersion Corp., and have certain experience and expertise in this type of case. Along with Byrnes & Keller, Irell & Manella is defendant's choice of counsel in this case. |
|---|

I, __Joseph M. Lipner__ understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  August 15, 2008          Signature of Applicant:  s/ Joseph M. Lipner

| | |
|---|---|
| Pro Hac Vice Attorney Applicant's Name: | Joseph M. Lipner |
| Law Firm Name: | Irell & Manella LLP |
| Street Address 1: | 1800 Avenue of the Stars |
| Address Line 2: | Suite 900 |
| City: | Los Angeles |
| State: | California |
| Zip: | 90067-4276 |
| Phone Number w/ Area Code  Example: 999-999-9999 | 310-203-7557 |

## STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, including trial, in the event the applicant   Joseph M. Lipner   is unable to be present upon any date assigned by the court.

Date:   August 15, 2008       Signature of Local Counsel:  s/ Jofrey M. McWilliam

| | |
|---|---|
| Local Counsel's Name: | Jofrey M. McWilliam |
| Law Firm Name: | Byrnes & Keller LLP |
| Street Address 1: | 1000 Second Avenue |
| Address Line 2: | 38th Floor |
| City: | Seattle |
| State: | Washington |
| Zip: | 98104-4082 |
| Phone Number w/ Area Code  Example: 999-999-9999 | 206-622-2000 |