UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

MICROSOFT CORPORATION, a Washington corporation

Plaintiff,

v.

IMMERSION CORPORATION, a Delaware corporation,

Defendant.

NO. CV7 936 RSM

NOTICE OF OCCURRENCE OF ALTERNATIVE DISPUTE RESOLUTION

Pursuant to CR 39.1(c)(6) notice is hereby given that on December 11, 2007, the parties participated in a mediation. The case did not settle at that time. Continued ADR proceedings were recommended by the mediator and implemented. The case settled on August 25, 2008.

DATED this 26th day of August, 2008.

_____
James A. Smith, Jr., Mediator

s&h server:6001_s&h billable adr:-cr 39.1 adr notice.doc

NOTICE OF OCCURRENCE OF
ALTERNATIVE DISPUTE RESOLUTION CV7 936 RSM

Smith & Hennessey
PLLC
Attorneys At Law
316 Occidental Ave. S., Suite 500
Seattle, Washington 98104
(206) 292-1770