Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>IMMERSION CORPORATION, a Delaware corporation,<br><br>　　　　Defendant. | No. 2:07-cv-936 RSM<br><br>**STIPULATION FOR AND ORDER OF DISMISSAL** |

STIPULATION FOR AND ORDER OF DISMISSAL
(2:07-cv-936RSM) - 1
4837-0889-1650.01
092608/20363.00411

Riddell Williams P.S.
1001 FOURTH AVENUE PLAZA
SUITE 4500
SEATTLE, WA 98154-1192
(206) 624-3600

## I. STIPULATION

Plaintiff Microsoft Corporation and Defendant Immersion Corporation, by and through their counsel of record, agree that this matter has been fully settled, and that all claims and counterclaims asserted in this action should now be dismissed, with prejudice, and without an award of costs or fees to either party.

DATED this 2d day of October 2008.

RIDDELL WILLIAMS P.S.

By: _____
Paul J. Kundtz, WSBA #13548
Blake Marks-Dias, WSBA #28169
Wendy E. Lyon, WSBA #34461

Attorneys for Plaintiff MICROSOFT CORPORATION

BYRNES & KELLER LLP

By: _____
Bradley S. Keller, WSBA #10665
Jofrey M. McWilliam, WSBA #28441

Attorneys for Defendant IMMERSION CORPORATION

IRELL & MANELLA LLP

By _____
Morgan Chu
Richard M. Birnholz
Alan J. Heinrich
David R. Kaplan

*Pro Hac Vice* Attorneys for Defendant IMMERSION CORPORATION

STIPULATION FOR AND ORDER OF DISMISSAL
(2:07-cv-936RSM) - 2
4837-0889-1650.01
092608/20363.00411

Riddell Williams P.S.
1001 FOURTH AVENUE PLAZA
SUITE 4500
SEATTLE, WA 98154-1192
(206) 624-3600

## II. ORDER

The Court hereby orders that this case is dismissed in its entirety with prejudice and without award of costs and fees.

DATED this _____ day of _____, 2008

_____
HONORABLE RICARDO S. MARTINEZ
United States District Court Judge

Presented By:

RIDDELL WILLIAMS P.S.

By: _____
Paul J. Kundtz, WSBA #13548
Blake Marks-Dias, WSBA #28169
Wendy E. Lyon, WSBA #34461

Attorneys for Plaintiff MICROSOFT CORPORATION

BYRNES & KELLER LLP

By _____
Bradley S. Keller, WSBA #10665
Jofrey M. McWilliam, WSBA #28441

Attorneys for Defendant IMMERSION CORPORATION

IRELL & MANELLA LLP

By _____
Morgan Chu
Richard M. Birnholz
Alan J. Heinrich
David R. Kaplan

*Pro Hac Vice* Attorneys for Defendant IMMERSION CORPORATION

STIPULATION FOR AND ORDER OF DISMISSAL
(2:07-cv-936RSM) - 3
4837-0889-1650.01
092608/20363.00411

Riddell Williams P.S.
1001 FOURTH AVENUE PLAZA
SUITE 4500
SEATTLE, WA 98154-1192
(206) 624-3600

# CERTIFICATE OF SERVICE

The undersigned certifies that on the date noted below, I electronically filed the foregoing document **STIPULATION FOR AND ORDER OF DISMISSAL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Richard M Birnholz**
rbirnholz@irell.com, ddrescher@irell.com, dkaplan@irell.com, lwakino@irell.com

**Morgan Chu**
mchu@irell.com

**Alan J. Heinrich**
aheinrich@irell.com

**David R. Kaplan**
dkaplan@irell.com

**Bradley S. Keller**
bkeller@byrneskeller.com, smacias@byrneskeller.com, kwolf@byrneskeller.com

**Jofrey M. McWilliam**
jmcwilliam@byrneskeller.com, lyoshinaga@byrneskeller.com

Executed at Seattle, Washington this 2nd day of October, 2008.

*/s/ Melodi Downs*
MELODI DOWNS

STIPULATION FOR AND ORDER OF DISMISSAL
(2:07-cv-936RSM) - 4
4837-0889-1650.01
100208/1543/20363.00411

Riddell Williams P.S.
1001 FOURTH AVENUE PLAZA
SUITE 4500
SEATTLE, WA 98154-1192
(206) 624-3600