HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>IMMERSION CORPORATION, a Delaware corporation,<br><br>Defendant. | No. 2:07-cv-936 RSM<br><br>**STIPULATION FOR AND ORDER OF DISMISSAL** |

## I. STIPULATION

Plaintiff Microsoft Corporation and Defendant Immersion Corporation, by and through their counsel of record, agree that this matter has been fully settled, and that all claims and counterclaims asserted in this action should now be dismissed, with prejudice, and without an award of costs or fees to either party.

DATED this ____ day of September, 2008.

RIDDELL WILLIAMS P.S.

By: _____
Paul J. Kundtz, WSBA #13548
Blake Marks-Dias, WSBA #28169
Wendy E. Lyon, WSBA #34461
Attorneys for Plaintiff MICROSOFT CORPORATION

STIPULATION FOR AND ORDER OF DISMISSAL
(2:07-cv-936RSM) - 1
4837-0889-1650.01
100308/1222/20363.00411

Riddell Williams P.S.
1001 FOURTH AVENUE PLAZA
SUITE 4500
SEATTLE, WA 98154-1192
(206) 624-3600

| | |
|---|---|
| 1 | BYRNES & KELLER LLP |
| 2 | |
| | By _____ |
| 3 | Bradley S. Keller, WSBA #10665 |
| | Jofrey M. McWilliam, WSBA #28441 |
| 4 | Attorneys for Defendant IMMERSION CORPORATION |
| 5 | IRELL & MANELLA LLP |
| 6 | By _____ |
| 7 | Richard M. Birnholz |
| | Morgan Chu |
| | Alan J. Heinrich |
| 8 | David R. Kaplan |
| | Pro Hac Vice Attorneys for Defendant IMMERSION |
| 9 | CORPORATION |

STIPULATION FOR AND ORDER OF DISMISSAL
(2:07-cv-936RSM) - 2
4837-0889-1650.01
100308/1222/20363.00411

Riddell Williams P.S.
1001 FOURTH AVENUE PLAZA
SUITE 4500
SEATTLE, WA 98154-1192
(206) 624-3600

## II. ORDER

The Court hereby orders that this case is dismissed in its entirety with prejudice and without award of costs and fees.

DATED this 3rd day of October, 2008

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented By:

RIDDELL WILLIAMS P.S.

By: _____
    Paul J. Kundtz, WSBA #13548
    Blake Marks-Dias, WSBA #28169
    Wendy E. Lyon, WSBA #34461
Attorneys for Plaintiff MICROSOFT CORPORATION

BYRNES & KELLER LLP

By _____
    Bradley S. Keller, WSBA #10665
    Jofrey M. McWilliam, WSBA #28441
Attorneys for Defendant IMMERSION CORPORATION

IRELL & MANELLA LLP

By _____
    Richard M. Birnholz
    Morgan Chu
    Alan J. Heinrich
    David R. Kaplan
Pro Hac Vice Attorneys for Defendant IMMERSION CORPORATION

STIPULATION FOR AND ORDER OF DISMISSAL
(2:07-cv-936RSM) - 3
4837-0889-1650.01
100308/1222/20363.00411

Riddell Williams P.S.
1001 FOURTH AVENUE PLAZA
SUITE 4500
SEATTLE, WA 98154-1192
(206) 624-3600